**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Ziolkowski, | NO. C 06-03445 JW |
|     Plaintiff, | **ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| Kenneth Levy, et al., | |
|     Defendants. | |

    Please take note that due to the Court's own unavailability, the hearing on Plaintiff's Motion for Preliminary Junction, presently scheduled for July 24, 2006 is continued to **September 18, 2006 at 9 a.m.** The parties shall adhere to the briefing schedule pursuant to the Civil Local Rules of this Court.

Dated:  June 28, 2006

                                                   JAMES WARE
                                                 United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Arthur L. Shingler ashingler@scott-scott.com
David R. Scott drscott@scott-scott.com
Denise V. Zamore dzamore@scott-scott.com
Geoffrey M. Johnson gjohnson@scott-scott.com

**Dated: June 28, 2006**                                **Richard W. Wieking, Clerk**

                                                        **By:   /s/ JW Chambers**
                                                              **Melissa Peralta**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California