| | |
|---|---|
| 1 | CRAIG D. MARTIN (SBN 168195) |
| | K.C. ALLAN WALDRON (SBN 231866) |
| 2 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 3 | San Francisco, CA 94105 |
| | Tel: 415.268.7000 |
| 4 | Fax: 415.238.7522 |
| | E-mail: cmartin@mofo.com |
| 5 | E-mail: kwaldron@mofo.com |
| 6 | Attorneys for Defendant John H. Kispert |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JAMES ZIOLKOWSKI, | Case No. C 06-3445 JW |
| Plaintiff | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| vs. | |
| KENNETH LEVY; KENNETH SCHROEDER; JON TOMPKINS; RICHARD WALLACE; GARY DICKERSON; DENNIS FORTINO; JOHN KISPERT; ARTHUR SCHNITZER; ROBERT BOEHLKE; H. RAYMOND BINGHAM; ROBERT BOND; LIDA URBANEK; RICHARD ELKUS; MICHAEL MARKS; STEPHEN KAUFMAN; DEAN MORTON; EDWARD BARNHOLT, | |
| Defendants | |
| -and- | |
| KLA-TENCOR CORPORATION, | |
| Nominal Defendant. | |

1-SF/7435169.1

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:  Please take notice that, effective immediately, counsel of record for defendant John H. Kispert has changed.  John H. Kispert hereby substitutes Craig D. Martin and K.C. Allan Waldron of the law firm of Morrison & Foerster LLP, 425 Market Street San Francisco, California, in the place of Morgan Lewis & Bockius LLP, One Market Street, Spear Street Tower, San Francisco, California, as his attorneys of record in the following actions:  *Ziolkowski v. Levy, et al.*, Case No. C 06-3445 JW; *Ziering v. Levy, et al.*, Case No. C 06-3512 JW; *Rabin v. Barnholt, et al.*, Case No. C 06-4142 JW; *Alaska Electrical Pension Fund  v. Levy, et al.* Case No. C 06-4002 JW; and *Garber v. KLA-Tencor Corp., et al.* Case No. C 06-4065 MJJ.

Dated: November 15, 2006

By  /s/ John H. Kispert
John H. Kispert

The following attorneys accept this substitution of counsel:

Dated: November 15, 2006                    MORRISON & FOERESTER

By  /s/ Craig D. Martin
Craig D. Martin

Dated: November 15, 2006                    MORGAN LEWIS & BOCKIUS

By  /s/ Benjamin P. Smith
Benjamin P. Smith

1
2
3
4
5    E-Filing Attestation:  I, Benjamin P. Smith, am the ECF User whose ID and password are being used to file this Substitution of Counsel.  In compliance with General Order 45, X.B., I hereby attest that John H. Kispert and his counsel at Morrison & Foerster LLP, Craig D. Martin and K.C. Allan Waldron, have concurred in this filing.

6    Dated: November 15, 2006                    MORGAN LEWIS & BOCKIUS

7
8                                                By  /s/  Benjamin P. Smith
                                                    Benjamin P. Smith

9                                          **ORDER**

10   The foregoing substitution of counsel is authorized by the Court and the Clerk of the
11   Court is directed to make the appropriate change in the docket.

12   **IT IS SO ORDERED.**

13
14   Dated: November __16__, 2006

15
16                                                 _____
                                                   Hon. James Ware
                                                   U.S. District Court Judge
17
18
19
20
21
22
23
24
25
26
27
28

1-SF/7435169.1                           3              NOTICE OF SUBSTITUTION OF COUNSEL