FRANKLIN B. GOWDY (SBN 47918)
MICHAEL J. LAWSON (SBN 66547)
JOSEPH E. FLOREN (SBN 168292)
BENJAMIN P. SMITH (SBN: 197551)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: fgowdy@morganlewis.com
       michael.lawson@morganlewis.com
       jfloren@morganlewis.com
       bpsmith@morganlewis.com

Attorneys for Defendants Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Richard J. Elkus, Jr., Jeffrey L. Hall, Stephen P. Kaufman, Lida Urbanek, Richard P. Wallace, and Nominal Defendant KLA-Tencor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| In re KLA-TENCOR CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Case No. C-06-03445-JW |
|---|---|
| | **STIPULATION AND [PROPOSED] ORDER RE: AMENDMENT OF COMPLAINT AND TIME FOR DEFENDANTS' RESPONSE THERETO** |
| This Document Relates to: ALL ACTIONS | |

TO THE HONORABLE COURT:

Plaintiffs and all Defendants who have appeared in this action (hereafter "Defendants") hereby stipulate and agree, by and through their undersigned counsel of record, as follows:

WHEREAS, on December 22, 2006, Lead Plaintiff Alaska Electrical Pension Fund, derivatively on behalf of KLA-Tencor Corporation ("Lead Plaintiff"), filed a Consolidated Verified Shareholder Derivative Complaint ("Consolidated Complaint") in this consolidated action.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7460897.3

STIPULATION AND [PROPOSED] ORDER RE
AMENDMENT OF COMPLAINT AND TIME
FOR RESPONSE THERETO (NO. 06-3445)


1  WHEREAS, pursuant to the schedule agreed upon by all parties and the Court at the Case

2  Management Conference on October 23, 2006, Defendants are required to file responses to the

3  Consolidated Complaint by February 5, 2007;

4  WHEREAS, Nominal Defendant KLA-Tencor Corporation ("KLA-Tencor") is preparing

5  to file a Form 10-K annual report with the U.S. Securities and Exchange Commission ("SEC") that

6  will restate KLA-Tencor's previously filed financial statements in connection with KLA-Tencor's

7  previously issued stock options that are the subject of this shareholder derivative litigation;

8  WHEREAS, KLA-Tencor anticipates completing the restatement and filing its Form 10-K

9  with the SEC by January 31, 2007;

10  WHEREAS, all parties agree that the restatement will include information relevant to this

11  action, and Lead Plaintiff wishes to amend the Consolidated Complaint to include certain of the

12  relevant information concerning the stock option-related restatement that will be reported by KLA-

13  Tencor in the forthcoming Form 10-K filing;

14  WHEREAS, KLA-Tencor advises that it has appointed a Special Litigation Committee

15  ("SLC") composed of independent Directors to determine KLA-Tencor's position with respect to

16  this litigation, and the parties accordingly believe it is appropriate to extend the time for responses

17  to the Consolidated Complaint so that Lead Plaintiff's counsel and counsel for the SLC may have

18  discussions concerning the future course of this litigation; and

19  WHEREAS, the parties agree that it is prudent and will promote efficiency in this action to

20  continue the date for a response to the Consolidated Complaint and to allow an amended

21  Consolidated Complaint to be filed shortly after the pending restatement to avoid unnecessary

22  work briefing a motion to dismiss the current Consolidated Complaint, which inevitably would be

23  amended.

**STIPULATION**

25  Now, therefore, the parties agree and stipulate, subject to Court approval, as

26  follows:

27  1. If KLA-Tencor files its restated financial results with the SEC on or before

28  February 5, 2007, Lead Plaintiff shall file and serve an Amended Consolidated Complaint within

Morgan, Lewis & Bockius LLP
Attorneys At Law
New York

1-SF/7460897.3

STIPULATION AND [PROPOSED] ORDER RE
AMENDMENT OF COMPLAINT AND TIME
FOR RESPONSE THERETO (NO. 06-3445)

1  21 days after KLA-Tencor files its restated financial results with the SEC.

2      2.    Defendants shall file and serve their responsive pleading(s) or motions within 45 days after the filing of the Amended Consolidated Complaint.  In the event KLA-Tencor does not file its restated financial results with the SEC on or before February 5, 2007, however, then Defendants shall file their responses to the Consolidated Complaint by no later than February 15, 2007.

    3.    Lead Plaintiff shall file and serve its opposition brief(s) within 45 days after the filing of Defendants' responsive pleading(s) or motions.

    4.    Defendants shall file and serve their reply briefs within 15 days after the filing of Lead Plaintiff's opposition brief(s).

**IT IS SO STIPULATED.**

DATED: January 24, 2006　　　　　　　　**MORGAN, LEWIS & BOCKIUS LLP**
　　　　　　　　　　　　　　　　　　　　FRANKLIN BROCKWAY GOWDY
　　　　　　　　　　　　　　　　　　　　MICHAEL J. LAWSON
　　　　　　　　　　　　　　　　　　　　JOSEPH E. FLOREN
　　　　　　　　　　　　　　　　　　　　BENJAMIN P. SMITH


By: _____/s/_____
　　　　Joseph E. Floren

One Market, Spear Street Tower
San Francisco, CA  94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

**Attorneys for Defendants Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Richard J. Elkus, Jr., Jeffrey L. Hall, Stephen P. Kaufman, Lida Urbanek, Richard P. Wallace, and Nominal Defendant KLA-Tencor Corporation**

　　　　I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that each of the 7 signatories identified below has concurred in this filing.

| | | |
|---|---|---|
| 1 | DATED: January 26, 2007 | **LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP** |
| 2 | | SHAWN A. WILLIAMS MONIQUE C. WINKLER |
| 3 | | AELISH M. BAIG |

                                            /s/
                                    ─────────────────────────
                                     SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
TRAVIS E. DOWNS III
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

DATED: January 24, 2007        **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                                WALTER F. BROWN, JR.
                                ROBERT P. VARIAN

                                By:      /s/
                                    ─────────────────────────
                                       Robert P. Varian

405 Howard Street
San Francisco, CA 94105
Tel. 415-773-5700
Fax: 415-773-5759

**Attorneys for Defendant Gary Dickerson**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7460897.3

STIPULATION AND [PROPOSED] ORDER RE
AMENDMENT OF COMPLAINT AND TIME
FOR RESPONSE THERETO (NO. 06-3445)

| | | |
|---|---|---|
| 1 | DATED: January 24, 2007 | **MORRISON & FOERSTER** |
| 2 | | CRAIG D. MARTIN |
| | | K.C. ALLAN WALDRON |

By: _____/s/_____
      Craig D. Martin

425 Market Street
San Francisco, CA 94104
Telephone: (415) 268-7000
Facsimile: (415) 238-7522

**Attorneys for Defendant John H. Kispert**

DATED: January 24, 2007    **SHEARMAN & STERLING LLP**
PATRICK D. ROBBINS
JEFFREY S. FACTER
ALICIA G. HUFFMAN

By: _____/s/_____
      Jeffrey S. Facter

525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

**Attorneys for Defendant Kenneth Levy**

DATED: January 24, 2007    **RAMSEY & EHRLICH LLP**
MILES F. EHRLICH

By: _____/s/_____
      Miles F. Ehrlich

803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-548-3600

**Attorneys for Defendant Arthur Schnitzer**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7460897.3

STIPULATION AND [PROPOSED] ORDER RE
AMENDMENT OF COMPLAINT AND TIME
FOR RESPONSE THERETO (NO. 06-3445)

| | | |
|---|---|---|
| 1 | DATED: January 24, 2007 | **DLA PIPER US LLP**<br>SHIRLI FABBRI WEISS<br>DAVID A. PRIEBE |

By:  _____/s/_____
         David A. Priebe

2000 University Avenue
East Palo Alto, California 94303
Telephone: (650) 833-2056
Facsimile : (650) 833-2001

**Attorneys for Defendant Kenneth L. Schroeder**

DATED: January 24, 2007            **HELLER EHRMAN LLP**
                                   MICHAEL J. SHEPARD
                                   WARRINGTON S. PARKER, III

By:  _____/s/_____
         Michael J. Shepard

333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

**Attorneys for Defendant Jon D. Tompkins**

## O R D E R

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

1. If KLA-Tencor files its restated financial results with the SEC on or before February 5, 2007, Lead Plaintiff shall file and serve an Amended Consolidated Complaint within 21 days after KLA-Tencor files its restated financial results with the SEC.

2. Defendants shall file and serve their responsive pleading(s) or motions within 45 days after the filing of the Amended Consolidated Complaint. In the event KLA-Tencor does not file its restated financial results with the SEC on or before February 5, 2007, however, then Defendants shall file their responses to the Consolidated Complaint by no later than February 15, 2007.

3. Lead Plaintiff shall file and serve its opposition brief(s) within 45 days after the filing of Defendants' responsive pleading(s) or motions.

4. Defendants shall file and serve their reply briefs within 15 (fifteen) days after the filing of Lead Plaintiff's opposition brief(s).

**SO ORDERED.**

DATED: __January  29__, 2007          _____
                                      Hon. James Ware
                                      United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7460897.3

STIPULATION AND [PROPOSED] ORDER RE
AMENDMENT OF COMPLAINT AND TIME
FOR RESPONSE THERETO (NO. 06-3445)