FRANKLIN B. GOWDY (SBN 47918)
MICHAEL J. LAWSON (SBN 66547)
JOSEPH E. FLOREN (SBN 168292)
BENJAMIN P. SMITH (SBN: 197551)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: fgowdy@morganlewis.com
         michael.lawson@morganlewis.com
         jfloren@morganlewis.com
         bpsmith@morganlewis.com

Attorneys for Defendants Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Richard J. Elkus, Jr., Jeffrey L. Hall, Stephen P. Kaufman, Lida Urbanek, Richard P. Wallace, and Nominal Defendant KLA-Tencor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-TENCOR CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Case No. C-06-03445-JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE AND TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT** |
| This Document Relates to:<br><br>ALL ACTIONS | |

TO THE HONORABLE COURT:

Plaintiffs and Defendants hereby stipulate and agree, by and through their undersigned counsel of record, as follows:

WHEREAS, on February 20, 2007, Lead Plaintiff Alaska Electrical Pension Fund, derivatively on behalf of KLA-Tencor Corporation ("Lead Plaintiff"), filed an Amended Consolidated Verified Shareholder Derivative Complaint ("Amended Consolidated Complaint") in this consolidated action;

1     WHEREAS, the parties wish to allow additional time for Nominal Defendant KLA-
2 Tencor Corporation's ("KLA-Tencor's") Special Litigation Committee ("SLC") to conduct its
3 investigation and determine KLA-Tencor's position with respect to the future course of this
4 litigation, and so have agreed to extend all response deadlines and that proceedings in this action
5 should be stayed until 90 days following filing of the Amended Consolidated Complaint; and
6     WHEREAS, in exchange for Lead Plaintiff's consent to the foregoing, and in order to
7 expedite and foster discussions regarding the potential resolution of this action, Defendants, and
8 each of them, agree to waive their rights to seek dismissal of the complaint under Rule 12 of the
9 Federal Rules of Civil Procedure on the ground that Lead Plaintiff failed to make a pre-lawsuit
10 demand that the Board of Directors of KLA-Tencor initiate this action, while reserving all other
11 rights and defenses.

## STIPULATION

13    Now, therefore, the parties agree and stipulate, subject to Court approval, as follows:

14    1.    The Case Management Conference currently set for March 12, 2007 should be
15 continued to ~~May xx,~~ June 4, 2007 or the first available date thereafter on the Court's calendar.

16    2.    All proceedings in this action should be stayed until May 21, 2007.

17    3.    Defendants shall file and serve their responsive pleading(s) or motions to the
18 Amended Consolidated Complaint by no later than May 21, 2007.

19    4.    Defendants, and each of them (including KLA-Tencor and its SLC) shall not seek
20 dismissal of the Amended Consolidated Complaint under Rule 12 of the Federal Rules of Civil
21 Procedure on the basis of Lead Plaintiff's failure to make a pre-lawsuit demand that the Board of
22 Directors of KLA-Tencor initiate this action; provided, however, that this shall not limit the right
23 of any defendant to seek dismissal of this action on any other ground, or to assert any defense at
24 trial or by way of a Rule 56 motion; and provided, further, that this shall not limit the rights of
25 KLA-Tencor, through its SLC or other duly authorized representatives, to seek to dismiss, settle,
26 or assume control of this action as provided under applicable law.

27    5.    Lead Plaintiff shall file and serve its opposition brief(s) to Defendants' Rule 12
28 motions within 45 days after the filing of Defendants' responsive pleading(s) or motions.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7514579.1

STIPULATION AND [PROPOSED] ORDER RE
CMC AND TIME FOR DEFENDANTS'
RESPONSE TO COMPLAINT (NO. 06-3445)

1  6.  Defendants shall file and serve their reply briefs within 15 days after the filing of
2  Lead Plaintiff's opposition brief(s).

3  **IT IS SO STIPULATED.**

4  DATED: March 8, 2007                    **MORGAN, LEWIS & BOCKIUS LLP**
                                            FRANKLIN BROCKWAY GOWDY
5                                           MICHAEL J. LAWSON
                                            JOSEPH E. FLOREN
6                                           BENJAMIN P. SMITH

7
                                            By:  _____/s/_____
8                                                 Joseph E. Floren

9                                           One Market, Spear Street Tower
                                            San Francisco, CA  94105-1126
10                                          Telephone: (415) 442-1000
                                            Facsimile: (415) 442-1001
11
                                            **Attorneys for Defendants Edward W. Barnholt,**
12                                          **H. Raymond Bingham, Robert J. Boehlke,**
                                            **Robert T. Bond, Richard J. Elkus, Jr., Jeffrey**
13                                          **L. Hall, Stephen P. Kaufman, Lida Urbanek,**
                                            **Richard P. Wallace, and Nominal Defendant**
14                                          **KLA-Tencor Corporation**

15
         I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this
16
   STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I
17
   hereby attest that each of the 8 signatories identified below has concurred in this filing.
18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7514579.1

STIPULATION AND [PROPOSED] ORDER RE
CMC AND TIME FOR DEFENDANTS'
RESPONSE TO COMPLAINT (NO. 06-3445)

| | | |
|---|---|---|
| 1 | DATED: March 8, 2007 | **LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP** |
| 2 | | SHAWN A. WILLIAMS |
| | | MONIQUE C. WINKLER |
| 3 | | AELISH M. BAIG |

                                             /s/
                                   ─────────────────────────
                                      SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
TRAVIS E. DOWNS III
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

DATED: March 8, 2007          **ORRICK, HERRINGTON & SUTCLIFFE LLP**

WALTER F. BROWN, JR.
ROBERT P. VARIAN

By:        /s/
    ─────────────────────────
       Robert P. Varian

405 Howard Street
San Francisco, CA 94105
Tel. 415-773-5700
Fax: 415-773-5759

**Attorneys for Defendant Gary Dickerson**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7514579.1

STIPULATION AND [PROPOSED] ORDER RE
CMC AND TIME FOR DEFENDANTS'
RESPONSE TO COMPLAINT (NO. 06-3445)

| | | |
|---|---|---|
| 1 | DATED: March 8, 2007 | **MORRISON & FOERSTER** |
| 2 | | CRAIG D. MARTIN |
| | | K.C. ALLAN WALDRON |

By: _____/s/_____
      Craig D. Martin

425 Market Street
San Francisco, CA 94104
Telephone: (415) 268-7000
Facsimile: (415) 238-7522

**Attorneys for Defendant John H. Kispert**

DATED: March 8, 2007    **SHEARMAN & STERLING LLP**
PATRICK D. ROBBINS
JEFFREY S. FACTER
ALICIA G. HUFFMAN

By: _____/s/_____
      Jeffrey S. Facter

525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

**Attorneys for Defendant Kenneth Levy**

DATED: March 8, 2007    **RAMSEY & EHRLICH LLP**
MILES F. EHRLICH

By: _____/s/_____
      Miles F. Ehrlich

803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-548-3600

**Attorneys for Defendant Arthur Schnitzer**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7514579.1

STIPULATION AND [PROPOSED] ORDER RE
CMC AND TIME FOR DEFENDANTS'
RESPONSE TO COMPLAINT (NO. 06-3445)

| | |
|---|---|
| 1  DATED: March 8, 2007 | **DLA PIPER US LLP** |
| 2 | SHIRLI FABBRI WEISS |
|   | DAVID A. PRIEBE |

DATED: March 8, 2007        **DLA PIPER US LLP**
SHIRLI FABBRI WEISS
DAVID A. PRIEBE

By: _____/s/_____
       David A. Priebe

2000 University Avenue
East Palo Alto, California 94303
Telephone: (650) 833-2056
Facsimile : (650) 833-2001

**Attorneys for Defendant Kenneth L. Schroeder**

DATED: March 8, 2007        **HELLER EHRMAN LLP**
MICHAEL J. SHEPARD
WARRINGTON S. PARKER, III

By: _____/s/_____
       Michael J. Shepard

333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

**Attorneys for Defendant Jon D. Tompkins**

DATED: March 8, 2007        **LAW OFFICES OF MARK A. BELNICK, LLC**
MARK A. BELNICK (pending adm. *pro hac vice*)

By: _____/s/_____
       Mark A. Belnick

120 West 45th Street, Suite 1700B
New York, NY 10036
Telephone: 646.453.2901
Facsimile: 646.453.2908
mbelnick@belnicklaw.com

**Attorneys for Defendant Stuart J. Nichols**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7514579.1

STIPULATION AND [PROPOSED] ORDER RE
CMC AND TIME FOR DEFENDANTS'
RESPONSE TO COMPLAINT (NO. 06-3445)

**O R D E R**

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

1. The Case Management Conference currently set for March 12, 2007 is continued to ~~May XX~~ June 4, 2007 at 10:00 a.m.

2. All proceedings in this action are stayed until May 21, 2007.

3. Defendants shall file and serve their responsive pleading(s) or motions to the Amended Consolidated Complaint by no later than May 21, 2007.

4. Defendants, and each of them (including KLA-Tencor and its SLC) shall not seek dismissal of the Amended Consolidated Complaint under Rule 12 of the Federal Rules of Civil Procedure on the basis of Lead Plaintiff's failure to make a pre-lawsuit demand that the Board of Directors of KLA-Tencor initiate this action; <u>provided, however</u>, that this shall not limit the right of any defendant to seek dismissal of this action on any other ground, or to assert any defense at trial or by way of a Rule 56 motion; and <u>provided, further</u>, that this shall not limit the rights of KLA-Tencor, through its SLC or other duly authorized representatives, to seek to dismiss, settle, or assume control of this action as provided under applicable law.

5. Lead Plaintiff shall file and serve its opposition brief(s) to Defendants' Rule 12 motions within 45 days after the filing of Defendants' responsive pleading(s) or motions.

6. Defendants shall file and serve their reply briefs within 15 days after the filing of Lead Plaintiff's opposition brief(s).

**SO ORDERED.**

DATED: March _9_, 2007

_____
Hon. James Ware
United States District Judge