JOHN H. HEMANN (SBN 165823)
JOSEPH E. FLOREN (SBN 168292)
BENJAMIN P. SMITH (SBN 197551)
CHRISTOPHER J. BANKS (SBN 218779)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jhemann@morganlewis.com
         jfloren@morganlewis.com
         bpsmith@morganlewis.com
         cbanks@morganlewis.com

Attorneys for Defendants Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Richard J. Elkus, Jr., Jeffrey L. Hall, Stephen P. Kaufman, Lida Urbanek, Richard P. Wallace, and Nominal Defendant KLA-Tencor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-TENCOR CORPORATION SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. C-06-03445-JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT** |

TO THE HONORABLE COURT:

Plaintiffs and Defendants hereby stipulate and agree, by and through their undersigned counsel of record, as follows:

WHEREAS, on February 20, 2007, Lead Plaintiff Alaska Electrical Pension Fund, derivatively on behalf of KLA-Tencor Corporation ("Lead Plaintiff"), filed an Amended Consolidated Verified Shareholder Derivative Complaint ("Amended Consolidated Complaint") in this consolidated action;

WHEREAS, upon the prior stipulation of all parties, the Court stayed all response deadlines and proceedings in this action until May 21, 2007 so as to allow time for Nominal Defendant KLA-Tencor Corporation's ("KLA-Tencor's") Special Litigation Committee ("SLC") to conduct an investigation in order to determine KLA-Tencor's position with respect to the future course of this litigation,

WHEREAS, KLA-Tencor's SLC has substantially completed its investigation and all parties wish to meet to discuss the potential for settlement of all claims set forth in this action, and to that end counsel for Lead Plaintiff, KLA-Tencor, and the SLC have agreed to meet in person on or about May 22, 2007 in order to discuss settlement, with the expectation that this initial meeting will be followed promptly by the selection of a mediator and further substantive settlement discussions with all parties, and

WHEREAS, all parties have agreed that response deadlines and further proceedings in this litigation should continue to be stayed on the terms and conditions set forth below in order to allow productive settlement discussions to ensue.

**STIPULATION**

Now, therefore, the parties agree and stipulate, subject to Court approval, as follows:

1. All proceedings in this action will remain stayed until June 11, 2007. Absent further order of the Court, Defendants shall file and serve their responsive pleading(s) or motions to the Amended Consolidated Complaint by no later than June 11, 2007

2. The parties shall advise the Court at or before the Case Management Conference in this case, scheduled for June 4, 2007 at 10:00 a.m., regarding the status of their discussions and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7514579.1

2

STIPULATION AND [PROPOSED] ORDER RE
TIME FOR DEFENDANTS' RESPONSE TO
COMPLAINT (NO. 06-3445)

whether they believe a further continuation of the stay of this action would be productive in order to foster settlement and, if so, the length of any such continued stay.

**IT IS SO STIPULATED.**

DATED: May 14, 2007
**MORGAN, LEWIS & BOCKIUS LLP**
JOHN H. HEMANN
JOSEPH E. FLOREN
BENJAMIN P. SMITH

By: _____/s/_____
        Joseph E. Floren

One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

**Attorneys for Defendants Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Richard J. Elkus, Jr., Jeffrey L. Hall, Stephen P. Kaufman, Lida Urbanek, Richard P. Wallace, and Nominal Defendant KLA-Tencor Corporation**

I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that each of the 8 signatories identified below has concurred in this filing.

DATED: May 14, 2007
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG

_____/s/_____
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 3 | | WILLIAM S. LERACH<br>DARREN J. ROBBINS |
| 4 | | TRAVIS E. DOWNS III<br>655 West Broadway, Suite 1900 |
| 5 | | San Diego, CA  92101-3301<br>Telephone:  619/231-1058 |
| 6 | | 619/231-7423 (fax) |
| 7 | | Lead Counsel for Plaintiffs |

8  DATED: May 14, 2007        **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                              WALTER F. BROWN, JR.
9                             ROBERT P. VARIAN

11                            By: _____/s/_____
                                   Robert P. Varian

12                            405 Howard Street
                              San Francisco, CA 94105
13                            Tel. 415-773-5700
                              Fax: 415-773-5759

                              **Attorneys for Defendant Gary Dickerson**

16  DATED: May 14, 2007       **MORRISON & FOERSTER**
                              CRAIG D. MARTIN
17                            K.C. ALLAN WALDRON

19                            By: _____/s/_____
                                   Craig D. Martin

20                            425 Market Street
                              San Francisco, CA 94104
21                            Telephone: (415) 268-7000
                              Facsimile: (415) 238-7522

                              **Attorneys for Defendant John H. Kispert**

| | | |
|---|---|---|
| 1 | DATED: May 14, 2007 | **SHEARMAN & STERLING LLP** |
| 2 | | PATRICK D. ROBBINS<br>JEFFREY S. FACTER |
| 3 | | ALICIA G. HUFFMAN |

By: _____/s/_____
       Jeffrey S. Facter

525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

**Attorneys for Defendant Kenneth Levy**


DATED: May 14, 2007        **LAW OFFICE OF MARK A. BELNICK, LLC**
                           MARK A. BELNICK (admitted *pro hac vice*)

By: _____/s/_____
       Mark A. Belnick

120 West 45th Street, Suite 1700B
New York, NY 10036
Telephone: 646-453-2901
Fax: 646-453-2908

CHRISTOPHER D. KERCHER (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Tel 212-872-1000

STEVEN S. KAUFHOLD
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, 15th Floor
San Francisco, CA 94104
Tel: 415-765-9500
Fax: 415-765-9501

**Attorneys for Defendant Stuart J. Nichols**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7514579.1                    5        STIPULATION AND [PROPOSED] ORDER RE
                                            TIME FOR DEFENDANTS' RESPONSE TO
                                            COMPLAINT (NO. 06-3445)

| | | |
|---|---|---|
| 1 | DATED: May 14, 2007 | **RAMSEY & EHRLICH LLP**<br>MILES F. EHRLICH |
| 2 | | |
| 3 | | By: _____/s/_____<br>Miles F. Ehrlich |
| 4 | | |
| 5 | | 803 Hearst Avenue<br>Berkeley, CA 94710<br>Telephone: 510-548-3600 |
| 6 | | |
| 7 | | **Attorneys for Defendant Arthur Schnitzer** |
| 8 | DATED: May 14, 2007 | **DLA PIPER US LLP**<br>SHIRLI FABBRI WEISS<br>DAVID A. PRIEBE |
| 9 | | |
| 10 | | |
| 11 | | By: _____/s/_____<br>David A. Priebe |
| 12 | | 2000 University Avenue<br>East Palo Alto, California 94303<br>Telephone: (650) 833-2056<br>Facsimile : (650) 833-2001 |
| 13 | | |
| 14 | | |
| 15 | | **Attorneys for Defendant Kenneth L. Schroeder** |
| 16 | DATED: May 14, 2007 | **HELLER EHRMAN LLP**<br>MICHAEL J. SHEPARD<br>WARRINGTON S. PARKER, III |
| 17 | | |
| 18 | | |
| 19 | | By: _____/s/_____<br>Michael J. Shepard |
| 20 | | 333 Bush Street<br>San Francisco, CA 94104<br>Telephone: (415) 772-6000<br>Facsimile: (415) 772-6268 |
| 21 | | |
| 22 | | |
| 23 | | **Attorneys for Defendant Jon D. Tompkins** |

**O R D E R**

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

1. All proceedings in this action will remain stayed until June 11, 2007. Absent further order of the Court, Defendants shall file and serve their responsive pleading(s) or motions to the Amended Consolidated Complaint by no later than June 11, 2007

2. The parties shall advise the Court at or before the Case Management Conference in this case, scheduled for June 4, 2007 at 10:00 a.m., regarding the status of their discussions and whether they believe a further continuation of the stay of this action would be productive in order to foster settlement and, if so, the length of any such continued stay.

**SO ORDERED.**

DATED: _____May 15_____, 2007        _____
                                     Hon. James Ware
                                     United States District Judge