JOHN H. HEMANN (SBN 165823)
JOSEPH E. FLOREN (SBN 168292)
BENJAMIN P. SMITH (SBN 197551)
CHRISTOPHER J. BANKS (SBN 218779)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jhemann@morganlewis.com
  jfloren@morganlewis.com
  bpsmith@morganlewis.com
  cbanks@morganlewis.com

Attorneys for Defendants Jeffrey L. Hall, Richard P. Wallace, and Nominal Defendant KLA-Tencor Corporation

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| In re KLA-TENCOR CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Case No. C-06-03445-JW |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT** |

TO THE HONORABLE COURT:

Plaintiffs and Defendants hereby stipulate and agree, by and through their undersigned counsel of record, as follows:

WHEREAS, on February 20, 2007, Lead Plaintiff Alaska Electrical Pension Fund, derivatively on behalf of KLA-Tencor Corporation ("Lead Plaintiff"), filed an Amended Consolidated Verified Shareholder Derivative Complaint ("Amended Consolidated Complaint") in this consolidated action,

WHEREAS, upon the prior stipulation of all parties, the Court stayed all response deadlines and proceedings in this action until June 11, 2007 on account of initial discussions regarding the potential resolution of this action between counsel for Lead Plaintiff and counsel for Nominal Defendant KLA-Tencor Corporation ("KLA-Tencor") and its Special Litigation Committee ("SLC"),

WHEREAS, counsel for Lead Plaintiff, KLA-Tencor, and the SLC met and discussed settlement possibilities on May 22, 2007, and have agreed to continue their discussions with the assistance of a mediator, who has yet to be selected, with the expectation that further substantive settlement discussions will follow promptly with all parties, and

WHEREAS, all parties have agreed that response deadlines and further proceedings in this litigation should continue to be stayed on the terms and conditions set forth below in order to allow productive settlement discussions to ensue.

**STIPULATION**

Now, therefore, the parties agree and stipulate, subject to Court approval, as follows:

1. All proceedings in this action will remain stayed until June 25, 2007. Absent further order of the Court, Defendants shall file and serve their responsive pleading(s) or motions to the Amended Consolidated Complaint by no later than June 25, 2007

2. The next Case Management Conference in this case, currently scheduled for June 4, 2007 at 10:00 a.m., shall be continued until June 18, 2007 at 10:00 a.m. or the next date thereafter available on the Court's calendar, at which time the parties will update the Court regarding the status of their discussions and whether they believe a further continuation of the stay of this action

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7514579.1      2      STIPULATION AND [PROPOSED] ORDER RE
CMC AND TIME FOR DEFENDANTS'
RESPONSE TO COMPLAINT (NO. 06-3445)

would be productive in order to foster settlement and, if so, the length of any such continued stay.

**IT IS SO STIPULATED.**

DATED: May 30, 2007                    **MORGAN, LEWIS & BOCKIUS LLP**
JOHN H. HEMANN
JOSEPH E. FLOREN
BENJAMIN P. SMITH


By: _____/s/_____
         Joseph E. Floren

One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

**Attorneys for Defendants Jeffrey L. Hall, Richard P. Wallace, and Nominal Defendant KLA-Tencor Corporation**

I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that each of the 9 signatories identified below has concurred in this filing.

DATED:  May 30, 2007                   **LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG


_____/s/_____
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7514579.1                    3         STIPULATION AND [PROPOSED] ORDER RE
                                            CMC AND TIME FOR DEFENDANTS'
                                            RESPONSE TO COMPLAINT (NO. 06-3445)

|   |   |
|---|---|
|   | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>WILLIAM S. LERACH<br>DARREN J. ROBBINS<br>TRAVIS E. DOWNS III<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>Lead Counsel for Plaintiffs |
| DATED: May 30, 2007 | **FENWICK & WEST LLP**<br>KEVIN P. MUCK<br>DEAN S. KRISTY<br><br>By: _____/s/_____<br>     Kevin P. Muck<br><br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Tel. 415-875-2300<br>Fax: 415-281-1350<br><br>**Attorneys for Defendants Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Richard J. Elkus, Jr., and Lida Urbanek** |
| DATED: May 30, 2007 | **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>WALTER F. BROWN, JR.<br>ROBERT P. VARIAN<br><br>By: _____/s/_____<br>     Robert P. Varian<br><br>405 Howard Street<br>San Francisco, CA 94105<br>Tel. 415-773-5700<br>Fax: 415-773-5759<br><br>**Attorneys for Defendant Gary Dickerson** |

| | | |
|---|---|---|
| 1 | DATED: May 30, 2007 | **MORRISON & FOERSTER** |
| 2 | | CRAIG D. MARTIN<br>K.C. ALLAN WALDRON |

By: _____/s/_____
       Craig D. Martin

425 Market Street
San Francisco, CA 94104
Telephone: (415) 268-7000
Facsimile: (415) 238-7522

**Attorneys for Defendant John H. Kispert**

DATED: May 30, 2007

**SHEARMAN & STERLING LLP**
PATRICK D. ROBBINS
JEFFREY S. FACTER
ALICIA G. HUFFMAN

By: _____/s/_____
       Jeffrey S. Facter

525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

**Attorneys for Defendant Kenneth Levy**

DATED: May 30, 2007

**LAW OFFICE OF MARK A. BELNICK, LLC**
MARK A. BELNICK (admitted *pro hac vice*)

By: _____/s/_____
       Mark A. Belnick

120 West 45th Street, Suite 1700B
New York, NY 10036
Telephone: 646-453-2901
Fax: 646-453-2908

CHRISTOPHER D. KERCHER (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Tel 212-872-1000

STEVEN S. KAUFHOLD
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, 15th Floor

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7514579.1

5

STIPULATION AND [PROPOSED] ORDER RE
CMC AND TIME FOR DEFENDANTS'
RESPONSE TO COMPLAINT (NO. 06-3445)

|   |   |   |
|---|---|---|
| | | San Francisco, CA 94104<br>Tel: 415-765-9500<br>Fax: 415-765-9501 |
| | | **Attorneys for Defendant Stuart J. Nichols** |
| DATED: May 30, 2007 | | **RAMSEY & EHRLICH LLP**<br>MILES F. EHRLICH |
| | | By: _____/s/_____<br>     Miles F. Ehrlich |
| | | 803 Hearst Avenue<br>Berkeley, CA 94710<br>Telephone: 510-548-3600 |
| | | **Attorneys for Defendant Arthur Schnitzer** |
| DATED: May 30, 2007 | | **DLA PIPER US LLP**<br>SHIRLI FABBRI WEISS<br>DAVID A. PRIEBE |
| | | By: _____/s/_____<br>     David A. Priebe |
| | | 2000 University Avenue<br>East Palo Alto, California 94303<br>Telephone: (650) 833-2056<br>Facsimile : (650) 833-2001 |
| | | **Attorneys for Defendant Kenneth L. Schroeder** |
| DATED: May 30, 2007 | | **HELLER EHRMAN LLP**<br>MICHAEL J. SHEPARD<br>WARRINGTON S. PARKER, III |
| | | By: _____/s/_____<br>     Michael J. Shepard |
| | | 333 Bush Street<br>San Francisco, CA 94104<br>Telephone: (415) 772-6000<br>Facsimile: (415) 772-6268 |
| | | **Attorneys for Defendant Jon D. Tompkins** |

# O R D E R

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

1. All proceedings in this action will remain stayed until June 25, 2007. Absent further order of the Court, Defendants shall file and serve their responsive pleading(s) or motions to the Amended Consolidated Complaint by no later than June 25, 2007

2. The next Case Management Conference in this case, currently scheduled for June 4, 2007 at 10:00 a.m., shall be continued until ~~June 18, 2007~~ July 23, 2007 at 10:00 a.m. or the next date thereafter available on the Court's calendar, at which time the parties will update the Court regarding the status of their discussions and whether they believe a further continuation of the stay of this action would be productive in order to foster settlement and, if so, the length of any such continued stay.

**SO ORDERED.**

DATED: _____May 31_____, 2007                   _____/s/ James Ware_____
                                                Hon. James Ware
                                                United States District Judge

Morgan, Lewis & Bockius LLP
Attorneys At Law
New York

1-SF/7514579.1                    7              STIPULATION AND [PROPOSED] ORDER RE
                                                 CMC AND TIME FOR DEFENDANTS'
                                                 RESPONSE TO COMPLAINT (NO. 06-3445)