1   JOHN H. HEMANN (SBN 165823)
JOSEPH E. FLOREN (SBN 168292)
2   BENJAMIN P. SMITH (SBN 197551)
CHRISTOPHER J. BANKS (SBN 218779)
3   TERA M. HEINTZ (SBN 241414)
MORGAN, LEWIS & BOCKIUS LLP
4   One Market, Spear Street Tower
San Francisco, CA  94105-1126
5   Tel:  415.442.1000
Fax:  415.442.1001
6   E-mail:  jhemann@morganlewis.com
        jfloren@morganlewis.com
7         bpsmith@morganlewis.com
        cbanks@morganlewis.com
8         theintz@morganlewis.com

9   Attorneys for Defendants Jeffrey L. Hall, Richard P.
Wallace, and Nominal Defendant KLA-Tencor
10   Corporation

11

                 UNITED STATES DISTRICT COURT
12
       NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
13

14

| | |
|---|---|
| 15   In re KLA-TENCOR CORPORATION SHAREHOLDER DERIVATIVE 16   LITIGATION 17 | Case No. C-06-03445-JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT** |
| 18   This Document Relates to: 19   ALL ACTIONS 20 | |

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7566724.1

1   TO THE HONORABLE COURT:

2   Plaintiffs and Defendants hereby stipulate and agree, by and through their undersigned

3   counsel of record, as follows:

4   WHEREAS, on February 20, 2007, Lead Plaintiff Alaska Electrical Pension Fund,

5   derivatively on behalf of KLA-Tencor Corporation ("Lead Plaintiff"), filed an Amended

6   Consolidated Verified Shareholder Derivative Complaint ("Amended Consolidated Complaint") in

7   this consolidated action,

8   WHEREAS, upon the prior stipulation of all parties, the Court has stayed all response

9   deadlines and proceedings in this action until June 25, 2007 on account of discussions regarding

10  the potential resolution of this action between counsel for Lead Plaintiff and counsel for Nominal

11  Defendant KLA-Tencor Corporation ("KLA-Tencor") and its Special Litigation Committee

12  ("SLC"),

13  WHEREAS, counsel for Lead Plaintiff, KLA-Tencor, and the parties have agreed to

14  participate in a mediation of this case on July 11, 2007, and

15  WHEREAS, all parties have agreed that response deadlines and further proceedings in this

16  litigation should continue to be stayed on the terms and conditions set forth below in order to allow

17  mediation to ensue.

18  **STIPULATION**

19  Now, therefore, the parties agree and stipulate, subject to Court approval, as follows:

20  1.   All proceedings in this action will remain stayed until July 23, 2007.  Absent further

21  order of the Court, Defendants shall file and serve their responsive pleading(s) or motions to the

22  Amended Consolidated Complaint by no later than July 23, 2007.

23  2.   During the next Case Management Conference in this case, which is currently

24  scheduled for July 23, 2007 at 10:00 a.m., the parties will update the Court regarding the July 11,

25  2007 mediation and whether they believe a further continuation of the stay of this action would be

26  productive in order to foster settlement and, if so, the length of any such continued stay.

27

28

Morgan, Lewis &
Bockius LLP
Attorneys At Law
New York

1-SF/7566724.1                    2          STIPULATION AND [PROPOSED] ORDER RE
TIME FOR DEFENDANTS' RESPONSE TO
COMPLAINT (NO. 06-3445)

1    **IT IS SO STIPULATED.**

2    DATED: June 22, 2007                 **MORGAN, LEWIS & BOCKIUS LLP**
                                          JOHN H. HEMANN
3                                         JOSEPH E. FLOREN
                                          BENJAMIN P. SMITH
4

5                                         By: _____/s/_____
                                                    Joseph E. Floren
6
                                          One Market, Spear Street Tower
7                                         San Francisco, CA  94105-1126
                                          Telephone: (415) 442-1000
8                                         Facsimile: (415) 442-1001

9                                         **Attorneys for Defendants Jeffrey L. Hall,**
                                          **Richard P. Wallace, and Nominal Defendant**
10                                        **KLA-Tencor Corporation**

11         I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this

12   STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I

13   hereby attest that each of the 9 signatories identified below has concurred in this filing.

14

15   DATED:  June 22, 2007                **LERACH COUGHLIN STOIA GELLER**
                                              **RUDMAN & ROBBINS LLP**
                                          SHAWN A. WILLIAMS
16                                        MONIQUE C. WINKLER
                                          AELISH M. BAIG
17

18
                                                         /s/
19                                        _____
                                          SHAWN A. WILLIAMS

20                                        100 Pine Street, Suite 2600
                                          San Francisco, CA  94111
21                                        Telephone:  415/288-4545
                                          415/288-4534 (fax)
22
                                          LERACH COUGHLIN STOIA GELLER
23                                            RUDMAN & ROBBINS LLP
                                          WILLIAM S. LERACH
24                                        DARREN J. ROBBINS
                                          TRAVIS E. DOWNS III
25                                        655 West Broadway, Suite 1900
                                          San Diego, CA  92101-3301
26                                        Telephone:  619/231-1058
                                          619/231-7423 (fax)
27

28                                        **Lead Counsel for Plaintiffs**

Morgan, Lewis &
Bockius LLP
Attorneys At Law
New York

1-SF/7566724.1                            3           STIPULATION AND [PROPOSED] ORDER RE
                                                      TIME FOR DEFENDANTS' RESPONSE TO
                                                      COMPLAINT (NO. 06-3445)

1   DATED: June 22, 2007              **FENWICK & WEST LLP**
                                      KEVIN P. MUCK
2                                     DEAN S. KRISTY

3
                                      By: _____/s/_____
4                                              Kevin P. Muck

5                                     555 California Street, 12th Floor
                                      San Francisco, CA 94104
6                                     Tel. 415-875-2300
                                      Fax: 415-281-1350
7
                                      **Attorneys for Defendants Edward W. Barnholt,**
8                                     **H. Raymond Bingham, Robert J. Boehlke,**
                                      **Robert T. Bond, Richard J. Elkus, Jr., and Lida**
9                                     **Urbanek**

10
      DATED: June 22, 2007            **ORRICK, HERRINGTON & SUTCLIFFE LLP**
11                                    WALTER F. BROWN, JR.
                                      ROBERT P. VARIAN
12

13                                    By: _____/s/_____
                                               Robert P. Varian
14
                                      405 Howard Street
15                                    San Francisco, CA 94105
                                      Tel. 415-773-5700
16                                    Fax: 415-773-5759

17                                    **Attorneys for Defendant Gary Dickerson**

18
      DATED: June 22, 2007            **MORRISON & FOERSTER**
19                                    CRAIG D. MARTIN
                                      K.C. ALLAN WALDRON
20

21                                    By: _____/s/_____
                                               Craig D. Martin
22

23                                    425 Market Street
                                      San Francisco, CA 94104
24                                    Telephone: (415) 268-7000
                                      Facsimile: (415) 238-7522

25                                    **Attorneys for Defendant John H. Kispert**

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7566724.1                        4                    STIPULATION AND [PROPOSED] ORDER RE
                                                           TIME FOR DEFENDANTS' RESPONSE TO
                                                           COMPLAINT (NO. 06-3445)

DATED: June 22, 2007

**SHEARMAN & STERLING LLP**
PATRICK D. ROBBINS
JEFFREY S. FACTER
ALICIA G. HUFFMAN

By: _____/s/_____
        Jeffrey S. Facter

525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

**Attorneys for Defendant Kenneth Levy**

DATED: June 22, 2007

**LAW OFFICE OF MARK A. BELNICK, LLC**
MARK A. BELNICK (admitted *pro hac vice*)

By: _____/s/_____
        Mark A. Belnick

120 West 45th Street, Suite 1700B
New York, NY 10036
Telephone: 646-453-2901
Fax: 646-453-2908

CHRISTOPHER D. KERCHER (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Tel 212-872-1000

STEVEN S. KAUFHOLD
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, 15th Floor
San Francisco, CA 94104
Tel: 415-765-9500
Fax: 415-765-9501

**Attorneys for Defendant Stuart J. Nichols**

Morgan, Lewis &
Bockius LLP
Attorneys At Law
New York

1-SF/7566724.1

STIPULATION AND [PROPOSED] ORDER RE
TIME FOR DEFENDANTS' RESPONSE TO
COMPLAINT (NO. 06-3445)

1  DATED: June 22, 2007

2

3

4

5

6

7

8  DATED: June 22, 2007

9

10

11

12

13

14

15

16  DATED: June 22, 2007

17

18

19

20

21

22

23

24

25

26

27

28

**RAMSEY & EHRLICH LLP**
MILES F. EHRLICH

By: _____/s/_____
         Miles F. Ehrlich

803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-548-3600

**Attorneys for Defendant Arthur Schnitzer**

**DLA PIPER US LLP**
SHIRLI FABBRI WEISS
DAVID A. PRIEBE

By: _____/s/_____
         David A. Priebe

2000 University Avenue
East Palo Alto, California 94303
Telephone: (650) 833-2056
Facsimile : (650) 833-2001

**Attorneys for Defendant Kenneth L. Schroeder**

**HELLER EHRMAN LLP**
MICHAEL J. SHEPARD
WARRINGTON S. PARKER, III

By: _____/s/_____
         Michael J. Shepard

333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

**Attorneys for Defendant Jon D. Tompkins**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7566724.1

STIPULATION AND [PROPOSED] ORDER RE
TIME FOR DEFENDANTS' RESPONSE TO
COMPLAINT (NO. 06-3445)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# O R D E R

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

1.      All proceedings in this action will remain stayed until July 23, 2007.  Absent further order of the Court, Defendants shall file and serve their responsive pleading(s) or motions to the Amended Consolidated Complaint by no later than July 23, 2007

2.      At the next Case Management Conference in this case, which is currently scheduled for July 23, 2007 at 10:00 a.m., the parties will update the Court regarding the July 11, 2007 mediation and whether they believe a further continuation of the stay of this action would be productive in order to foster settlement and, if so, the length of any such continued stay.

**SO ORDERED.**

DATED:  _____June 25_____, 2007       _____
                                                      Hon. James Ware
                                                      United States District Judge

Morgan, Lewis &
Bockius LLP
Attorneys At Law
New York

1-SF/7566724.1

7

STIPULATION AND [PROPOSED] ORDER RE
TIME FOR DEFENDANTS' RESPONSE TO
COMPLAINT (NO. 06-3445)