JOHN H. HEMANN (SBN 165823)
JOSEPH E. FLOREN (SBN 168292)
BENJAMIN P. SMITH (SBN 197551)
CHRISTOPHER J. BANKS (SBN 218779)
TERA M. HEINTZ (SBN 241414)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  jhemann@morganlewis.com
         jfloren@morganlewis.com
         bpsmith@morganlewis.com
         cbanks@morganlewis.com
         theintz@morganlewis.com

Attorneys for Defendants Jeffrey L. Hall, Richard P. Wallace, and Nominal Defendant KLA-Tencor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-TENCOR CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Case No. C-06-03445-JW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING KLA-TENCOR'S VOLUNTARY OPTION PLAN** |
| This Document Relates to:<br><br>JAMES ZIOLKOWSKI,<br><br>            Plaintiff,<br><br>vs.<br><br>KENNETH LEVY, et al.,<br><br>            Defendants. | Case No. C-06-03445-JW |

TO THE HONORABLE COURT:

Plaintiff and Nominal Defendant KLA-Tencor Corporation ("KLA-Tencor" or the "Company"), hereby stipulate and agree, by and through their undersigned counsel, as follows:

WHEREAS, this is a shareholder derivative action on behalf of nominal defendant KLA-Tencor against certain current and former executives and members of its Board of Directors;

WHEREAS, on June 1, 2006, plaintiff James Ziolkowski ("Ziolkowski") filed a motion for preliminary injunction in the above-captioned case, seeking, among other things, an order enjoining the exercise of certain KLA-Tencor stock options during the pendency of this litigation by those persons who are individual defendants;

WHEREAS, on May 24, 2006, KLA-Tencor's Board of Directors appointed a special committee of its board of directors ("Special Committee") to conduct an investigation into the Company's historical stock options grants and related accounting practices;

WHEREAS, following the filing of this action and pending completion of the Special Committee's investigation, KLA-Tencor entered into a voluntary plan to restrict the exercise of all options held by the Company's present and former officers and directors, including the exercise of such options that were issued to individual defendants ("Voluntary Plan");

WHEREAS, on September 22, 2006, this Court entered an Order Denying Plaintiff's Motion for Preliminary Injunction in the *Ziolkowski* action, and ordering KLA-Tencor to give written Notice to Plaintiff, and file the notice with the Court 28 days before altering or terminating the Voluntary Plan with respect to stock options granted by KLA-Tencor between January 1, 1997, and July 31, 2002 (the "Review Period") to those individuals who are defendants, and requiring such Notice to identify the options as to which it is terminating the prohibition and information concerning the reasons for terminating the prohibition;

WHEREAS, on October 23, 2006, the Court consolidated the *Ziolkowski* action with three related shareholder derivative actions, appointed the Alaska Electrical Pension Fund as Lead Plaintiff and Lerach Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel, and retitled this case *In re KLA-Tencor Corp. Shareholder Derivative Litigation*;

WHEREAS, the operative complaint in this consolidated action, which supersedes the prior complaints, is the Amended Consolidated Complaint filed on February 20, 2007 against KLA-Tencor, as nominal defendant, and 17 individual defendants (the "Individual Defendants");

WHEREAS, one of KLA-Tencor's current outside directors, Individual Defendant Lida

Urbanek, currently holds 5,000 stock options that were granted to her by the Company on July 22, 1997, and which will expire on July 22, 2007 if they are not exercised before then;

WHEREAS, based on the Special Committee's investigation, KLA-Tencor has concluded and hereby represents to Plaintiff and the Court that (i) none of the stock options granted to KLA-Tencor's outside directors during the Review Period were retroactively priced or otherwise improperly granted, and (ii) the option grant to Lida Urbanek on July 22, 1997 was made on that date and was priced at the fair market value of the Company's stock on that date;

WHEREAS, KLA-Tencor has secured Ms. Urbanek's agreement that, if she elects to sell some or all of the shares acquired as a result of exercising the 5,000 stock options granted to her on July 22, 1997, she will maintain (in a bank or securities brokerage account) the net proceeds of any such sale(s) pending either (i) a further order of the Court, or (ii) resolution, dismissal or other termination of the claims against her in this action;

WHEREAS, based on the foregoing representations and imminent expiration of the options at issue, Plaintiff does not intend to file a preliminary injunction motion with respect to the exercise by Ms. Urbanek of the 5,000 stock options that the Company granted to her on July 22, 1997, and thus, subject to this Court's approval, does not require compliance with the 28-day notice period provided under this Court's September 22, 2006 Order; and

WHEREAS, the parties agree that nothing in this Stipulation shall be construed as a waiver of any claims, rights, arguments, or damages by Plaintiff with respect to any stock options or defendants, including the stock options that are the subject of this Stipulation, and that all such claims, rights, arguments, and damages are expressly reserved;

NOW, THEREFORE, IT IS HEREBY STIPULATED, SUBJECT TO THIS COURT'S APPROVAL, AS FOLLOWS:

1. KLA-Tencor may allow Lida Urbanek to exercise the 5,000 stock options granted to her on July 22, 1997, that are set to expire on July 22, 2007, notwithstanding that the Company did not give Plaintiff 28 days advance notice of its intent to allow such exercise, or file such notice with the Court.

2. This Court's September 22, 2006 Order remains in effect as to options granted to

the Individual Defendants in all other respects.

**IT IS SO STIPULATED.**

DATED: July 6, 2007             **MORGAN, LEWIS & BOCKIUS LLP**
                                JOHN H. HEMANN
                                JOSEPH E. FLOREN
                                BENJAMIN P. SMITH


                                By:        /s/
                                        Joseph E. Floren

                                One Market, Spear Street Tower
                                San Francisco, CA  94105-1126
                                Telephone: (415) 442-1000
                                Facsimile: (415) 442-1001

                                **Attorneys for Defendants Jeffrey L. Hall,
                                Richard P. Wallace, and Nominal Defendant
                                KLA-Tencor Corporation**

I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that the signatory identified below has concurred in this filing.

DATED:  July 6, 2007            **LERACH COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP**
                                SHAWN A. WILLIAMS
                                MONIQUE C. WINKLER
                                AELISH M. BAIG


                                           /s/
                                    SHAWN A. WILLIAMS

                                100 Pine Street, Suite 2600
                                San Francisco, CA  94111
                                Telephone:  415/288-4545
                                415/288-4534 (fax)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7572247.5

4

STIPULATION AND [PROPOSED] ORDER
REGARDING KLA-TENCOR'S
VOLUNTARY OPTION PLAN (C-06-03445-JW)

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP |
| 3 | WILLIAM S. LERACH<br>DARREN J. ROBBINS |
| 4 | TRAVIS E. DOWNS III<br>655 West Broadway, Suite 1900 |
| 5 | San Diego, CA  92101-3301<br>Telephone:  619/231-1058 |
| 6 | 619/231-7423 (fax) |
| | **Lead Counsel for Plaintiffs** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7572247.5

5

STIPULATION AND [PROPOSED] ORDER
REGARDING KLA-TENCOR'S
VOLUNTARY OPTION PLAN (C-06-03445-JW)

**O R D E R**

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

1. KLA-Tencor may allow Lida Urbanek to exercise the 5,000 stock options granted to her on July 22, 1997, that are set to expire on July 22, 2007, notwithstanding that the Company did not give Plaintiff 28 days advance notice of its intent to allow such exercise.

2. This Court's September 22, 2006 Order remains in effect as to options granted to the Individual Defendants in all other respects.

**SO ORDERED.**

DATED: __July 16____, 2007        _____
                                  Hon. James Ware
                                  United States District Judge

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7572247.5

6

STIPULATION AND [PROPOSED] ORDER
REGARDING KLA-TENCOR'S
VOLUNTARY OPTION PLAN (C-06-03445-JW)