JOHN H. HEMANN (SBN 165823)
JOSEPH E. FLOREN (SBN 168292)
BENJAMIN P. SMITH (SBN 197551)
CHRISTOPHER J. BANKS (SBN 218779)
TERA M. HEINTZ (SBN 241414)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jhemann@morganlewis.com
jfloren@morganlewis.com
bpsmith@morganlewis.com
cbanks@morganlewis.com
theintz@morganlewis.com

Attorneys for Defendants Jeffrey L. Hall, Richard P. Wallace, John H. Kispert and Nominal Defendant KLA-Tencor Corporation

IT IS SO ORDERED AS MODIFIED
Judge James Ware
8/30/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-TENCOR CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Case No. C-06-03445-JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT** |
| This Document Relates to:<br><br>ALL ACTIONS | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7590258.1

STIPULATION AND [PROPOSED] ORDER RE TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT (NO. 06-3445)

**TO THE HONORABLE COURT:**

Plaintiffs and Defendants hereby stipulate and agree, by and through their undersigned counsel of record, as follows:

WHEREAS, on February 20, 2007, Lead Plaintiff Alaska Electrical Pension Fund, derivatively on behalf of KLA-Tencor Corporation ("Lead Plaintiff"), filed an Amended Consolidated Verified Shareholder Derivative Complaint ("Amended Consolidated Complaint") in this consolidated action,

WHEREAS, upon the prior stipulation of all parties, the Court has stayed all response deadlines and proceedings in this action until August 31, 2007 on account of discussions regarding the potential resolution of this action between counsel for Lead Plaintiff, counsel for Nominal Defendant KLA-Tencor Corporation ("KLA-Tencor"), its Special Litigation Committee ("SLC"), and the individual defendants;

WHEREAS, all parties attended a mediation of this action on June 11, 2007,

WHEREAS, on August 8, 9, and 10, 2007, counsel for Lead Plaintiff, KLA-Tencor, its Special Litigation Committee and certain of the individual defendants attended further mediation sessions regarding the claims in this action, as well as the claims in the pending securities class action entitled *In re KLA-Tencor Corporation Securities Litigation*, N.D. Cal. Case No. C-06-04065-MJJ, that is pending before the Honarable Martin J. Jenkins against KLA-Tencor and most of the individual defendants arising out of the same series of facts alleged in this derivative litigation;

WHEREAS, the parties have continued to engage with the mediator and have had numerous continuing informal discussions, both directly and with the continued assistance of the mediator, following the August mediation sessions regarding potential resolution of this action and the related class action, and anticipate further mediation in September 2007;

WHEREAS, all parties to this action believe that proceeding with litigation at this point in discussions would not be conducive to the ongoing mediation and settlement discussions and have, therefore, agreed that response deadlines and further proceedings in this litigation should continue to be stayed on the terms and conditions set forth below in order to allow productive discussions

regarding a possible settlement to continue.

**STIPULATION**

Now, therefore, the parties agree and stipulate, subject to Court approval, as follows:

1. All proceedings as to the parties listed below in this action will remain stayed until September 28, 2007. Absent further order of the Court, Defendants shall file and serve their responsive pleading(s) or motions to the Amended Consolidated Complaint by no later than September 28, 2007.

2. The next Case Management Conference in this case will go forward as scheduled on September 24, 2007, at 10:00 a.m., at which time the parties will update the Court regarding the mediation discussions, and whether a further continuation of the stay of this action would be productive in order to foster settlement and, if so, the length of any such continued stay.

**IT IS SO STIPULATED.**

DATED: August 29, 2007　　　　　　　　　**MORGAN, LEWIS & BOCKIUS LLP**
　　　　　　　　　　　　　　　　　　　　　JOHN H. HEMANN
　　　　　　　　　　　　　　　　　　　　　JOSEPH E. FLOREN
　　　　　　　　　　　　　　　　　　　　　TERA M. HEINTZ


　　　　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　Tera M. Heintz

　　　　　　　　　　　　　　　　　　　　　One Market, Spear Street Tower
　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94105-1126
　　　　　　　　　　　　　　　　　　　　　Telephone: (415) 442-1000
　　　　　　　　　　　　　　　　　　　　　Facsimile: (415) 442-1001

　　　　　　　　　　　　　　　　　　　　　**Attorneys for Defendants Jeffrey L. Hall, Richard P. Wallace, John H. Kispert, and Nominal Defendant KLA-Tencor Corporation**

I, Tera M. Heintz, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that each of the 9 signatories identified below has concurred in this filing.

| | | |
|---|---|---|
| 1 | DATED August 29, 2007 | **LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP** |
| 2 | | SHAWN A. WILLIAMS |
| | | MONIQUE C. WINKLER |
| 3 | | AELISH M. BAIG |

                                    /s/
                        _____
                           SHAWN A. WILLIAMS

                        100 Pine Street, Suite 2600
                        San Francisco, CA 94111
                        Telephone: 415/288-4545
                        415/288-4534 (fax)

                        LERACH COUGHLIN STOIA GELLER
                              RUDMAN & ROBBINS LLP
                        WILLIAM S. LERACH
                        DARREN J. ROBBINS
                        TRAVIS E. DOWNS III
                        655 West Broadway, Suite 1900
                        San Diego, CA 92101-3301
                        Telephone: 619/231-1058
                        619/231-7423 (fax)

                        **Lead Counsel for Plaintiffs**

DATED: August 29, 2007        **FENWICK & WEST LLP**
                        KEVIN P. MUCK
                        DEAN S. KRISTY


                        By:          /s/
                            _____
                               Kevin P. Muck

                        555 California Street, 12th Floor
                        San Francisco, CA 94104
                        Tel. 415-875-2300
                        Fax: 415-281-1350

                        **Attorneys for Defendants Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Richard J. Elkus, Jr., Leo Chamberlain, and Lida Urbanek**

DATED: August 29, 2007

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
WALTER F. BROWN, JR.
ROBERT P. VARIAN


By: _____/s/_____
      Robert P. Varian

405 Howard Street
San Francisco, CA 94105
Tel. 415-773-5700
Fax: 415-773-5759

**Attorneys for Defendant Gary Dickerson**


DATED: August 29, 2007

**SHEARMAN & STERLING LLP**
PATRICK D. ROBBINS
JEFFREY S. FACTER
EMILY GRIFFEN


By: _____/s/_____
      Emily Griffen

525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

**Attorneys for Defendant Kenneth Levy**

DATED: August 29, 2007

**LAW OFFICE OF MARK A. BELNICK, LLC**
MARK A. BELNICK (admitted *pro hac vice*)

By: _____/s/_____
  Mark A. Belnick

120 West 45th Street, Suite 1700B
New York, NY 10036
Telephone: 646-453-2901
Fax: 646-453-2908

CHRISTOPHER D. KERCHER (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Tel 212-872-1000

STEVEN S. KAUFHOLD
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, 15th Floor
San Francisco, CA 94104
Tel: 415-765-9500
Fax: 415-765-9501

**Attorneys for Defendant Stuart J. Nichols**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7590258.1

6

STIPULATION AND [PROPOSED] ORDER RE
TIME FOR DEFENDANTS' RESPONSE TO
COMPLAINT (NO. 06-3445)

| | | |
|---|---|---|
| 1 | DATED: August 29, 2007 | **RAMSEY & EHRLICH LLP**<br>ISMAIL RAMSEY<br>MILES F. EHRLICH |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/_____<br>        Ismail Ramsey |
| 5 | | 803 Hearst Avenue<br>Berkeley, CA 94710<br>Telephone: 510-548-3600 |
| 6 | | |
| 7 | | **Attorneys for Defendant Arthur Schnitzer** |
| 8 | | |
| 9 | DATED: August 29, 2007 | **DLA PIPER US LLP**<br>SHIRLI FABBRI WEISS<br>DAVID A. PRIEBE |
| 10 | | |
| 11 | | |
| 12 | | By: _____/s/_____<br>        David A. Priebe |
| 13 | | 2000 University Avenue<br>East Palo Alto, California 94303<br>Telephone: (650) 833-2056<br>Facsimile: (650) 833-2001 |
| 14 | | |
| 15 | | |
| 16 | | **Attorneys for Defendant Kenneth L. Schroeder** |
| 17 | | |
| 18 | DATED: August 29, 2007 | **HELLER EHRMAN LLP**<br>MICHAEL J. SHEPARD<br>WARRINGTON S. PARKER, III |
| 19 | | |
| 20 | | |
| 21 | | By: _____/s/_____<br>        Warrington S. Parker, III |
| 22 | | 333 Bush Street<br>San Francisco, CA 94104<br>Telephone: (415) 772-6000<br>Facsimile: (415) 772-6268 |
| 23 | | |
| 24 | | |
| 25 | | **Attorneys for Defendant Jon D. Tompkins** |

## O R D E R AS MODIFIED

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. All proceedings in this action will remain stayed until September 28, 2007. Absent further order of the Court, Defendants shall file and serve their responsive pleading(s) or motions to the Amended Consolidated Complaint by no later than September 28, 2007

2. At the next Case Management Conference in this case, which is currently scheduled for October 1, 2007, at 10:00 a.m., the parties will update the Court regarding the status of mediation discussions, and whether they believe a further continuation of the stay of this action would be productive in order to foster settlement and, if so, the length of any such continued stay. The parties shall address this issues by filing a Joint Case Managment Statement by September 21st, 2007.

**IT IS SO ORDERED AS MODIFIED.**

Date: August 30, 2007

_____
United States District Judge
James Ware