JOHN H. HEMANN (SBN 165823)
JOSEPH E. FLOREN (SBN 168292)
BENJAMIN P. SMITH (SBN 197551)
CHRISTOPHER J. BANKS (SBN 218779)
TERA M. HEINTZ (SBN 241414)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jhemann@morganlewis.com
        jfloren@morganlewis.com
        bpsmith@morganlewis.com
        cbanks@morganlewis.com
        theintz@morganlewis.com

Attorneys for Defendants Jeffrey L. Hall, Richard P. Wallace, John H. Kispert and Nominal Defendant KLA-Tencor Corporation

**DENIED**
Judge James Ware
9/28/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-TENCOR CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Case No. C-06-03445-JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT** |
| This Document Relates to:<br><br>ALL ACTIONS | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7590258.1

STIPULATION AND [PROPOSED] ORDER RE
TIME FOR DEFENDANTS' RESPONSE TO
COMPLAINT (NO. 06-3445)

**TO THE HONORABLE COURT:**

Plaintiffs and Defendants hereby stipulate and agree, by and through their undersigned counsel of record, as follows:

WHEREAS, on February 20, 2007, Lead Plaintiff Alaska Electrical Pension Fund, derivatively on behalf of KLA-Tencor Corporation ("Lead Plaintiff"), filed an Amended Consolidated Verified Shareholder Derivative Complaint ("Amended Consolidated Complaint") in this consolidated action,

WHEREAS, upon the prior stipulation of all parties, the Court has stayed all response deadlines and proceedings in this action until September 28, 2007 on account of continuing discussions regarding the potential resolution of this action between counsel for Lead Plaintiff, counsel for Nominal Defendant KLA-Tencor Corporation ("KLA-Tencor"), its Special Litigation Committee ("SLC"), and the individual defendants;

WHEREAS, all parties attended a mediation of this action on July 11, 2007,

WHEREAS, on August 8, 9, and 10, 2007, and again on September 18 and 19, 2007, counsel for Lead Plaintiff, KLA-Tencor, its Special Litigation Committee, and certain of the individual defendants attended further mediation sessions regarding the claims in this action, as well as the claims in the securities class action entitled *In re KLA-Tencor Corporation Securities Litigation*, N.D. Cal. Case No. C-06-04065-MJJ, that is pending before the Honorable Martin J. Jenkins against KLA-Tencor and most of the individual defendants arising out of the same series of facts alleged in this derivative litigation;

WHEREAS, the parties have continued to engage with the mediator and have had numerous continuing informal discussions, both directly and with the continued assistance of the mediator, before and after the September mediation sessions regarding potential resolution of this action, and anticipate continuing these discussions actively over the next three weeks;

WHEREAS, the parties believe that proceeding with litigation at this point in discussions would not be conducive to the ongoing mediation and settlement discussions and that a continued stay of the proceedings would be more likely to foster productive settlement discussions; and

WHEREAS, the parties have, therefore, agreed that response deadlines and further

1 proceedings in this litigation should continue to be stayed on the terms and conditions set forth
2 below in order to allow productive discussions regarding a possible settlement to continue.

### STIPULATION

Now, therefore, the parties agree and stipulate, subject to Court approval, as follows:

1. All proceedings in this action will remain stayed until October 19, 2007. Absent further order of the Court, Defendants shall file and serve their responsive pleading(s) or motions to the Amended Consolidated Complaint by no later than October 19, 2007.

2. The next Case Management Conference in this case will go forward as scheduled on October 1, 2007, at 10:00 a.m., at which time the parties will update the Court regarding the status of their discussions.

**IT IS SO STIPULATED.**

DATED: September 21, 2007

**MORGAN, LEWIS & BOCKIUS LLP**
JOHN H. HEMANN
JOSEPH E. FLOREN
TERA M. HEINTZ

By: _____/s/_____
     Tera M. Heintz

One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

**Attorneys for Defendants Jeffrey L. Hall, Richard P. Wallace, John H. Kispert, and Nominal Defendant KLA-Tencor Corporation**

I, Tera M. Heintz, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that each of the 9 signatories identified below has concurred in this filing.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7590258.1

3

STIPULATION AND [PROPOSED] ORDER RE
TIME FOR DEFENDANTS' RESPONSE TO
COMPLAINT (NO. 06-3445)

| | | |
|---|---|---|
| 1 | DATED September 21, 2007 | **COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP** |
| 2 | | SHAWN A. WILLIAMS |
| | | MONIQUE C. WINKLER |
| 3 | | AELISH M. BAIG |

/s/
_____
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
TRAVIS E. DOWNS III
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

**Lead Counsel for Plaintiffs**

DATED: September 21, 2007

**FENWICK & WEST LLP**
KEVIN P. MUCK
DEAN S. KRISTY

By: _____/s/_____
       Kevin P. Muck

555 California Street, 12th Floor
San Francisco, CA 94104
Tel. 415-875-2300
Fax: 415-281-1350

**Attorneys for Defendants Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Richard J. Elkus, Jr., Leo Chamberlain, and Lida Urbanek**

| | | |
|---|---|---|
| 1 | DATED: September 21, 2007 | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 2 | | WALTER F. BROWN, JR. |
| | | ROBERT P. VARIAN |

By: _____/s/_____
       Robert P. Varian

405 Howard Street
San Francisco, CA 94105
Tel. 415-773-5700
Fax: 415-773-5759

**Attorneys for Defendant Gary Dickerson**


DATED: September 21, 2007

**SHEARMAN & STERLING LLP**
PATRICK D. ROBBINS
JEFFREY S. FACTER
EMILY GRIFFEN

By: _____/s/_____
       Emily Griffen

525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

**Attorneys for Defendant Kenneth Levy**

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 21, 2007 | **LAW OFFICE OF MARK A. BELNICK, LLC**<br>MARK A. BELNICK (admitted *pro hac vice*) |
| 3 | | |
| 4 | | By: _____/s/_____<br>         Mark A. Belnick |
| 5 | | |
| 6 | | 120 West 45th Street, Suite 1700B<br>New York, NY 10036<br>Telephone: 646-453-2901 |
| 7 | | Fax: 646-453-2908 |
| 8 | | CHRISTOPHER D. KERCHER (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP |
| 9 | | 590 Madison Avenue<br>New York, NY 10022 |
| 10 | | Tel 212-872-1000 |
| 11 | | STEVEN S. KAUFHOLD<br>AKIN GUMP STRAUSS HAUER & FELD LLP |
| 12 | | 580 California Street, 15th Floor<br>San Francisco, CA 94104 |
| 13 | | Tel: 415-765-9500<br>Fax: 415-765-9501 |
| 14 | | |
| 15 | | **Attorneys for Defendant Stuart J. Nichols** |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
New York

1-SF/7590258.1

6

STIPULATION AND [PROPOSED] ORDER RE
TIME FOR DEFENDANTS' RESPONSE TO
COMPLAINT (NO. 06-3445)

| | | |
|---|---|---|
| 1 | DATED: September 21, 2007 | **RAMSEY & EHRLICH LLP**<br>ISMAIL RAMSEY<br>MILES F. EHRLICH |

By: _____/s/_____
      Ismail Ramsey

803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-548-3600

**Attorneys for Defendant Arthur Schnitzer**

DATED: September 21, 2007

**DLA PIPER US LLP**
SHIRLI FABBRI WEISS
DAVID A. PRIEBE

By: _____/s/_____
      David A. Priebe

2000 University Avenue
East Palo Alto, California 94303
Telephone: (650) 833-2056
Facsimile : (650) 833-2001

**Attorneys for Defendant Kenneth L. Schroeder**

DATED: September 21, 2007

**HELLER EHRMAN LLP**
MICHAEL J. SHEPARD
WARRINGTON S. PARKER, III

By: _____/s/_____
      Warrington S. Parker, III

333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

**Attorneys for Defendant Jon D. Tompkins**

# ORDER

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

    1. The Court DENIES the parties' request to stay this action to October 19, 2007 and DENIES the parties' further requst to extend time to serve responive pleadings. The Court will address the need for a further stay at the Case Management Conference.

    2. The next Case Management Conference in this case will go forward as scheduled on October 1, 2007, at 10:00 a.m., at which time the parties will update the Court regarding the status of their discussions.

**SO ORDERED.**

DATED: ___September 28___, 2007

Hon. Jam[es Ware]
United Sta[tes District Judge]



DENIED
Judge James Ware