```
JOHN H. HEMANN (SBN 165823)
JOSEPH E. FLOREN (SBN 168292)
BENJAMIN P. SMITH (SBN 197551)
CHRISTOPHER J. BANKS (SBN 218779)
TERA M. HEINTZ (SBN 241414)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  jhemann@morganlewis.com
         jfloren@morganlewis.com
         bpsmith@morganlewis.com
         cbanks@morganlewis.com
         theintz@morganlewis.com
```

IT IS SO ORDERED AS MODIFIED
/s/ James Ware
Judge James Ware

Attorneys for Defendants Jeffrey L. Hall, Richard P. Wallace, John H. Kispert and Nominal Defendant KLA-Tencor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-TENCOR CORPORATION SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. C-06-03445-JW<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT** ; **ORDER GRANTING FINAL CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7621797.2

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT (NO. 06-3445)

All parties in this action respectfully submit the following joint case management statement.

## I. DESCRIPTION OF THE CASE

This is a consolidated shareholder derivative action. Lead Plaintiff Alaska Electrical Pension Fund asserts claims on behalf of nominal defendant KLA-Tencor Corporation ("KLA" or the "Company") related to stock options granted by KLA to its employees and officers between 1995 and the present. The defendants are current and former officers and directors of KLA. Lead Plaintiff alleges claims against defendants for violation of the federal securities laws, including Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder, and state law claims for breach of fiduciary duty, abuse of control, constructive fraud, waste, unjust enrichment, gross mismanagement, a claim for an accounting, and claims under the California Corporations Code.

## II. STATUS AND RECENT DEVELOPMENTS

Lead Plaintiff filed its Amended Consolidated Complaint on February 20, 2007. Because of a stipulated stay order, this action is not yet at issue, and no answers or other responses to the complaint have been filed.

KLA's Board of Directors appointed a Special Litigation Committee ("SLC") of independent directors to determine the Company's position with respect to this litigation. The parties initially agreed to stay proceedings in this action in order to permit the SLC to complete its investigation of Plaintiff's allegations and determine what action was appropriate, and the stay has continued since July 2007 during the parties' extensive settlement negotiations.

The parties remain in continuous ongoing, mediated settlement negotiations. These negotiations have included all parties to this action and have included a total of six in-person, all-day mediation sessions attended by counsel for all affected parties and their insurers in July, August, and September 2007, as well as dozens of mediation communications in October 2007. The mediation sessions also involve ongoing discussions with the parties in the securities class action captioned *In re KLA-Tencor Corporation Securities Litigation*, N.D. Cal. Case No. C-06-04065-MJJ, that is pending before the Honorable Martin J. Jenkins against KLA and most of the

1 individual defendants arising out of the same series of facts alleged in this derivative litigation.

2       At the Case Management Conference on October 1, 2007, the Court ordered that this action would remain stayed until November 5, 2007, at which time the instant Further Case Management Conference would take place. *See* Order Setting Further CMC and Deadlines, Ordered 10/4/2007, Case Document No. 131.

6       Since the October 1, 2007 Case Management Conference, the parties have continued settlement negotiations in earnest. With the ongoing extensive assistance of nationally known mediator Johnathan B. Marks, Esq., of Marks ADR, LLC, the parties have accelerated their discussions and engaged in negotiations on a daily basis, and have made substantial progress in their efforts to resolve this dispute in recent days and weeks. The discussions are highly complex due to, among other things, the nature of this dispute, its relationship to other litigation that is also being mediated, and the large number of parties involved. Without disclosing the substance of their negotiations, the parties advise the Court that their discussions regarding potential settlement remain ongoing and active and that the parties will remain in constant discussions between now and the November 5, 2007 Case Management Conference. Because of the significant and continuing progress made to date and the frequency and level of discussions currently taking place, the parties believe an order continuing the stay for an additional four weeks and setting a further Case Management Conference for Monday, December 3, 2007, would be sufficient to allow the parties to complete their negotiations and to determine whether settlement can be reached at this time, or whether other action is appropriate.

21      Accordingly, the parties jointly request that the Court issue an order (a) setting a Further Case Management Conference for December 3, 2007, at which time the parties will provide a further report to the Court and the Court will take such further action as may be appropriate, with a Joint Case Management Conference Statement to be filed with the Court no later than November 23, 2007, and (b) continuing the stay of this action in the interim.

DATED: October 26, 2007    Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**
JOHN H. HEMANN
JOSEPH E. FLOREN
TERA M. HEINTZ

By: ___/s/___
       Joseph E. Floren

One Market, Spear Street Tower
San Francisco, CA  94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

**Attorneys for Defendants Jeffrey L. Hall, Richard P. Wallace, John H. Kispert, and Nominal Defendant KLA-Tencor Corporation**

I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this JOINT FURTHER CASE MANAGEMENT CONFERENCE STATEMENT.  In compliance with General Order 45, X.B., I hereby attest that each of the 8 signatories identified below has concurred in this filing.

DATED October 26, 2007    **COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG

/s/
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

|   |   |   |
|---|---|---|
| | | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>DARREN J. ROBBINS<br>TRAVIS E. DOWNS III<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>Telephone: 619/231-1058<br>619/231-7423 (fax) |
| | | **Lead Counsel for Plaintiffs** |
| | DATED: October 26, 2007 | **FENWICK & WEST LLP**<br>KEVIN P. MUCK<br>DEAN S. KRISTY |
| | | By:  /s/<br>        Kevin P. Muck |
| | | 555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Tel. 415-875-2300<br>Fax: 415-281-1350 |
| | | **Attorneys for Defendants Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Richard J. Elkus, Jr., Leo Chamberlain, and Lida Urbanek** |
| | DATED: October 26, 2007 | **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>WALTER F. BROWN, JR.<br>ROBERT P. VARIAN |
| | | By:  /s/<br>        Robert P. Varian |
| | | 405 Howard Street<br>San Francisco, CA 94105<br>Tel. 415-773-5700<br>Fax: 415-773-5759 |
| | | **Attorneys for Defendant Gary Dickerson** |

///

///

///

| | | |
|---|---|---|
| 1 | DATED: October 26, 2007 | **SHEARMAN & STERLING LLP** |
| 2 | | PATRICK D. ROBBINS<br>JEFFREY S. FACTER |
| 3 | | EMILY GRIFFEN |
| 4 | | By:  /s/ |
| 5 | |       Emily Griffen |
| 6 | | 525 Market Street, Suite 1500<br>San Francisco, CA 94105 |
| 7 | | Telephone: (415) 616-1100<br>Facsimile: (415) 616-1199 |
| 8 | | **Attorneys for Defendant Kenneth Levy** |
| 9 | | |
| 10 | DATED: October 26, 2007 | **LAW OFFICE OF MARK A. BELNICK, LLC** |
| 11 | | MARK A. BELNICK (admitted *pro hac vice*) |
| 12 | | By:  /s/ |
| 13 | |       Mark A. Belnick |
| 14 | | 120 West 45th Street, Suite 1700B<br>New York, NY 10036 |
| 15 | | Telephone: 646-453-2901<br>Fax: 646-453-2908 |
| 16 | | CHRISTOPHER D. KERCHER (*pro hac vice*) |
| 17 | | AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue |
| 18 | | New York, NY 10022<br>Tel 212-872-1000 |
| 19 | | STEVEN S. KAUFHOLD |
| 20 | | AKIN GUMP STRAUSS HAUER & FELD LLP<br>580 California Street, 15th Floor |
| 21 | | San Francisco, CA 94104<br>Tel: 415-765-9500 |
| 22 | | Fax: 415-765-9501 |
| 23 | | **Attorneys for Defendant Stuart J. Nichols** |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
New York

1-SF/7621797.2                                5                    JOINT CASE MANAGEMENT
                                                                  CONFERENCE STATEMENT (NO. 06-3445)

************

**ORDER**

In light of the representations made by the parties their Joint Case Management Statement, the Court finds good cause to GRANT one final continuance of the case management conference. The continuance is to facilitate the parties' settlement efforts. However, since there have been numerous delays, this is the parties' <u>FINAL</u> continuance. The Court sets the conference on **December 3, 2007 at 10 AM**. The parties shall file a Joint Status report by **November 26, 2007**. If the parties fail to complete their settlement negotiations by November 23, 2007, the Court will appoint a Special Master to manage the process or set the case on a schedule. All parties must appear for the December 3 conference.

Dated: November 1, 2007

_____
JAMES WARE
United States District Judge

Morgan, Lewis & Bockius LLP
Attorneys At Law
New York

1-SF/7621797.2

6

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT (NO. 06-3445)