IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-Tencor Corporation, Derivative Litigation | NO. C 06-03445 JW<br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| _____/ | |

The Court conducted a case management conference on December 3, 2007. At the conference, counsel for the parties represented to the Court that KLA-Tencor's Board of Directors had appointed a Special Litigation Committee ("SLC") to consider the shareholders' claims. Accordingly, the Court continues to stay proceedings in this action until January 14, 2008. The parties shall appear on **January 14, 2008 at 10 A.M.** for a Further Case Management Conference. The parties shall file a Joint Case Management Statement by January 4, 2008 to update the Court on the status of the case.

Dated:  December 6, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alice L. Jensen ajensen@fenwick.com
Arthur L. Shingler ashingler@scott-scott.com
Benjamin Patrick Smith bpsmith@morganlewis.com
Christopher J. Banks cbanks@morganlewis.com
David Allen Priebe david.priebe@dlapiper.com
David R. Scott drscott@scott-scott.com
Dean S. Kristy dkristy@fenwick.com
Denise V. Zamore dzamore@scott-scott.com
Geoffrey M. Johnson gjohnson@scott-scott.com
Joseph Edward Floren jfloren@morganlewis.com
Joseph Edward Floren jfloren@morganlewis.com
Kevin Peter Muck kmuck@fenwick.com
Leigh Anne Parker info@wllawca.com
Liwen Arius Mah lmah@fenwick.com
Matthew S. Weiler mweiler@morganlewis.com
Miles F. Ehrlich miles@ramsey-ehrlich.com
Patrick David Robbins probbins@shearman.com
Paul F. Bennett pfb@gbcslaw.com
Robert P. Varian rvarian@orrick.com
Shawn A. Williams shawnw@csgrr.com
Shirli Fabbri Weiss shirli.weiss@dlapiper.com
Steve Shea Kaufhold skaufhold@akingump.com
Tera Marie Heintz theintz@morganlewis.com
Warrington S. Parker wparker@hewm.com

**Dated: December 6, 2007**                     **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California