JOHN H. HEMANN (SBN 165823)
JOSEPH E. FLOREN (SBN 168292)
BENJAMIN P. SMITH (SBN 197551)
CHRISTOPHER J. BANKS (SBN 218779)
TERA M. HEINTZ (SBN 241414)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  jhemann@morganlewis.com
           jfloren@morganlewis.com
           bpsmith@morganlewis.com
           cbanks@morganlewis.com
           theintz@morganlewis.com

Attorneys for Defendants Jeffrey L. Hall, Richard P.
Wallace, John H. Kispert and Nominal Defendant
KLA-Tencor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-TENCOR CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Case No. C-06-03445-JW <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING STAY** |
| This Document Relates to: <br><br> ALL ACTIONS | |

IT IS SO ORDERED AS MODIFIED

*James Ware*

Judge James Ware

Morgan, Lewis &
Bockius LLP
Attorneys At Law
New York

1-SF/7652801.1

STIPULATION AND [PROPOSED] ORDER
CONTINUING STAY (NO. 06-3445)

**TO THE HONORABLE COURT:**

Lead Plaintiff and Defendants hereby stipulate and agree, by and through their undersigned counsel of record, as follows:

WHEREAS, on February 20, 2007, Lead Plaintiff Alaska Electrical Pension Fund, derivatively on behalf of KLA-Tencor Corporation ("Lead Plaintiff"), filed an Amended Consolidated Verified Shareholder Derivative Complaint ("Amended Consolidated Complaint") in this consolidated action,

WHEREAS, this case has been stayed at the request of all parties to facilitate the parties' negotiations regarding a potential resolution of the case with the active assistance of professional mediator, Jonathan Marks of MarksADR;

WHEREAS, in the last case management conference of December 3, 2007, the Court continued the stay of proceedings in this action until January 14, 2008, on account of continued mediated settlement negotiations and to provide time for nominal defendant KLA-Tencor Corporation ("KLA"), acting through the Special Litigation Committee ("SLC") of KLA's Board of Directors, to serve its proposed motion to terminate the derivative litigation on all parties to this action;

WHEREAS, on December 21, 2007, the SLC served on all parties the proposed motion to terminate and the SLC report in which it set forth its conclusions and determination as to whether the claims alleged in the federal and state derivative actions should be pursued dismissed or otherwise resolved, subject to the mediation agreement signed by all parties and the Federal Rules of Evidence 408, California Evidence Code Section 1119, and similar rules in other jurisdictions;

WHEREAS, all parties to this case continue to be actively engaged in formal and informal settlement discussions both directly and with the assistance of Mr. Marks;

WHEREAS, the parties believe that proceeding with litigation at this point in the discussions would not be conducive to the ongoing mediation and settlement discussions and that a continued stay of the proceedings would be more likely to foster productive settlement discussions; and

WHEREAS, the parties have, therefore, agreed that the response deadlines and further

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7652801.1

2

STIPULATION AND [PROPOSED] ORDER
CONTINUING STAY (NO. 06-3445)

proceedings in this litigation should continue to be stayed on the terms and conditions set forth

below in order to allow productive discussions regarding a possible settlement to continue.

## STIPULATION

Now, therefore, the parties agree and stipulate, subject to Court approval, as follows:

1. All proceedings in this action will remain stayed until February 11, 2008. If the parties

have not resolved the case at that time, absent further order of the Court, the parties shall submit a

proposed briefing schedule for the anticipated motion to terminate;

2. The next Case Management Conference in this case will go forward as scheduled on

January 14, 2008, at 10:00 a.m., at which time the parties will update the Court regarding the status

of their discussions.

**IT IS SO STIPULATED.**

DATED: January 12, 2008        **MORGAN, LEWIS & BOCKIUS LLP**
JOHN H. HEMANN
JOSEPH E. FLOREN
TERA M. HEINTZ


By: _____/s/_____
Joseph E. Floren

One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

**Attorneys for Defendants Jeffrey L. Hall,
Richard P. Wallace, John H. Kispert, and
Nominal Defendant KLA-Tencor Corporation**

I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this

STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I

hereby attest that each of the 9 signatories identified below has concurred in this filing.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7652801.1                    3            STIPULATION AND [PROPOSED] ORDER
CONTINUING STAY (NO. 06-3445)

DATED January 12, 2008

**COUGHLIN STOIA GELLER**
     **RUDMAN & ROBBINS LLP**
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG


_____
         /s/
     SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
TRAVIS E. DOWNS III
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

**Lead Counsel for Plaintiffs**

DATED: January 12, 2008

**FENWICK & WEST LLP**
KEVIN P. MUCK
DEAN S. KRISTY


By: _____
        /s/
      Kevin P. Muck

555 California Street, 12th Floor
San Francisco, CA 94104
Tel. 415-875-2300
Fax: 415-281-1350

**Attorneys for Defendants Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Richard J. Elkus, Jr., Leo Chamberlain, and Lida Urbanek**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7652801.1

4

STIPULATION AND [PROPOSED] ORDER
CONTINUING STAY (NO. 06-3445)

Morgan, Lewis &
Bockius LLP
Attorneys At Law
New York

DATED: January 12, 2008

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
WALTER F. BROWN, JR.
ROBERT P. VARIAN


By: _____/s/_____
        Robert P. Varian

405 Howard Street
San Francisco, CA 94105
Tel. 415-773-5700
Fax: 415-773-5759

**Attorneys for Defendant Gary Dickerson**


DATED: January 12, 2008

**SHEARMAN & STERLING LLP**
PATRICK D. ROBBINS
JEFFREY S. FACTER
EMILY GRIFFEN


By: _____/s/_____
        Emily Griffen

525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

**Attorneys for Defendant Kenneth Levy**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1

2  DATED: January 12, 2008        **LAW OFFICE OF MARK A. BELNICK, LLC**
                                       MARK A. BELNICK (admitted *pro hac vice*)

3

4                                        By: _____/s/_____
                                            Mark A. Belnick

5

6                                        120 West 45th Street, Suite 1700B
                                      New York, NY 10036

7                                        Telephone: 646-453-2901
                                      Fax: 646-453-2908

8                                        CHRISTOPHER D. KERCHER (*pro hac vice*)
                                      AKIN GUMP STRAUSS HAUER & FELD LLP

9                                        590 Madison Avenue
                                      New York, NY 10022

10                                        Tel 212-872-1000

11                                        STEVEN S. KAUFHOLD
                                      AKIN GUMP STRAUSS HAUER & FELD LLP

12                                        580 California Street, 15th Floor
                                      San Francisco, CA 94104

13                                        Tel: 415-765-9500
                                      Fax: 415-765-9501

14

15                                        **Attorneys for Defendant Stuart J. Nichols**

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | DATED: January 12, 2008 |
| 2 | |

DATED: January 12, 2008    **RAMSEY & EHRLICH LLP**
ISMAIL RAMSEY
MILES F. EHRLICH

By: _____/s/_____
Ismail Ramsey

803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-548-3600

**Attorneys for Defendant Arthur Schnitzer**

DATED: January 12, 2008    **DLA PIPER US LLP**
SHIRLI FABBRI WEISS
DAVID A. PRIEBE

By: _____/s/_____
David A. Priebe

2000 University Avenue
East Palo Alto, California 94303
Telephone: (650) 833-2056
Facsimile : (650) 833-2001

**Attorneys for Defendant Kenneth L. Schroeder**

DATED: January 12, 2008    **HELLER EHRMAN LLP**
MICHAEL J. SHEPARD
WARRINGTON S. PARKER, III

By: _____/s/_____
Warrington S. Parker, III

333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

**Attorneys for Defendant Jon D. Tompkins**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7652801.1

7

STIPULATION AND [PROPOSED] ORDER
CONTINUING STAY (NO. 06-3445)

# O R D E R

The Court conducted a case management conference on January 14, 2008. At the conference, counsel for the parties represented to the Court that they were actively working towards a global settlement agreement. The parties submitted a letter from Jonathan Marks of Marks ADR representing that the parties were actively engaged in the settlement process and that further action in the litigation would hinder a potential settlement.

In light of the parties' representations, the Court continues to stay proceedings until **March 17, 2008**. The parties shall appear before the Court on **March 17, 2008 at 10 A.M.** for a Further Case Management Conference. Pursuant to the Civil Local Rules, the parties shall submit a Joint Case Management statement by **March 7, 2008**. The Joint Statement shall update the Court on the status of the settlement and, in the event the case has not been settled, shall include a proposed briefing schedule for KLA-Tencor's anticipated motion to terminate litigation. The schedule shall detail the scope and timing of any requested discovery regarding the motion.

Dated: January 14, 2008

_____
JAMES WARE
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7652801.1

8

STIPULATION AND [PROPOSED] ORDER
CONTINUING STAY (NO. 06-3445)