JAMES E. LYONS (State Bar No. 112582)
TIMOTHY A. MILLER (State Bar No. 154744)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: james.lyons@skadden.com
        timothy.miller@skadden.com

Attorneys for the Special Litigation Committee
of the Board of Directors of KLA-Tencor Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, derivatively on behalf of KLA-TENCOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH LEVY, *et al.*,<br><br>Defendants,<br><br>- and -<br><br>KLA-TENCOR CORPORATION, a Delaware corporation,<br><br>Nominal Defendant.<br><br>RELATES TO ALL ACTIONS | Case No. C-06-03445-JW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING APPEARANCE BY THE SPECIAL LITIGATION COMMITTEE OF THE BOARD OF DIRECTORS OF KLA-TENCOR CORPORATION** |

TO THE HONORABLE COURT:

Lead Plaintiff and Defendants hereby stipulate and agree, by and through their undersigned counsel of record, as follows:

WHEREAS, this case is a consolidated shareholder derivative lawsuit filed against current and former officers and directors of nominal defendant KLA-Tencor Corporation and purports to seek, on behalf of the Company, to redress injuries to the Company arising from its stock option granting practices for the period 1995 to the present;

WHEREAS, on November 16, 2006, the Board of Directors of KLA-Tencor Corporation appointed a Special Litigation Committee ("SLC");

WHEREAS, KLA-Tencor Corporation and the SLC contend that the SLC has an interest in the conduct and outcome of this litigation;

WHEREAS, the Special Litigation Committee is represented by counsel from the law firm Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden");

WHEREAS, James E. Lyons, Timothy A. Miller, and Lanelle K. Meidan are attorneys at Skadden who have represented the Special Litigation Committee in connection with SLC's work regarding this action;

WHEREAS, Mr. Lyons, Mr. Miller, and Ms. Meidan are all members of the bar of the United States District Court for the Northern District of California; and

WHEREAS, although the SLC is not a party to this action, the parties do not object to counsel for the SLC appearing before the Court.

# STIPULATION

Now, therefore, the parties agree and stipulate, subject to Court approval, that Mr. Lyons, Mr. Miller, and Ms. Meidan may enter an appearance before this Court on behalf of the SLC.

DATED: January 18, 2008

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
JAMES E. LYONS
TIMOTHY A. MILLER

By: _____/s/_____
James E. Lyons

Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-4144
Telephone: (415) 984-6400
Facsimile: (415) 984-2698

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
LANELLE K. MEIDAN (State Bar No. 248561)
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4589
Facsimile: (650) 470-4570
Email: lanelle.meidan@skadden.com

**Attorneys for the Special Litigation Committee of the Board of Directors of Nominal Defendant KLA-Tencor Corporation**

I, James E. Lyons, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that each of the 9 signatories identified below has concurred in this filing.

| | |
|---|---|
| DATED: January 18, 2008 | **MORGAN, LEWIS & BOCKIUS LLP**<br>JOHN H. HEMANN<br>JOSEPH E. FLOREN<br>TERA M. HEINTZ<br><br>By: _____/s/_____<br>Joseph E. Floren<br><br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br><br>**Attorneys for Defendants Jeffrey L. Hall, Richard P. Wallace, John H. Kispert, and Nominal Defendant KLA-Tencor Corporation** |
| DATED: January 18, 2008 | **COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>SHAWN A. WILLIAMS<br>MONIQUE C. WINKLER<br>AELISH M. BAIG<br><br>By: _____/s/_____<br>Travis E. Downs<br><br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 288-4545<br>Facsimile: (415) 288-4534<br><br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>DARREN J. ROBBINS<br>TRAVIS E. DOWNS III<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br><br>**Lead Counsel for Plaintiffs** |

DATED: January 18, 2008

**FENWICK & WEST LLP**
KEVIN P. MUCK
DEAN S. KRISTY

By: _____/s/_____
Dean S. Kristy

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

**Attorneys for Defendants Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Richard J. Elkus, Jr., Leo Chamberlain, and Lida Urbanek**

DATED: January 18, 2008

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
WALTER F. BROWN, JR.
ROBERT P. VARIAN

By: _____/s/_____
Robert P. Varian

405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

**Attorneys for Defendant Gary Dickerson**

DATED: January 18, 2008

**SHEARMAN & STERLING LLP**
PATRICK D. ROBBINS
JEFFREY S. FACTER
EMILY GRIFFEN

By: _____/s/_____
Emily Griffen

525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

**Attorneys for Defendant Kenneth Levy**

| | |
|---|---|
| DATED: January 18, 2008 | **LAW OFFICE OF MARK A. BELNICK, LLC**<br>MARK A. BELNICK (admitted *pro hac vice*)<br><br>By: _____/s/_____<br>       Mark A. Belnick<br><br>120 West 45th Street, Suite 1700B<br>New York NY  10036<br>Telephone:  (646) 453-2901<br>Facsimile:  (646) 453-2908<br><br>CHRISTOPHER D. KERCHER (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, NY 10022<br>Telephone:  (212) 872-1000<br><br>STEVEN S. KAUFHOLD<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>580 California Street, 15th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 765-9500<br>Facsimile:  (415) 765-9501<br><br>**Attorneys for Defendant Stuart J. Nichols** |
| DATED: January 18, 2008 | **RAMSEY & EHRLICH LLC**<br>ISMAIL RAMSEY<br>MILES F. EHRLICH<br><br>By: _____/s/_____<br>       Ismail Ramsey<br><br>803 Hearst Avenue<br>Berkeley, CA  94710<br>Telephone:  (510) 548-3600<br><br>**Attorneys for Defendant Arthur Schnitzer** |

-5-

**STIPULATION AND [PROPOSED] ORDER REGARDING APPEARANCE BY SLC**       **Case No. C-06-03445-JW**

| | | |
|---|---|---|
| 1 | DATED: January 18, 2008 | |
| 2 | | **DLA PIPER US LLC**<br>SHIRLI FABBRI WEISS<br>DAVID A PRIEBE |
| 3 | | |
| 4 | | By: _____/s/_____<br>David A. Priebe |
| 5 | | |
| 6 | | 2000 University Avenue<br>East Palo Alto, CA  94303<br>Telephone:  (650) 833-2056 |
| 7 | | Facsimile:  (650) 833-2001 |
| 8 | | **Attorneys for Defendant Kenneth L. Schroeder** |
| 9 | | |
| 10 | DATED: January 18, 2008 | **HELLER EHRMAN LLC**<br>MICHAEL J. SHEPARD |
| 11 | | WARRINGTON S. PARKER, III |
| 12 | | By: _____/s/_____<br>Warrington S. Parker, III |
| 13 | | |
| 14 | | 333 Bush Street<br>San Francisco, CA  94104 |
| 15 | | Telephone:  (415) 772-6000<br>Facsimile:  (415) 772-6268 |
| 16 | | |
| 17 | | **Attorneys for Defendant Jon D. Tompkins** |

# O R D E R

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

James E. Lyons, Timothy A, Miller, and Lanelle K. Meidan, attorneys at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, are granted leave to appear in this action on behalf of the Special Litigation Committee of the Board of Directors of Nominal Defendant KLA-Tencor Corporation.

**SO ORDERED.**

DATED: January 25, 2008

_____
Hon. James Ware
United States District Judge