IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 06-03445 JW

In re KLA-Tencor Corporation, Derivative Litigation

**ORDER VACATING CASE MANAGEMENT CONFERENCE; REFERRING PARTIES TO MAGISTRATE JUDGE**

/

A case management conference is currently scheduled for March 17, 2008. In accordance with the local rules, the parties have submitted a joint case management statement. (See Docket Item No. 150.) In their statement, the parties represent that they have agreed to a briefing schedule for the Special Litigation Committee's ("SLC") anticipated motion to terminate litigation. The parties have identified a dispute regarding the timing and extent of discovery permitted on that motion. Defendants have also requested an extension of their time to answer or dismiss the complaint until after the SLC's motion is adjudicated.

In light of the parties' representations, the Court VACATES the case management conference. Defendants are relieved from having to file answers or move to dismiss the Complaint until after the SLC's anticipated motion is adjudicated.

The Court sets **June 2, 2008 at 9 A.M.** as a hearing date for the SLC's motion. The SLC shall noticed the motion in accordance with the Civil Local Rules of Court.

1  The parties are referred to the assigned Magistrate Judge to resolve their discovery disputes.
2  The discovery stay pursuant to the PSLRA currently in place shall remain in effect except as lifted
3  by the Magistrate Judge to the extent it pertains to the SLC's motion.

Dated: March 14, 2008

JAMES WARE
United States District Judge

2

**United States District Court**
For the Northern District of California

| | |
|---|---|
| 1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:** |

Alice L. Jensen ajensen@fenwick.com
Arthur L. Shingler ashingler@scott-scott.com
Benjamin Patrick Smith bpsmith@morganlewis.com
Christopher J. Banks cbanks@morganlewis.com
David Allen Priebe david.priebe@dlapiper.com
David R. Scott drscott@scott-scott.com
Dean S. Kristy dkristy@fenwick.com
Denise V. Zamore dzamore@scott-scott.com
Felicia Gross felicia@ramsey-ehrlich.com
Geoffrey M. Johnson gjohnson@scott-scott.com
Ismail Jomo Ramsey izzy@ramsey-ehrlich.com
James Elliot Lyons jlyons@skadden.com
Joseph Edward Floren jfloren@morganlewis.com
Joseph Edward Floren jfloren@morganlewis.com
Kevin Peter Muck kmuck@fenwick.com
Lanelle Kay Meidan lanelle.meidan@skadden.com
Leigh Anne Parker info@wllawca.com
Liwen Arius Mah lmah@fenwick.com
Matthew S. Weiler mweiler@morganlewis.com
Miles F. Ehrlich miles@ramsey-ehrlich.com
Nicole Catherine Lavallee nlavallee@bermanesq.com
Patrick David Robbins probbins@shearman.com
Paul F. Bennett pfb@gbcslaw.com
Robert P. Varian rvarian@orrick.com
Shawn A. Williams shawnw@csgrr.com
Shirli Fabbri Weiss shirli.weiss@dlapiper.com
Steve Shea Kaufhold skaufhold@akingump.com
Tera Marie Heintz theintz@morganlewis.com
Thomas R. Green tgreen@morganlewis.com
Timothy Alan Miller tmiller@skadden.com
Travis E. Downs travisd@csgrr.com
Warrington S. Parker wparker@hewm.com

**Dated:  March 14, 2008**                              **Richard W. Wieking, Clerk**

                                                        **By:  /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**