SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
JAMES E. LYONS (State Bar No. 112582)
TIMOTHY A. MILLER (State Bar No. 154744)
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
Telephone:  (415) 984-6400
Facsimile:   (415) 984-2698
Email:        jlyons@skadden.com
                   tmiller@skadden.com

Attorneys for THE SPECIAL LITIGATION
COMMITTEE OF THE BOARD OF DIRECTORS
OF KLA-TENCOR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALASKA ELECTRICAL PENSION FUND, derivatively on behalf of KLA-TENCOR CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH LEVY, *et al.*, <br><br> Defendants, <br><br> - and - <br><br> KLA-TENCOR CORPORATION, a Delaware corporation, <br><br> Nominal Defendant. <br><br> RELATES TO ALL ACTIONS | Case No. C-06-03445-JW <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING EXPANSION OF PAGE LIMITS FOR POINTS AND AUTHORITIES IN SUPPORT OF AND IN OPPOSITION TO MOTION BY SPECIAL LITIGATION COMMITTEE OF KLA-TENCOR CORPORATION'S BOARD OF DIRECTORS TO TERMINATE DERIVATIVE LITIGATION** |

1  WHEREAS, this case is a consolidated shareholder derivative lawsuit filed against current and former officers and directors of Nominal Defendant KLA-Tencor Corporation ("KLA" or the "Company") that purports to seek, on behalf of the Company, to redress injuries to the Company arising from its stock option granting practices for the period 1995 to the present;

WHEREAS, the Special Litigation Committee of the Board of Directors ("SLC") of the Company intends to file a motion to terminate the derivative litigation and to approve settlements with certain individual defendants (the "Motion");

WHEREAS, the SLC intends to file a Memorandum of Points and Authorities ("Memorandum") in support of the Motion that is approximately 30 pages;

WHEREAS, the Lead Plaintiff does not object to the filing of a Memorandum of no more than 30 pages in support of its Motion;

WHEREAS, the SLC does not object to Lead Plaintiffs filing a response to the SLC's Motion that contains a supporting Memorandum of Points and Authorities that is no more than 30 pages;

WHEREAS, Civil Local Rule 7-2(b) for the United States District Court for the Northern District of California provides for a 25-page limit on briefs and memoranda filed with this Court;

WHEREAS, the SLC has endeavored to be as concise as possible in its Memorandum, but believes that the number, complexity, and importance of the issues involved in this action necessitate the filing of a Memorandum in excess of 25 pages;

WHEREAS, the parties consent to the filing of Memoranda of Points and Authorities of no more than 30 pages by the SLC and the Lead Plaintiffs;

THEREFORE, the parties to this action, by and through their counsel of record, hereby stipulate and agree, and request that the Court order, as follows:

1.  The SLC may file a Memorandum in support of the Motion not to exceed 30 pages, exclusive of the caption page, notice, table of contents, table of authorities, declarations, and exhibits, which shall not be counted toward the 30-page limit.

2.  In its papers filed in response to the SLC's Motion, the Lead Plaintiffs may file a Memorandum of up to 30 pages, exclusive of the caption page, table of contents, table of

1 | authorities, declarations, and exhibits, which shall not be counted toward the 30-page limit.

2 |     IT IS SO STIPULATED.

3 | DATED: March 21, 2008    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
JAMES E. LYONS
TIMOTHY A. MILLER

By:    /s/
      James E. Lyons

Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698

Attorneys for the Special Litigation Committee of the KLA-Tencor Board of Directors

    I, James E. Lyons, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXPANDING PAGE LIMITS. In compliance with General Order 45, X.B., I hereby attest that each of the 2 signatories identified below has concurred in this filing.

DATED: March 21, 2008    MORGAN, LEWIS & BOCKIUS LLP
JOHN H. HEMANN
JOSEPH E. FLOREN
BENJAMIN P. SMITH

By:    /s/
      Joseph E. Floren

One Market Street, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendants Jeffrey L. Hall, Richard P. Wallace, John H. Kispert, and Nominal Defendant KLA-Tencor Corporation

(Signatures continue)

DATED: March 21, 2008

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG

/s/
Shawn A. Williams

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile:  (415) 288-4534

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
TRAVIS E. DOWNS III
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: (619) 231-1058
Facsimile:  (619) 231-7423

Lead Counsel for Plaintiffs

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 28, 2008

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE