SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP  
JAMES E. LYONS  (State Bar No. 112582)  
TIMOTHY A. MILLER (State Bar No. 154744)  
Four Embarcadero Center, Suite 3800  
San Francisco, California 94111-4144  
Telephone:  (415) 984-6400  
Facsimile:  (415) 984-2698  
jlyons@skadden.com  
tmiller@skadden.com  

Attorneys for the Special Litigation Committee  
of Nominal Defendant KLA-Tencor Corporation  

* E-filed 4/3/08*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE KLA-TENCOR CORP. SHAREHOLDER DERIVATIVE LITIGATION | Case No. C-06-03445-JW (HRL) <br><br> [PROPOSED] ORDER DENYING MOTION BY THE SPECIAL LITIGATION COMMITTEE OF KLA-TENCOR'S BOARD OF DIRECTORS TO SHORTEN TIME FOR HEARING AND BRIEFING ON ITS MOTION FOR PROTECTIVE ORDER SETTING THE SCOPE OF DISCOVERY IN CONNECTION WITH ITS MOTION TO TERMINATE THE DERIVATIVE LITIGATION [Civ. L.R. 6-3] <br><br> Date:  N/A <br> Time:  N/A <br> The Honorable Magistrate Judge Howard R. Lloyd |

---

[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME     CASE NO. C-06-03445-JW (HRL)

1  The Special Litigation Committee of the Board of Directors of KLA-Tencor Corporation
2  (the "SLC"), has moved this Court pursuant to Local Rule 6-3 for an order shortening the time for
3  hearing and briefing on the SLC's Motion for Protective Order Setting the Scope of Discovery in
4  Connection with Its Motion to Terminate the Derivative Litigation ("Motion for Protective Order").
5  Having considered the briefs and other documents and evidence submitted in support of and
6  in opposition to the motion and having heard the arguments of counsel,

8  IT IS HEREBY ORDERED that:
9  1.  The motion to shorten time by the SLC is DENIED.
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //

20  IT IS SO ORDERED.

22  Dated:  4/3/08

THE HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME    CASE NO. C-06-03445-JW (HRL)
266849-Palo Alto Server 1A - MSW