1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   CHRISTOPHER M. WOOD (254908)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone:  415/288-4545
   415/288-4534 (fax)
5  swilliams@csgrr.com
   cwood@csgrr.com
6     –and–
   TRAVIS E. DOWNS III (148274)
7  BENNY C. GOODMAN III (211302)
   655 West Broadway, Suite 1900
8  San Diego, CA  92101
   Telephone:  619/231-1058
9  619/231-7423 (fax)
   travisd@csgrr.com
10 bgoodman@csgrr.com

11 Lead Counsel for Plaintiffs

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                  SAN JOSE DIVISION

15 In re KLA-TENCOR CORP. SHAREHOLDER )   No. C-06-03445-JW
   DERIVATIVE LITIGATION             )
16 _____ )   LEAD PLAINTIFFS ADMINISTRATIVE
                                     )   MOTION TO FILE PORTIONS OF MOTION
17 This Document Relates To:         )   FOR PRELIMINARY INJUNCTION
                                     )   PROHIBITING THE EXERCISE AND SALE
18     ALL ACTIONS.                  )   OF KLA-TENCOR STOCK OPTIONS BY
                                     )   KENNETH LEVY AND EXHIBIT A TO
19 _____ )   THE DECLARATION IN SUPPORT
                                         THEREOF UNDER SEAL PURSUANT TO
20                                       CIVIL LOCAL RULE 79-5(d)

21

22

23

24

25

26

27

28

1       Pursuant to Civil Local Rules 79-5(d) and 7-11, plaintiffs submit this Administrative Motion

2   to File Portions of the Notice of Motion and Motion for Preliminary Injunction Prohibiting the

3   Exercise and Sale of KLA-Tencor Stock Options by Kenneth Levy and Exhibit A to the Declaration

4   of Christopher M. Wood in Support of Motion for Preliminary Injunction Prohibiting the Exercise

5   and Sale of KLA-Tencor Stock Options by Kenneth Levy under seal.

6       On March 25, 2008, the Special Litigation Committee of the KLA-Tencor Board of Directors

7   (the "SLC") and KLA-Tencor Corporation moved to seal portions of the Notice of Motion and Motion

8   by Special Litigation Committee of KLA-Tencor's Board of Directors, (A) to Terminate and Dismiss

9   the Amended Consolidated Complaint, and (B) to Approve Settlements with Certain Individual

10  Defendants ("Motion to Terminate"). Dkt. No. 155.

11      On April 18, 2008, the Court issued an order granting the SLC's motion. Dkt. No. 201. The

12  Notice of Motion and Motion for Preliminary Injunction Prohibiting the Exercise and Sale of KLA-

13  Tencor Stock Options by Kenneth Levy ("Motion for Preliminary Injunction") and the Declaration of

14  Christopher M. Wood in Support of Motion for Preliminary Injunction Prohibiting the Exercise and

15  Sale of KLA-Tencor Stock Options by Kenneth Levy (the "Wood Declaration") discuss portions of the

16  Motion to Terminate.  Accordingly, pursuant to Civil L.R. 79-5(d), lead plaintiff is filing redacted

17  versions of the Motion for Preliminary Injunction and the Wood Declaration via the Electronic Court

18  Filing System.  Plaintiffs lodged unredacted highlighted copies of the same with the Court for

19  consideration to be filed under seal.

20  DATED:  April 21 2008                        Respectfully submitted,

21                                               COUGHLIN STOIA GELLER
                                                   RUDMAN & ROBBINS LLP
22                                               SHAWN A. WILLIAMS
                                                 CHRISTOPHER M. WOOD
23

24                                               _____/s/_____
                                                      SHAWN A. WILLIAMS
25
                                                 100 Pine Street, Suite 2600
26                                               San Francisco, CA  94111
                                                 Telephone:  415/288-4545
27                                               415/288-4534 (fax)

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\KLA-Tencor Derivative\MOT00050757_adminmtn prelim inj.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 21, 2008.

/s/
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:swilliams@csgrr.com

## Mailing Information for a Case 5:06-cv-03445-JW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher J. Banks**
  cbanks@morganlewis.com,cericson@morganlewis.com

- **Paul F. Bennett**
  pfb@gbcslaw.com,cgw@gbcslaw.com

- **Walter F. Brown**
  wbrown@orrick.com,awills@orrick.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Miles F. Ehrlich**
  miles@ramsey-ehrlich.com,ji-ea@ramsey-ehrlich.com,andrew@ramsey-ehrlich.com,felicia@ramsey-ehrlich.com,milesmf@yahoo.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Jonathan B. Gaskin**
  jgaskin@orrick.com,mticzon@orrick.com

- **Thomas R. Green**
  tgreen@morganlewis.com,lbuda@morganlewis.com

- **Felicia Gross**
  felicia@ramsey-ehrlich.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Alice L. Jensen**
  ajensen@fenwick.com,cprocida@fenwick.com

- **Geoffrey M. Johnson**
  gjohnson@scott-scott.com,aslaughter@scott-scott.com

- **Steve Shea Kaufhold**
  skaufhold@akingump.com,cgoodman@akingump.com,lrojas@akingump.com

- **Thomas Samuel Kimbrell**
  thomas.kimbrell@hellerehrman.com,dcdocket@hellerehrman.com,reggie.payne@hellerehrman.com

- **Dean S. Kristy**
  dkristy@fenwick.com,kayoung@fenwick.com,cprocida@fenwick.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **James Elliot Lyons**
  jlyons@skadden.com,kvirdone@skadden.com,wacampbe@skadden.com,btravagl@skadden.com

- **Liwen Arius Mah**
  lmah@fenwick.com,docketcalendarrequests@fenwick.com,rjones@fenwick.com,kragab@fenwick.com,jphan@fenwick.com

- **Lanelle Kay Meidan**
  lanelle.meidan@skadden.com

- **Timothy Alan Miller**
  tmiller@skadden.com,elanders@skadden.com,mborden@skadden.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Leigh Anne Parker**
  info@wllawca.com,lparker@weisslurie.com

- **Warrington S. Parker , III**
  wparker@hewm.com,Susan.Griffin-Preston@hellerehrman.com,tchurch@hewm.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,stacy.murray@dlapiper.com

- **Ismail Jomo Ramsey**
  izzy@ramsey-ehrlich.com,ji-ea@ramsey-ehrlich.com,andrew@ramsey-ehrlich.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **David R. Scott**
  drscott@scott-scott.com

- **Michael Todd Scott**
  tscott@orrick.com,elee@orrick.com

- **Michael J. Shepard**
  mshepard@hewm.com,sgriffinpreston@hewm.com,nsims@hewm.com,monica.patel@hellerehrman.com,megan.dixon@hellerehrman.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Benjamin Patrick Smith**
  bpsmith@morganlewis.com,ewoodward@morganlewis.com

- **Robert P. Varian**
  rvarian@orrick.com,bclarke@orrick.com

- **Matthew S. Weiler**
  lwalker@morganlewis.com,mweiler@morganlewis.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Denise V. Zamore**
  dzamore@scott-scott.com,cmcgowan@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mark A. Belnick
Law Offices of Mark A. Belnick, LLC
120 West 45th Street
Suite 1700B
New York, NY 10036

Ryan David Marsh
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
```