*E-filed 5/12/08*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE KLA-TENCOR CORP. SHAREHOLDER DERIVATIVE LITIGATION | Case No. C-06-03445-JW (HRL)<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION BY THE SPECIAL LITIGATION COMMITTEE OF KLA'S BOARD OF DIRECTORS TO FILE UNDER SEAL THE MOTION FOR PROTECTIVE ORDER SETTING THE SCOPE OF DISCOVERY IN CONNECTION WITH MOTION TO TERMINATE THE DERIVATIVE LITIGATION AND SUPPORTING DOCUMENTATION<br><br>Re: Docket No. 163 |

The duly appointed Special Litigation Committee of the KLA Board of Directors ("SLC"), has moved this Court for an order permitting the SLC to file under seal its Motion for Protective Order by the Special Litigation Committee of the KLA-Tencor Board of Directors Setting the Scope of Discovery in Connection with Its Motion to Terminate the Derivative Litigation.

This Court, having considered the briefs and other documents in support of and in opposition to the motion, having heard the arguments of counsel and being fully advised in this matter, HEREBY FINDS THAT:

1. The following portions of the Motion for Protective Order shall be filed under seal: page 8, lines 15-21; page 10, page 11, line 1-11 and footnote 2.

2. The following portions of the Miller Declaration in support thereof shall be filed under seal: Exhibits C, D, and E.

3. Pursuant to Federal Rule of Civil Procedure 26(c)(1)(G), any person receiving the unredacted versions of the documents referenced above sealed by this order (the "Receiving Party") may reveal the portions of those documents sealed by this order only to:

(a) the Receiving Party's outside counsel of record in this action, as well as employees, contract attorneys, consultants and/or investigators for said counsel to whom it is reasonably necessary to disclose the information for this litigation;

(b) the officers, directors, and employees (including in-house counsel) of the Receiving Party to whom disclosure is reasonably necessary for this litigation, provided however that any such person must agree in writing to be bound by the terms of this order;

(c) experts retained by the Receiving Party for purposes of this action to whom disclosure is reasonably necessary for this litigation, provided however that any such person must agree in writing to be bound by the terms of this order;

(d) the Court and its personnel; and

///
///
///
///

1         (e)    court reporters, their staffs, and professional vendors to whom disclosure is
2 reasonably necessary for this litigation.

4 IT IS SO ORDERED.

5 Dated: 5/12/08

                                          HOWARD R. LLOYD
                                          UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING MOTION TO SEAL         CASE NO. C-06-03445-JW (HRL)