*E-filed 5/12/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE KLA-TENCOR CORP.
SHAREHOLDER DERIVATIVE LITIGATION

No. C06-03445 JW (HRL)

**ORDER RE: SEALING**

**[Re: Docket No. 191]**

_____/

Pursuant to Civil Local Rules 79-5(d) and 7-11, plaintiffs moved to file portions of Lead Plaintiffs' Opposition to Motion for Protective Order by the Special Litigation Committee of the KLA-Tencor Board of Directors (Docket No. 192) under seal. Plaintiffs filed a redacted version of their motion on the public record. This motion was based on the request of the Special Litigation Committee (SLC) to file those portions under seal.

The SLC had previously moved to have the same material filed under seal with respect to its Motion to Terminate and Dismiss the Amended Consolidated Complaint (Docket No. 156) and with respect to its Motion for a Protective Order (Docket No. 164). The presiding judge has previously ruled on this issue of whether this material should be kept off the public record and this court will defer to that determination. *See* Docket Nos. 201 and 253.

1    As such, the motion to file under seal the unredacted version of the Plaintiffs' opposition
2 to the motion for a protective order is GRANTED.  The Clerk shall file this document under
3 seal.

5    IT IS SO ORDERED.

7 Dated:  5/12/08



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Christopher J. Banks cbanks@morganlewis.com, cericson@morganlewis.com
Paul F. Bennett pfb@gbcslaw.com, cgw@gbcslaw.com
Walter F. Brown wbrown@orrick.com, awills@orrick.com
Travis E. Downs , III travisd@csgrr.com, e_file_sd@csgrr.com
Miles F. Ehrlich miles@ramsey-ehrlich.com, andrew@ramsey-ehrlich.com, felicia@ramsey-ehrlich.com, ji-ea@ramsey-ehrlich.com, milesmf@yahoo.com
Joseph Edward Floren jfloren@morganlewis.com, rluke@morganlewis.com
Jonathan B. Gaskin jgaskin@orrick.com, mticzon@orrick.com
Thomas R. Green tgreen@morganlewis.com, lbuda@morganlewis.com
Emily Victoria Griffen egriffen@shearman.com
Felicia Gross felicia@ramsey-ehrlich.com
Tera Marie Heintz theintz@morganlewis.com, eeberline@morganlewis.com
Alice L. Jensen ajensen@fenwick.com, cprocida@fenwick.com
Geoffrey M. Johnson gjohnson@scott-scott.com, aslaughter@scott-scott.com
Steve Shea Kaufhold skaufhold@akingump.com, cgoodman@akingump.com, lrojas@akingump.com
Thomas Samuel Kimbrell thomas.kimbrell@hellerehrman.com, dcdocket@hellerehrman.com, reggie.payne@hellerehrman.com
Dean S. Kristy dkristy@fenwick.com, cprocida@fenwick.com, kayoung@fenwick.com
Nicole Catherine Lavallee nlavallee@bermanesq.com, ysoboleva@bermanesq.com
James Elliot Lyons jlyons@skadden.com, btravagl@skadden.com, kvirdone@skadden.com, wacampbe@skadden.com
Liwen Arius Mah lmah@fenwick.com, docketcalendarrequests@fenwick.com, jphan@fenwick.com, kragab@fenwick.com, rjones@fenwick.com
Lanelle Kay Meidan lanelle.meidan@skadden.com
Timothy Alan Miller tmiller@skadden.com, elanders@skadden.com, mborden@skadden.com
Kevin Peter Muck kmuck@fenwick.com, cprocida@fenwick.com
Leigh Anne Parker info@wllawca.com, lparker@weisslurie.com
Warrington S. Parker , III wparker@hewm.com, Susan.Griffin-Preston@hellerehrman.com, tchurch@hewm.com
David Allen Priebe david.priebe@dlapiper.com, stacy.murray@dlapiper.com
Ismail Jomo Ramsey izzy@ramsey-ehrlich.com, andrew@ramsey-ehrlich.com, ji-ea@ramsey-ehrlich.com
Patrick David Robbins probbins@shearman.com, rcheatham@shearman.com
David R. Scott drscott@scott-scott.com
Michael Todd Scott tscott@orrick.com, elee@orrick.com
Michael J. Shepard mshepard@hewm.com, megan.dixon@hellerehrman.com, monica.patel@hellerehrman.com, nsims@hewm.com, sgriffinpreston@hewm.com
Arthur L. Shingler , III ashingler@scott-scott.com, ssawyer@scott-scott.com
Benjamin Patrick Smith bpsmith@morganlewis.com, ewoodward@morganlewis.com
Robert P. Varian rvarian@orrick.com, bclarke@orrick.com
Matthew S. Weiler lwalker@morganlewis.com, mweiler@morganlewis.com
Shirli Fabbri Weiss shirli.weiss@dlapiper.com
Shawn A. Williams shawnw@csgrr.com, aelishb@csgrr.com, cwood@csgrr.com, e_file_sd@csgrr.com, e_file_sf@csgrr.com, moniquew@csgrr.com, travisd@csgrr.com
Christopher Martin Wood cwood@csgrr.com
Denise V. Zamore dzamore@scott-scott.com, cmcgowan@scott-scott.com

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date:  5/12/08                                  /s/ KRO
                                        Chambers of Magistrate Judge Howard R. Lloyd