*E-filed 9/15/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE KLA-TENCOR CORP.
SHAREHOLDER DERIVATIVE LITIGATION

_____/

No. C06-03445 JW (HRL)

**ORDER VACATING MOTION HEARING**

**[Re: Docket Nos. 322, 392]**

The court has received defendant Schroeder's Notice Regarding Motion to Compel (Docket number 392), which states that the parties have resolved the dispute presented in the motion. Accordingly, the court VACATES the motion hearing scheduled for September 16, 2008 at 10:00 am.

**IT IS SO ORDERED**.

Dated: 9/15/08



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Christopher J. Banks cbanks@morganlewis.com, cericson@morganlewis.com
Paul F. Bennett pfb@gbcslaw.com, cgw@gbcslaw.com
Walter F. Brown wbrown@orrick.com, awills@orrick.com
Travis E. Downs , III travisd@csgrr.com, e_file_sd@csgrr.com
Miles F. Ehrlich miles@ramsey-ehrlich.com, andrew@ramsey-ehrlich.com, felicia@ramsey-ehrlich.com, ji-ea@ramsey-ehrlich.com, milesmf@yahoo.com
Joseph Edward Floren jfloren@morganlewis.com, rluke@morganlewis.com
Jonathan B. Gaskin jgaskin@orrick.com, mticzon@orrick.com
Thomas R. Green tgreen@morganlewis.com, lbuda@morganlewis.com
Emily Victoria Griffen egriffen@shearman.com
Felicia Gross felicia@ramsey-ehrlich.com
Tera Marie Heintz theintz@morganlewis.com, eeberline@morganlewis.com
Alice L. Jensen ajensen@fenwick.com, cprocida@fenwick.com
Geoffrey M. Johnson gjohnson@scott-scott.com, aslaughter@scott-scott.com
Steve Shea Kaufhold skaufhold@akingump.com, cgoodman@akingump.com, lrojas@akingump.com
Thomas Samuel Kimbrell thomas.kimbrell@hellerehrman.com, dcdocket@hellerehrman.com, reggie.payne@hellerehrman.com
Dean S. Kristy dkristy@fenwick.com, cprocida@fenwick.com, kayoung@fenwick.com
Nicole Catherine Lavallee nlavallee@bermanesq.com, ysoboleva@bermanesq.com
James Elliot Lyons jlyons@skadden.com, btravagl@skadden.com, kvirdone@skadden.com, wacampbe@skadden.com
Liwen Arius Mah lmah@fenwick.com, docketcalendarrequests@fenwick.com, jphan@fenwick.com, kragab@fenwick.com, rjones@fenwick.com
Lanelle Kay Meidan lanelle.meidan@skadden.com
Timothy Alan Miller tmiller@skadden.com, elanders@skadden.com, mborden@skadden.com
Kevin Peter Muck kmuck@fenwick.com, cprocida@fenwick.com
Leigh Anne Parker info@wllawca.com, lparker@weisslurie.com
Warrington S. Parker , III wparker@hewm.com, Susan.Griffin-Preston@hellerehrman.com, tchurch@hewm.com
David Allen Priebe david.priebe@dlapiper.com, stacy.murray@dlapiper.com
Ismail Jomo Ramsey izzy@ramsey-ehrlich.com, andrew@ramsey-ehrlich.com, ji-ea@ramsey-ehrlich.com
Patrick David Robbins probbins@shearman.com, rcheatham@shearman.com
David R. Scott drscott@scott-scott.com
Michael Todd Scott tscott@orrick.com, elee@orrick.com
Michael J. Shepard mshepard@hewm.com, megan.dixon@hellerehrman.com, monica.patel@hellerehrman.com, nsims@hewm.com, sgriffinpreston@hewm.com
Arthur L. Shingler , III ashingler@scott-scott.com, ssawyer@scott-scott.com
Benjamin Patrick Smith bpsmith@morganlewis.com, ewoodward@morganlewis.com
Robert P. Varian rvarian@orrick.com, bclarke@orrick.com
Matthew S. Weiler lwalker@morganlewis.com, mweiler@morganlewis.com
Shirli Fabbri Weiss shirli.weiss@dlapiper.com
Shawn A. Williams shawnw@csgrr.com, aelishb@csgrr.com, cwood@csgrr.com, e_file_sd@csgrr.com, e_file_sf@csgrr.com, moniquew@csgrr.com, travisd@csgrr.com
Christopher Martin Wood cwood@csgrr.com
Denise V. Zamore dzamore@scott-scott.com, cmcgowan@scott-scott.com

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date:  9/15/08                              /s/ mpk
                                            Chambers of Magistrate Judge Howard R. Lloyd