JOHN H. HEMANN (SBN 165823)
JOSEPH E. FLOREN (SBN 168292)
THOMAS R. GREEN (SBN 203480)
MATTHEW S. WEILER (SBN 236052)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jhemann@morganlewis.com
       jfloren@morganlewis.com
       tgreen@morganlewis.com
       mweiler@morganlewis.com

Attorneys for Defendants Jeffrey L. Hall, Richard P. Wallace, John H. Kispert, Stephen P. Kaufman, and Nominal Defendant KLA-Tencor Corporation

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-TENCOR CORPORATION SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. C-06-03445-JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT**<br><br>Date:   January 12, 2009<br>Time:  9:00 a.m.<br>Place:  Courtroom 8,<br>        San Jose Courthouse |

WHEREAS, on January 12, 2009, the Court presided over a Case Management Conference in this action and, after discussion, directed the parties to meet and confer and to develop a schedule for addressing the particular issues outlined by the Court pertaining to settlement discussions, Lead Plaintiff's requests for documents from Nominal Defendant KLA-Tencor Corporation ("KLA-Tencor") and objections thereto (including the objection that discovery is stayed at this time), and the state of the pleadings; and,

WHEREAS, the parties have met and conferred as directed by the Court,

NOW, therefore, the parties agree and stipulate, subject to Court approval, as follows:

1. On or before January 26, 2009, the parties shall attempt to agree upon a mediator and a date for a mediation. If the parties reach agreement on this subject, they shall so notify the Court by January 26, 2009, and the Court will order the parties to mediate as agreed. If the parties are unable to reach agreement upon the mediator or mediation schedule, the parties shall file a joint statement summarizing their respective positions and identifying all proposed mediators and dates, and the Court will thereafter issue an order appointing a mediator and setting a deadline for completion of mediation.

2. Without deciding any issues pertaining to the appropriateness and proper scope of discovery at this time, if any, all of which issues are expressly reserved, the following schedule shall govern Lead Plaintiff's proposed request for documents from KLA-Tencor:

   a. On or before January 26, 2009, Lead Plaintiff shall serve a request for documents upon KLA-Tencor.

   b. On or before February 17, 2009, KLA-Tencor shall serve a response and any objections to Lead Plaintiff's request for documents.

   c. Counsel for Lead Plaintiff and KLA-Tencor shall meet and confer and attempt to resolve in good faith any disagreements regarding KLA-Tencor's response to Lead Plaintiff's request for documents.

   d. On or before March 2, 2009, Lead Plaintiff shall file its motion to compel, if any, regarding KLA-Tencor's response and objections to Lead Plaintiff's request for documents.

1          e.      This schedule is without prejudice to any party's right to object to
2 document requests or production, in whole or in part, on any ground; shall not preclude any party
3 from seeking additional relief from the Court with respect to discovery matters; and shall not
4 preclude any party from seeking additional discovery at a later date.

5      3.      The parties shall report on their progress at the next Case Management
6 Conference, which will be on April 6, 2009 at 10:00 a.m.  The parties shall file a Joint Case
7 Management Statement on or before March 30, 2009.

8      4.      Defendants' obligation to respond to the operative complaint (the Amended
9 Consolidated Verified Shareholder Derivative Complaint filed by Lead Plaintiff on February 20,
10 2007) is suspended until a date established as set forth below.  The parties are encouraged to
11 discuss the claims as to each Defendant informally.  The expectation is that Lead Plaintiff will
12 amend the operative complaint if the case is not settled (although there is no requirement that
13 Lead Plaintiff do so) before any response thereto is required.  Absent further order of the Court,
14 the Defendants shall file and serve their responsive pleading(s) or motions in response to the
15 operative complaint 45 days after (a) the date any amended complaint is filed; or (b) the date
16 Lead Plaintiff files and serves a notice stating its intent not to amend the operative complaint.

17 **IT IS SO STIPULATED.**

18 DATED: January 13, 2009           **MORGAN, LEWIS & BOCKIUS LLP**
                                               JOHN H. HEMANN
19                                                JOSEPH E. FLOREN

By: _____/s/_____
      Joseph E. Floren

One Market, Spear Street Tower
San Francisco, CA  94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

**Attorneys for Defendants Jeffrey L. Hall, Richard P. Wallace, John H. Kispert, Stephen P. Kaufman, and Nominal Defendant KLA-Tencor Corporation**

1   I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this
2   STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I
3   hereby attest that each of the 8 signatories identified below has concurred in this filing.

DATED January 13, 2009           **COUGHLIN STOIA GELLER**
                                        **RUDMAN & ROBBINS LLP**
                                 SHAWN A. WILLIAMS
                                 CHRISTOPHER WOOD


                                 /s/
                                 ───────────────────────────
                                 SHAWN A. WILLIAMS

                                 100 Pine Street, Suite 2600
                                 San Francisco, CA  94111
                                 Telephone:  415/288-4545
                                 415/288-4534 (fax)

                                 COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
                                 DARREN J. ROBBINS
                                 TRAVIS E. DOWNS III
                                 655 West Broadway, Suite 1900
                                 San Diego, CA  92101-3301
                                 Telephone:  619/231-1058
                                 619/231-7423 (fax)

                                 **Lead Counsel for Plaintiffs**

DATED: January 13, 2009          **FENWICK & WEST LLP**
                                 KEVIN P. MUCK
                                 DEAN S. KRISTY


                                 By:  ─────── /s/ ───────
                                         Kevin P. Muck

                                 555 California Street, 12th Floor
                                 San Francisco, CA 94104
                                 Tel. 415-875-2300
                                 Fax: 415-281-1350

                                 **Attorneys for Defendants Edward W. Barnholt,
                                 H. Raymond Bingham, Robert J. Boehlke,
                                 Robert T. Bond, Richard J. Elkus, Jr., Leo
                                 Chamberlain, and Lida Urbanek**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20970873.3                3                STIP. AND [PROPOSED] CASE
                                               MANAGEMENT ORDER (NO. 06-3445)

| | | |
|---|---|---|
| 1 | DATED: January 13, 2009 | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 2 | | WALTER F. BROWN, JR. |
| | | ROBERT P. VARIAN |
| 3 | | |
| 4 | | By: _____/s/_____ |
| | | Robert P. Varian |
| 5 | | |
| 6 | | 405 Howard Street |
| | | San Francisco, CA 94105 |
| 7 | | Tel. 415-773-5700 |
| | | Fax: 415-773-5759 |
| 8 | | **Attorneys for Defendant Gary Dickerson** |
| 11 | DATED: January 13, 2009 | **SHEARMAN & STERLING LLP** |
| | | PATRICK D. ROBBINS |
| 12 | | JEFFREY S. FACTER |
| | | EMILY GRIFFEN |
| 14 | | By: _____/s/_____ |
| | | Emily Griffen |
| 16 | | 525 Market Street, Suite 1500 |
| | | San Francisco, CA 94105 |
| 17 | | Telephone: (415) 616-1100 |
| | | Facsimile: (415) 616-1199 |
| 18 | | **Attorneys for Defendant Kenneth Levy** |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 13, 2009 | **LAW OFFICE OF MARK A. BELNICK, LLC** |
| 3 | | MARK A. BELNICK (admitted *pro hac vice*) |
| 4 | | By: _____/s/_____ |
| 5 | | Mark A. Belnick |
| 6 | | 120 West 45th Street, Suite 1700B<br>New York, NY 10036<br>Telephone: 646-453-2901 |
| 7 | | Fax: 646-453-2908 |
| 8 | | CHRISTOPHER D. KERCHER (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP |
| 9 | | 590 Madison Avenue<br>New York, NY 10022 |
| 10 | | Tel 212-872-1000 |
| 11 | | STEVEN S. KAUFHOLD<br>AKIN GUMP STRAUSS HAUER & FELD LLP |
| 12 | | 580 California Street, 15th Floor |
| 13 | | San Francisco, CA 94104<br>Tel: 415-765-9500 |
| 14 | | Fax: 415-765-9501 |
| 15 | | **Attorneys for Defendant Stuart J. Nichols** |
| 16 | | |
| 17 | DATED: January 13, 2009 | **RAMSEY & EHRLICH LLP**<br>ISMAIL RAMSEY |
| 18 | | MILES F. EHRLICH |
| 19 | | By: _____/s/_____ |
| 20 | | Ismail Ramsey |
| 21 | | 803 Hearst Avenue<br>Berkeley, CA 94710 |
| 22 | | Telephone: 510-548-3600 |
| 23 | | **Attorneys for Defendant Arthur Schnitzer** |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20970873.3                5                STIP. AND [PROPOSED] CASE
MANAGEMENT ORDER (NO. 06-3445)

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 13, 2009 | **DLA PIPER US LLP**<br>SHIRLI FABBRI WEISS<br>DAVID A. PRIEBE |
| 3 | | |
| 4 | | By:  /s/ |
| 5 | | David A. Priebe |
| 6 | | 2000 University Avenue<br>East Palo Alto, California 94303<br>Telephone: (650) 833-2056 |
| 7 | | Facsimile : (650) 833-2001 |
| 8 | | **Attorneys for Defendant Kenneth L. Schroeder** |
| 9 | | |
| 10 | | |
| 11 | DATED: January 13, 2009 | **HOGAN AND HARTSON LLP**<br>MICHAEL J. SHEPARD<br>MEGAN DIXON |
| 12 | | |
| 13 | | By:  /s/ |
| 14 | | Megan Dixon |
| 15 | | 4 Embarcadero Center 22nd Floor<br>San Francisco, CA 94111<br>Phone: (415) 374.2300 |
| 16 | | Fax: (415) 374.2499 |
| 17 | | **Attorneys for Defendant Jon D. Tompkins** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20970873.3        6        STIP. AND [PROPOSED] CASE
MANAGEMENT ORDER (NO. 06-3445)

**O R D E R**

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

1. On or before January 26, 2009, the parties shall attempt to agree upon a mediator and a date for a mediation. If the parties reach agreement on this subject, they shall so notify the Court by January 26, 2009, and the Court will order the parties to mediate as agreed. If the parties are unable to reach agreement upon the mediator or mediation schedule, the parties shall file a joint statement summarizing their respective positions and identifying all proposed mediators and dates, and the Court will thereafter issue an order appointing a mediator and setting a deadline for completion of mediation.

2. Without deciding any issues pertaining to the appropriateness and proper scope of discovery at this time, if any, all of which issues are expressly reserved, the following schedule shall govern Lead Plaintiff's proposed request for documents from KLA-Tencor:

    a. On or before January 26, 2009, Lead Plaintiff shall serve a request for documents upon KLA-Tencor.

    b. On or before February 17, 2009, KLA-Tencor shall serve a response and any objections to Lead Plaintiff's request for documents.

    c. Counsel for Lead Plaintiff and KLA-Tencor shall meet and confer and attempt to resolve in good faith any disagreements regarding KLA-Tencor's response to Lead Plaintiff's request for documents.

    d. On or before March 2, 2009, Lead Plaintiff shall file its motion to compel, if any, regarding KLA-Tencor's response and objections to Lead Plaintiff's request for documents.

    e. This schedule is without prejudice to any party's right to object to document requests or production, in whole or in part, on any ground; shall not preclude any party from seeking additional relief from the Court with respect to discovery matters; and shall not preclude any party from seeking additional discovery at a later date.

3. The parties shall report on their progress at the next Case Management

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20970873.3

7

STIP. AND [PROPOSED] CASE
MANAGEMENT ORDER (NO. 06-3445)

1  Conference, which will be on April 6, 2009 at 10:00 a.m.  The parties shall file a Joint Case
2  Management Statement on or before March 30, 2009.

3        4.    Defendants' obligation to respond to the operative complaint (the Amended
4  Consolidated Verified Shareholder Derivative Complaint filed by Lead Plaintiff on February 20,
5  2007) is suspended until a date established as set forth below.  The parties are encouraged to
6  discuss the claims as to each Defendant informally.  The expectation is that Lead Plaintiff will
7  amend the operative complaint if the case is not settled (although there is no requirement that
8  Lead Plaintiff do so) before any response thereto is required.  Absent further order of the Court,
9  the Defendants shall file and serve their responsive pleading(s) or motions in response to the
10 operative complaint 45 days after (a) the date any amended complaint is filed; or (b) the date
11 Lead Plaintiff files and serves a notice stating its intent not to amend the operative complaint.

12 **SO ORDERED.**

13 DATED:  January 16, 2009

14                                 Hon. James Ware
                                United States District Judge