JOHN H. HEMANN (SBN 165823)
JOSEPH E. FLOREN (SBN 168292)
THOMAS R. GREEN (SBN 203480)
MATTHEW S. WEILER (SBN 236052)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:   415.442.1000
Fax:  415.442.1001
Email: jhemann@morganlewis.com
          jfloren@morganlewis.com
          tgreen@morganlewis.com
          mweiler@morganlewis.com

Attorneys for Nominal Defendant KLA-Tencor Corporation

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-TENCOR CORP. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. C06-3445-JW<br><br>**JOINT STATEMENT REGARDING MEDIATION**<br><br>Courtroom:  8, 4th Floor<br>280 South 1st Street<br>San Jose, CA 95113<br><br>Judge:  Judge James Ware |

1  On January 16, 2009 this Court ordered the parties, consistent with their prior stipulation,
2  to inform the Court by January 26, 2009 of the mediator and mediation dates to which they had
3  agreed, should an agreement be reached, or their positions regarding a mediator and mediation
4  dates should no agreement be reached. The parties have reached an agreement to mediate the
5  case before the Honorable Layn Phillips, one of the original mediators suggested by plaintiff.
6  Defendants' insurers have also indicated that they are willing to submit the matter to Judge
7  Phillips for mediation.

8  Judge Phillips has informed the parties that he can be available to mediate the case on two
9  consecutive days (February 26 and 27). Defendants have communicated their availability to
10 mediate the case on those days. Plaintiffs have communicated potential conflicts on those dates
11 which they hope to resolve. All parties have nevertheless committed to mediate the case within
12 60 days. Accordingly, the parties jointly request the Court to order the parties to mediate the case
13 before Judge Phillips in the next 60 days.

**IT IS SO STIPULATED.**

DATED: January 26, 2009

**MORGAN, LEWIS & BOCKIUS LLP**
JOHN H. HEMANN
JOSEPH E. FLOREN
THOMAS R. GREEN
MATTHEW S. WEILER

By: _____/s/_____
        Thomas R. Green

One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

**Attorneys for Defendants Jeffrey L. Hall,
Richard P. Wallace, Stephen P. Kaufman, and
Nominal Defendant KLA-Tencor Corporation**

| | |
|---|---|
| 1 | I, Thomas R. Green, am the ECF User whose ID and password are being used to file this |
| 2 | **JOINT STATEMENT REGARDING MEDIATION**. In compliance with General Order 45, |
| 3 | X.B., I hereby attest that each of the seven signatories identified below has concurred in this |
| 4 | filing. |

DATED: January 26, 2009

        **COUGHLIN STOIA GELLER**
             **RUDMAN & ROBBINS LLP**
        SHAWN A. WILLIAMS
        CHRISTOPHER WOOD

        _____/s/_____
        SHAWN A. WILLIAMS

        100 Pine Street, Suite 2600
        San Francisco, CA 94111
        Telephone: 415/288-4545
        415/288-4534 (fax)

        COUGHLIN STOIA GELLER
             RUDMAN & ROBBINS LLP
        DARREN J. ROBBINS
        TRAVIS E. DOWNS III
        655 West Broadway, Suite 1900
        San Diego, CA 92101-3301
        Telephone: 619/231-1058
        619/231-7423 (fax)

        **Lead Counsel for Plaintiffs**

DATED: January 26, 2009

        **FENWICK & WEST LLP**
        KEVIN P. MUCK
        DEAN S. KRISTY

        By: _____/s/_____
             Kevin P. Muck

        555 California Street, 12th Floor
        San Francisco, CA 94104
        Tel. 415-875-2300
        Fax: 415-281-1350

        **Attorneys for Defendants Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Richard J. Elkus, Jr., Leo Chamberlain, and Lida Urbanek**

| | | |
|---|---|---|
| 1 | DATED: January 26, 2009 | **MORRISON & FOERSTER LLP**<br>CRAIG D. MARTIN<br>DOROTHY L. FERNANDEZ |

By: _____/s/_____
      Craig D. Martin

425 Market Street
San Francisco, CA 94105-2482
Tel. 415-268-7000
Fax: 415-268-7522

**Attorneys for Defendant John H. Kispert**

DATED: January 26, 2009

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
WALTER F. BROWN, JR.
ROBERT P. VARIAN

By: _____/s/_____
      Robert P. Varian

405 Howard Street
San Francisco, CA 94105
Tel. 415-773-5700
Fax: 415-773-5759

**Attorneys for Defendant Gary Dickerson**

DATED: January 26, 2009

**SHEARMAN & STERLING LLP**
PATRICK D. ROBBINS
JEFFREY S. FACTER
EMILY GRIFFEN

By: _____/s/_____
      Emily Griffen

525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

**Attorneys for Defendant Kenneth Levy**

| | | |
|---|---|---|
| 1 | DATED: January 26, 2009 | **RAMSEY & EHRLICH LLP** |
| 2 | | ISMAIL RAMSEY |
| | | MILES F. EHRLICH |

By: _____/s/_____
      Ismail Ramsey

803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510-548-3600

**Attorneys for Defendant Arthur Schnitzer**

DATED: January 26, 2009

**HOGAN AND HARTSON LLP**
MICHAEL J. SHEPARD
MEGAN DIXON

By: _____/s/_____
      Megan Dixon

4 Embarcadero Center 22nd Floor
San Francisco, CA 94111
Phone: (415) 374.2300
Fax: (415) 374.2499

DB2/20985857.2        4        C06-3445-JW
JOINT STATEMENT REGARDING MEDIATION