1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   CHRISTOPHER M. WOOD (254908)
3  100 Pine Street, Suite 2600
   San Francisco, CA 94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  swilliams@csgrr.com
   cwood@csgrr.com
6          – and –
   TRAVIS E. DOWNS III (148274)
7  BENNY C. GOODMAN III (211302)
   LUCAS F. OLTS (234843)
8  655 West Broadway, Suite 1900
   San Diego, CA 92101
9  Telephone: 619/231-1058
   619/231-7423 (fax)
10 travisd@csgrr.com
   bgoodman@csgrr.com
11 lolts@csgrr.com

12 Lead Counsel for Plaintiffs

13                      UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15                              SAN JOSE DIVISION

16 | In re KLA-TENCOR CORP. SHAREHOLDER ) | No. C-06-03445-JW
   | DERIVATIVE LITIGATION                )
17 |                                      ) | STIPULATION AND [PROPOSED] ORDER
   |                                      ) | EXTENDING THE TIME FOR FILING
18 | This Document Relates To:            ) | PLAINTIFF'S MOTION TO COMPEL
   |                                      )
19 |     ALL ACTIONS.                     )
   |                                      )

1   WHEREAS, by Stipulation and Order dated January 16, 2009, this Court approved KLA-
2  Tencor Corp. ("KLA") and lead plaintiff's schedule for lead plaintiff's requested document
3  production from KLA;

4   WHEREAS, this schedule provided that on or before March 2, 2009, lead plaintiff would file
5  a motion to compel, if any, regarding KLA's response and objections to lead plaintiff's request for
6  production of documents;

7   WHEREAS, on February 26 and 27, 2009, the parties attended a mediation with the
8  Honorable Layn Phillips, and discussions regarding a possible settlement of this action continue;

9   WHEREAS, lead plaintiff and KLA are continuing to meet and confer regarding KLA's
10 responses and objections to lead plaintiff's request for documents; and

11  WHEREAS, lead plaintiff and KLA believe that the parties' best interests are served by
12 briefly extending the date by which lead plaintiff may file a motion to compel, if any, to March 16,
13 2009.

14  NOW, therefore, the parties agree and stipulate, subject to Court approval, as follows:

15  Without deciding any issues pertaining to the appropriateness and proper scope of discovery
16 at this time, if any, all of which issues are expressly reserved, KLA and lead plaintiff agree that any
17 motion to compel regarding the request for documents served pursuant to the Court's January 16,
18 2009 Order shall be filed no later than March 16, 2009.

19 DATED: March 2, 2009                COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
20                                      SHAWN A. WILLIAMS
                                        CHRISTOPHER M. WOOD
21

22
                                           s/ Shawn A. Williams
23                                        SHAWN A. WILLIAMS

24                                      100 Pine Street, Suite 2600
                                        San Francisco, CA  94111
25                                      Telephone:  415/288-4545
                                        415/288-4534 (fax)
26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR FILING PLAINTIFF'S
MOTION TO COMPEL - C-06-03445-JW                                                    - 1 -

| | |
|---|---|
| | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III<br>LUCAS F. OLTS<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101-3301<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br><br>Lead Counsel for Plaintiffs |
| DATED:  March 2, 2009 | MORGAN, LEWIS & BOCKIUS LLP<br>JOSEPH E. FLOREN<br>JOHN H. HEMANN |
| |           s/ Joseph E. Floren<br>           JOSEPH E. FLOREN<br><br>Spear Street Tower<br>One Market Plaza, 23rd Floor<br>San Francisco, CA 94105<br>Telephone:  415/442-1000<br>415/442-1001 (fax)<br><br>Attorneys for KLA-Tencor Corp. |

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending the Time for Filing Plaintiff's Motion to Compel.  In compliance with General Order 45, X.B., I hereby attest that Joseph E. Floren has concurred in this filing.

DATED:  March 2, 2009                                       s/ Shawn A. Williams
                                                                         SHAWN A. WILLIAMS

\*      \*      \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  March 11, 2009                              /s/ James Ware
                                                   THE HONORABLE JAMES WARE
                                                   UNITED STATES DISTRICT JUDGE

S:\CasesSD\KLA-Tencor Derivative\S_O00057866.doc

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR FILING PLAINTIFF'S
MOTION TO COMPEL - C-06-03445-JW       - 2 -

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on March 2, 2009, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct. Executed on March 2, 2009. |

          s/ Shawn A. Williams
          SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:swilliams@csgrr.com

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on March 2, 2009, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct. Executed on March 2, 2009. |

          s/ Shawn A. Williams
          SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:swilliams@csgrr.com

# Mailing Information for a Case 5:06-cv-03445-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher J. Banks**
  cbanks@morganlewis.com,cericson@morganlewis.com

- **Paul F. Bennett**
  pfb@gbcslaw.com,cgw@gbcslaw.com

- **Walter F. Brown**
  wbrown@orrick.com,awills@orrick.com

- **Jeffrey Bruce Coopersmith**
  jeff.coopersmith@dlapiper.com

- **Megan Dixon**
  mdixon@hhlaw.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Miles F. Ehrlich**
  miles@ramsey-ehrlich.com,ji-ea@ramsey-ehrlich.com,andrew@ramsey-ehrlich.com,felicia@ramsey-ehrlich.com,milesmf@yahoo.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Jonathan B. Gaskin**
  jgaskin@orrick.com,mticzon@orrick.com

- **Thomas R. Green**
  tgreen@morganlewis.com,lbuda@morganlewis.com

- **Emily Victoria Griffen**
  egriffen@shearman.com

- **Felicia Gross**
  felicia@ramsey-ehrlich.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Alice L. Jensen**
  ajensen@fenwick.com,cprocida@fenwick.com

- **Geoffrey M. Johnson**
  gjohnson@scott-scott.com,aslaughter@scott-scott.com

- **Steven Shea Kaufhold**
  skaufhold@akingump.com,westdocketing@akingump.com,smartinson@akingump.com

- **Thomas Samuel Kimbrell**
  thomas.kimbrell@hellerehrman.com,dcdocket@hellerehrman.com,reggie.payne@hellerehrman.com

- **Dean S. Kristy**
  dkristy@fenwick.com,kayoung@fenwick.com,cprocida@fenwick.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermanesq.com

- **James Raza Lawrence**
  Raza.Lawrence@mto.com,Sharon.Nial@mto.com

- **Joseph Daniel Lee**
  joseph.lee@mto.com

- **James Elliot Lyons**
  jlyons@skadden.com,kvirdone@skadden.com,wacampbe@skadden.com,btravagl@skadden.com

- **Liwen Arius Mah**
  lmah@fenwick.com,docketcalendarrequests@fenwick.com,rjones@fenwick.com,kragab@fenwick.com,jphan@fenwick.com

- **Craig David Martin**
  cmartin@mofo.com

- **Lanelle Kay Meidan**
  lanelle.meidan@skadden.com

- **Timothy Alan Miller**
  tmiller@skadden.com,elanders@skadden.com,kvirdone@skadden.com,wacampbe@skadden.com,PLOCKWOO@skadden.com,RHORVATH@skadden.com,mborden@skadden.com,mtroost@

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Lucas F. Olts**
  luke.olts@bullivant.com

- **Leigh Anne Parker**

lparker@wllawca.com,lparker@weisslurie.com

- **Warrington S. Parker , III**
  wparker@orrick.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,margaret.austin@dlapiper.com,stacy.murray@dlapiper.com

- **Ismail Jomo Ramsey**
  izzy@ramsey-ehrlich.com,ji-ea@ramsey-ehrlich.com,andrew@ramsey-ehrlich.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **David R. Scott**
  drscott@scott-scott.com

- **Michael Todd Scott**
  tscott@orrick.com,elee@orrick.com

- **Michael J. Shepard**
  mjshepard@hhlaw.com,mdewers@hhlaw.com,kwong@hhlaw.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Benjamin Patrick Smith**
  bpsmith@morganlewis.com,ewoodward@morganlewis.com

- **Robert P. Varian**
  rvarian@orrick.com,bclarke@orrick.com

- **Matthew S. Weiler**
  lwalker@morganlewis.com,mweiler@morganlewis.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

- **Shawn A. Williams**
  shawnw@csgrr.com,lolts@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Christopher Martin Wood**
  cwood@csgrr.com,jdecena@csgrr.com

- **Denise V. Zamore**
  dzamore@scott-scott.com,cmcgowan@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mark A. Belnick
Law Offices of Mark A. Belnick, LLC
120 West 45th Street
Suite 1700B
New York, NY 10036

Ryan David Marsh
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
```