COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
CHRISTOPHER M. WOOD (254908)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@csgrr.com
cwood@csgrr.com
      – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
LUCAS F. OLTS (234843)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
bgoodman@csgrr.com
lolts@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-TENCOR CORP. SHAREHOLDER DERIVATIVE LITIGATION | No. C-06-03445-JW |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME FOR FILING PLAINTIFF'S MOTION TO COMPEL |

1     WHEREAS, by Stipulation and Order dated January 16, 2009, this Court approved KLA-Tencor Corp. ("KLA") and lead plaintiff's schedule for lead plaintiff's requested document production from KLA;

    WHEREAS, this schedule provided that on or before March 2, 2009, lead plaintiff would file a motion to compel, if any, regarding KLA's response and objections to lead plaintiff's request for production of documents;

    WHEREAS, on March 11, 2009, the Court approved the parties' March 2, 2009 Stipulation and [Proposed] Order Extending Time for the Filing of Plaintiff's Motion to Compel until March 16, 2009 in light of the parties' ongoing settlement discussions;

    WHEREAS, the parties are continuing to discuss a possible settlement of this action, and certain parties have scheduled an additional mediation session with the Honorable Layn Phillips (Ret.) for March 31, 2009;

    WHEREAS, lead plaintiff and KLA believe that the parties' best interests are served by briefly extending the date by which lead plaintiff may file a motion to compel, if any, to April 6, 2009.

    NOW, therefore, the parties agree and stipulate, subject to Court approval, as follows:

    Without deciding any issues pertaining to the appropriateness and proper scope of discovery at this time, if any, all of which issues are expressly reserved, KLA and lead plaintiff agree that any motion to compel regarding the request for documents served pursuant to the Court's January 16, 2009 Order shall be filed no later than April 6, 2009.

DATED: March 16, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
CHRISTOPHER M. WOOD

    s/ Shawn A. Williams
    SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

|||
|---|---|
| | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III<br>LUCAS F. OLTS<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101-3301<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br><br>Lead Counsel for Plaintiffs |
| DATED:  March 16, 2009 | MORGAN, LEWIS & BOCKIUS LLP<br>JOSEPH E. FLOREN<br>JOHN H. HEMANN<br>THOMAS R. GREEN<br><br>       s/ Thomas R. Green<br>       THOMAS R. GREEN<br><br>Spear Street Tower<br>One Market Plaza, 23rd Floor<br>San Francisco, CA 94105<br>Telephone:  415/442-1000<br>415/442-1001 (fax)<br><br>Attorneys for KLA-Tencor Corp. |

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Further Extending Time for Filing Plaintiff's Motion to Compel. In compliance with General Order 45, X.B., I hereby attest that Thomas R. Green has concurred in this filing.

DATED:  March 16, 2009                                           s/ Shawn A. Williams
                                                                            SHAWN A. WILLIAMS

\*     \*     \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  March 19, 2009                                                                                
                                                  THE HONORABLE JAMES WARE
                                                  UNITED STATES DISTRICT JUDGE

S:\CasesSD\KLA-Tencor Derivative\S_O00058275.doc

CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 16, 2009.

   s/ Shawn A. Williams
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:swilliams@csgrr.com

**Mailing Information for a Case 5:06-cv-03445-JW**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher J. Banks**
  cbanks@morganlewis.com,cericson@morganlewis.com

- **Paul F. Bennett**
  pfb@gbcslaw.com,cgw@gbcslaw.com

- **Walter F. Brown**
  wbrown@orrick.com,awills@orrick.com

- **Jeffrey Bruce Coopersmith**
  jeff.coopersmith@dlapiper.com

- **Megan Dixon**
  mdixon@hhlaw.com,mhoogland@hhlaw.com,mdewers@hhlaw.com,kwong@hhlaw.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Miles F. Ehrlich**
  miles@ramsey-ehrlich.com,ji-ea@ramsey-ehrlich.com,andrew@ramsey-ehrlich.com,felicia@ramsey-ehrlich.com,milesmf@yahoo.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Jonathan B. Gaskin**
  jgaskin@orrick.com,mticzon@orrick.com

- **Thomas R. Green**
  tgreen@morganlewis.com,mchiu@morganlewis.com,lbuda@morganlewis.com

- **Emily Victoria Griffen**
  egriffen@shearman.com

- **Felicia Gross**
  felicia@ramsey-ehrlich.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Alice L. Jensen**
  ajensen@fenwick.com,cprocida@fenwick.com

- **Geoffrey M. Johnson**
  gjohnson@scott-scott.com,aslaughter@scott-scott.com

- **Steven Shea Kaufhold**
  skaufhold@akingump.com,westdocketing@akingump.com,smartinson@akingump.com

- **Thomas Samuel Kimbrell**
  thomas.kimbrell@hellerehrman.com,dcdocket@hellerehrman.com,reggie.payne@hellerehrman.com

- **Dean S. Kristy**
  dkristy@fenwick.com,kayoung@fenwick.com,cprocida@fenwick.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermanesq.com

- **James Raza Lawrence**
  Raza.Lawrence@mto.com,Sharon.Nial@mto.com

- **Joseph Daniel Lee**
  joseph.lee@mto.com

- **James Elliot Lyons**
  jlyons@skadden.com,kvirdone@skadden.com,wacampbe@skadden.com,btravagl@skadden.com

- **Liwen Arius Mah**
  lmah@fenwick.com,docketcalendarrequests@fenwick.com,rjones@fenwick.com,kragab@fenwick.com,jphan@fenwick.com

- **Craig David Martin**
  cmartin@mofo.com

- **Lanelle Kay Meidan**
  lanelle.meidan@skadden.com

- **Timothy Alan Miller**
  tmiller@skadden.com,elanders@skadden.com,kvirdone@skadden.com,wacampbe@skadden.com,PLOCKWOO@skadden.com,RHORVATH@skadden.com,mborden@skadden.com,mtroost@

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Lucas F. Olts**
  luke.olts@bullivant.com

- **Leigh Anne Parker**

lparker@wllawca.com,lparker@weisslurie.com

- **Warrington S. Parker , III**
  wparker@orrick.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,margaret.austin@dlapiper.com,stacy.murray@dlapiper.com

- **Ismail Jomo Ramsey**
  izzy@ramsey-ehrlich.com,ji-ea@ramsey-ehrlich.com,andrew@ramsey-ehrlich.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **David R. Scott**
  drscott@scott-scott.com

- **Michael Todd Scott**
  tscott@orrick.com,elee@orrick.com

- **Michael J. Shepard**
  mjshepard@hhlaw.com,mdewers@hhlaw.com,kwong@hhlaw.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Benjamin Patrick Smith**
  bpsmith@morganlewis.com,ewoodward@morganlewis.com

- **Robert P. Varian**
  rvarian@orrick.com,bclarke@orrick.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

- **Shawn A. Williams**
  shawnw@csgrr.com,lolts@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Christopher Martin Wood**
  cwood@csgrr.com,jdecena@csgrr.com

- **Denise V. Zamore**
  dzamore@scott-scott.com,cmcgowan@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mark A. Belnick
Law Offices of Mark A. Belnick, LLC
120 West 45th Street
Suite 1700B
New York, NY 10036

Ryan David Marsh
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
```