IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-Tencor Corp. Shareholder Derivative Litigation / | NO. C 06-03445 JW<br>**ORDER STAYING CASE** |

On June 1, 2009, the parties are scheduled to appear for a case management conference. However, on May 8, 2009, the United States Court of Appeals for the Ninth Circuit indicated that it is reviewing a petition for a writ of mandamus in this matter and ordered the real parties in interest to provide a response by May 22, 2009. It thus appears that the Ninth Circuit may be preparing to undertake interlocutory review of the Court's December 12, 2008 Order denying the Special Litigation Committee's Motion to Terminate and Dismiss the Amended Consolidated Complaint. (See Docket Item No. 484.)

Accordingly, pending the Ninth Circuit's resolution of any interlocutory issues before it, the Court STAYS this action. Within ten (10) days of the resolution of any such issues by the Ninth Circuit, either party may move to lift the stay. The case management conference scheduled for June 1, 2009 is VACATED.

Dated: May 28, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alice L. Jensen ajensen@fenwick.com
Arthur L. Shingler ashingler@scott-scott.com
Benjamin Patrick Smith bpsmith@morganlewis.com
Brad D. Brian BrianBD@mto.com
Christopher J. Banks cbanks@morganlewis.com
Christopher Martin Wood cwood@csgrr.com
Craig David Martin cmartin@mofo.com
David Allen Priebe david.priebe@dlapiper.com
David R. Scott drscott@scott-scott.com
Dean S. Kristy dkristy@fenwick.com
Denise V. Zamore dzamore@scott-scott.com
Emily Victoria Griffen egriffen@shearman.com
Felicia Gross felicia@ramsey-ehrlich.com
Geoffrey M. Johnson gjohnson@scott-scott.com
Ismail Jomo Ramsey izzy@ramsey-ehrlich.com
James Elliot Lyons jlyons@skadden.com
James Raza Lawrence Raza.Lawrence@mto.com
Jeffrey Bruce Coopersmith jeff.coopersmith@dlapiper.com
Jonathan B. Gaskin jgaskin@orrick.com
Joseph Daniel Lee joseph.lee@mto.com
Joseph Edward Floren jfloren@morganlewis.com
Joseph Edward Floren jfloren@morganlewis.com
Kevin Peter Muck kmuck@fenwick.com
Lanelle Kay Meidan lanelle.meidan@skadden.com
Leigh Anne Parker lparker@wllawca.com
Liwen Arius Mah lmah@fenwick.com
Lucas F. Olts luke.olts@bullivant.com
Matthew S. Weiler mweiler@morganlewis.com
Megan Dixon mdixon@hhlaw.com
Michael J. Shepard mjshepard@hhlaw.com
Michael Todd Scott tscott@orrick.com
Miles F. Ehrlich miles@ramsey-ehrlich.com
Nicole Catherine Lavallee nlavallee@bermandevalerio.com
Patrick David Robbins probbins@shearman.com
Paul F. Bennett pfb@gbcslaw.com
Robert P. Varian rvarian@orrick.com
Shawn A. Williams shawnw@csgrr.com
Shawn A. Williams shawnw@csgrr.com
Shirli Fabbri Weiss shirli.weiss@dlapiper.com
Steven Shea Kaufhold skaufhold@akingump.com
Tera Marie Heintz theintz@morganlewis.com
Thomas R. Green tgreen@morganlewis.com
Thomas Samuel Kimbrell thomas.kimbrell@hellerehrman.com
Timothy Alan Miller tmiller@skadden.com
Travis E. Downs travisd@csgrr.com
Walter F. Brown wbrown@orrick.com
Warrington S. Parker wparker@orrick.com

**Dated: May 28, 2009**            **Richard W. Wieking, Clerk**
                                   **By:    /s/ JW Chambers**
                                   **Elizabeth Garcia**
                                   **Courtroom Deputy**