IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-Tencor Corp. Shareholder Derivative Litigation _____/ | NO. C 06-03445 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

This case is scheduled for a Case Management Conference on August 31, 2009. The parties have duly filed a Joint Case Management Statement. (See Docket Item No. 553.) Upon review of the parties' Joint Statement, the Court finds it unnecessary to hold the scheduled Case Management Conference. Accordingly, the Court VACATES the Conference and ORDERS as follows:

(1) The parties continue to dispute whether this case remains subject to the discovery stay pursuant to Private Securities Litigation Reform Act of 1995 ("PSLRA"). Since there has been no substantive change in the procedure posture of this case as of the date of the Court's Order Denying the Special Litigation Committee's Motion to Dismiss, the Court finds that the current stay on discovery is warranted and shall remain in effect pending the Court's resolution of Defendants' anticipated Motions challenging the merits of Plaintiffs' operative Complaint.

(2) Plaintiffs represent that they intend to file an Amended Complaint. The Court orders that any Amended Complaint shall be filed on or before **October 9, 2009**.

(3) The Court sets **December 14, 2009 at 9 a.m.** as a hearing date for all motions to dismiss by any Defendant. All motions shall be filed in accordance with the Civil Local Rules of the Court.

1  (4)  The Court sets a Case Management Conference for **December 14, 2009 at 10 a.m.** On or before **December 4, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, a status on any settlement efforts, and a good faith discovery plan with a proposed date for the close of all discovery.

Dated: August 26, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alice L. Jensen ajensen@fenwick.com
Arthur L. Shingler ashingler@scott-scott.com
Benjamin Patrick Smith bpsmith@morganlewis.com
Brad D. Brian BrianBD@mto.com
Christopher J. Banks cbanks@morganlewis.com
Christopher Martin Wood cwood@csgrr.com
Craig David Martin cmartin@mofo.com
David Allen Priebe david.priebe@dlapiper.com
David R. Scott drscott@scott-scott.com
Dean S. Kristy dkristy@fenwick.com
Denise V. Zamore dzamore@scott-scott.com
Emily Victoria Griffen egriffen@shearman.com
Felicia Gross felicia@ramsey-ehrlich.com
Geoffrey M. Johnson gjohnson@scott-scott.com
Ismail Jomo Ramsey izzy@ramsey-ehrlich.com
James Elliot Lyons jlyons@skadden.com
James Raza Lawrence Raza.Lawrence@mto.com
Jeffrey Bruce Coopersmith jeff.coopersmith@dlapiper.com
Jonathan B. Gaskin jgaskin@orrick.com
Joseph Daniel Lee joseph.lee@mto.com
Joseph Edward Floren jfloren@morganlewis.com
Kevin Peter Muck kmuck@fenwick.com
Lanelle Kay Meidan lanelle.meidan@skadden.com
Leigh Anne Parker lparker@weisslurie.com
Liwen Arius Mah lmah@fenwick.com
Lucas F. Olts luke.olts@bullivant.com
Matthew S. Weiler mweiler@morganlewis.com
Megan Dixon mdixon@hhlaw.com
Michael J. Shepard mjshepard@hhlaw.com
Michael Todd Scott tscott@orrick.com
Miles F. Ehrlich miles@ramsey-ehrlich.com
Nicole Catherine Lavallee nlavallee@bermandevalerio.com
Patrick David Robbins probbins@shearman.com
Paul F. Bennett pfb@gbcslaw.com
Robert P. Varian rvarian@orrick.com
Ryan David Marsh rdmarsh@hhlaw.com
Shawn A. Williams shawnw@csgrr.com
Shirli Fabbri Weiss shirli.weiss@dlapiper.com
Steven Shea Kaufhold skaufhold@akingump.com
Tera Marie Heintz theintz@morganlewis.com
Thomas R. Green tgreen@morganlewis.com
Thomas Samuel Kimbrell thomas.kimbrell@hellerehrman.com

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Timothy Alan Miller tmiller@skadden.com
Travis E. Downs travisd@csgrr.com
3 Walter F. Brown wbrown@orrick.com
Warrington S. Parker wparker@orrick.com

**Dated:  August 26, 2009**                                   **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
           **Elizabeth Garcia**
           **Courtroom Deputy**