JOHN H. HEMANN (SBN 165823)
JOSEPH E. FLOREN (SBN 168292)
REBECCA A. FALK (SBN 226798)
MATTHEW S. WEILER (SBN 236052)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
Email: jhemann@morganlewis.com
       jfloren@morganlewis.com
       rfalk@morganlewis.com
       mweiler@morganlewis.com

Attorneys for Defendants
Jeffrey Hall, Richard P. Wallace, and
Nominal Defendant KLA-Tencor Corporation

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-TENCOR CORP. SHAREHOLDER DERIVATIVE LITIGATION | Case No. C06-3445-JW |
| This Document Relates To:<br><br>ALL ACTIONS | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES FOR FILING OF LEAD PLAINTIFF'S AMENDED COMPLAINT AND MOTION HEARING** |

ALL PARTIES TO THIS ACTION HEREBY STIPULATE AND AGREE AS FOLLOWS:

WHEREAS, on August 27, 2009, the Court issued an order that Lead Plaintiff file an amended complaint by October 9, 2009, and set a hearing for Defendants' motions to dismiss for December 14, 2009;

WHEREAS, the parties and Defendants' insurers have continued to participate in mediation of the claims in this action with the assistance of the Hon. Layn Phillips (ret.) as mediator;

WHEREAS, Lead Plaintiff has since the August 27, 2009 Order reached agreements in

principle with certain of the individually named Defendants to settle the claims in the Action;

WHEREAS, Lead Plaintiff and certain parties and insurance carriers have scheduled another in-person mediation session with Judge Phillips on October 14, 2009 to attempt to settle the claims against some or all of the remaining Individual Defendants prior to filing of an amended complaint;

WHEREAS, settlement of some or all of the remaining claims will affect the facts and parties alleged in Lead Plaintiff's amended complaint or render an amended complaint, and motions to dismiss, wholly unnecessary, thereby reducing associated expenses of this litigation to all concerned;

WHEREAS, in order to permit the parties to direct their efforts to reach a broader or even a global settlement, the parties respectfully request that the deadline for filing of Lead Plaintiff's amended complaint be extended for 14 days, to and including October 23, 2009, and that a date for hearing of motions to dismiss and a further Case Management Conference be established thereafter, in the event the action is not resolved; and

WHEREAS, the parties agree to provide the Court with a status report no later than October 16, 2009 regarding progress toward a broader or global resolution;

WHEREFORE, subject to the Court's approval, IT IS HEREBY STIPULATED AND AGREED:

1. The parties who have agreed to do so shall attend a scheduled mediation on October 14, 2009.

2. If the parties are unable to reach a global settlement, Lead Plaintiff shall file an amended complaint by October 23, 2009 unless otherwise ordered by the Court.

3. Defendants shall file their motions in response to Lead Plaintiff's amended complaint within the time provided under the Local Rules and Federal Rules of Civil Procedure, unless hereafter otherwise ordered.

4. The Case Management Conference and hearing set for December 14, 2009 on Defendants' motions in response to the amended complaint shall be taken off calendar and rescheduled when such motions, if any, are filed.

**SO STIPULATED.**

DATED: October 7, 2009                                        RESPECTFULLY SUBMITTED,

MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/_____
         Joseph E. Floren

One Market, Spear Street Tower
San Francisco, CA  94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

**Attorneys for Defendants Jeffrey L. Hall, Richard P. Wallace, and Nominal Defendant KLA-Tencor Corporation**

I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this JOINT STATUS STATEMENT.  In compliance with General Order 45, X.B., I hereby attest that each of the signatories identified below has concurred in this filing.

DATED: October 7, 2009                                        **COUGHLIN STOIA GELLER
                                                                                      RUDMAN & ROBBINS LLP**
                                                                              SHAWN A. WILLIAMS
                                                                              CHRISTOPHER WOOD

_____/s/_____
Shawn A. Williams

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

|   |   |
|---|---|
| 1 | **COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP** |
| 2 | DARREN J. ROBBINS<br>TRAVIS E. DOWNS III |
| 3 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301 |
| 4 | Telephone: 619/231-1058<br>619/231-7423 (fax) |
| 5 | |
| 6 | **Lead Counsel for Plaintiffs** |

8  DATED: October 7, 2009           **FENWICK & WEST LLP**
                                     KEVIN P. MUCK
9                                    DEAN S. KRISTY

11  By: _____/s/_____
            Kevin P. Muck

12  555 California Street, 12th Floor
    San Francisco, CA 94104
13  Tel. 415-875-2300
    Fax: 415-281-1350

15  **Attorneys for Defendants Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Richard J. Elkus, Jr., Leo Chamberlain, and Lida Urbanek**

| | | |
|---|---|---|
| 1 | DATED:  October 7, 2009 | **MORRISON & FOERSTER LLP**<br>CRAIG D. MARTIN<br>DOROTHY L. FERNANDEZ |
| | | By: _____/s/_____<br>         Dorothy L. Fernandez |
| | | 425 Market Street<br>San Francisco, CA 94105-2482<br>Tel. 415-268-7000<br>Fax: 415-268-7522 |
| | | **Attorneys for Defendant John H. Kispert** |
| 10 | DATED:  October 7, 2009 | **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>WALTER F. BROWN, JR.<br>ROBERT P. VARIAN |
| | | By: _____/s/_____<br>         Robert P. Varian |
| | | 405 Howard Street<br>San Francisco, CA 94105<br>Tel. 415-773-5700<br>Fax: 415-773-5759 |
| | | **Attorneys for Defendant Gary Dickerson** |
| 20 | DATED: October 7, 2009 | **SHEARMAN & STERLING LLP**<br>PATRICK D. ROBBINS<br>JEFFREY S. FACTER<br>EMILY GRIFFEN<br>JIYOUN CHUNG |
| | | By: _____/s/_____<br>         Jiyoun Chung |
| | | 525 Market Street, Suite 1500<br>San Francisco, CA 94105<br>Telephone: (415) 616-1100<br>Facsimile: (415) 616-1199 |
| | | **Attorneys for Defendant Kenneth Levy** |

| | | |
|---|---|---|
| 1 | DATED: October 7, 2009 | **RAMSEY & EHRLICH LLP** |
| 2 | | ISMAIL RAMSEY |
| | | MILES F. EHRLICH |

DATED: October 7, 2009              **RAMSEY & EHRLICH LLP**
                                    ISMAIL RAMSEY
                                    MILES F. EHRLICH

                                    By: _____/s/_____
                                            Ismail Ramsey

                                    803 Hearst Avenue
                                    Berkeley, CA 94710
                                    Telephone: 510-548-3600

                                    **Attorneys for Defendant Arthur Schnitzer**


DATED: October 7, 2009              **HOGAN AND HARTSON LLP**
                                    MICHAEL J. SHEPARD
                                    MEGAN DIXON

                                    By: _____/s/_____
                                            Michael J. Shepard

                                    4 Embarcadero Center 22nd Floor
                                    San Francisco, CA 94111
                                    Phone: (415) 374.2300
                                    Fax: (415) 374.2499

                                    **Attorneys for Defendant Jon D. Tompkins**


DATED: October 7, 2009              **MUNGER TOLLES & OLSON**
                                    BRAD D. BRIAN
                                    JOSEPH D. LEE
                                    JAMES RAZA LAWRENCE

                                    By: _____/s/_____
                                            Joseph D. Lee

                                    355 South Grand Ave.
                                    Thirty-Fifth Floor
                                    Los Angeles, CA  90071
                                    Phone: 213-683-9100

                                    **Attorneys for Defendant Stephen P. Kaufman**

| | | |
|---|---|---|
| 1 | DATED: October 7, 2009 | **DLA PIPER US LLP**<br>SHIRLI FABBRI WEISS |
| 2 | | DAVID A. PRIEBE |
| 3 | | |
| 4 | | By: _____/s/_____<br>    Shirli Fabbri Weiss |
| 5 | | 2000 University Avenue |
| 6 | | East Palo Alto, California 94303<br>Telephone: (650) 833-2056 |
| 7 | | Facsimile : (650) 833-2001 |
| 8 | | **Attorneys for Defendant Kenneth L. Schroeder** |
| 9 | | |
| 10 | | |
| 11 | DATED: October 7, 2009 | **LAW OFFICE OF MARK A. BELNICK, LLC**<br>MARK A. BELNICK (admitted *pro hac vice*) |
| 12 | | |
| 13 | | By: _____/s/_____<br>    Mark A. Belnick |
| 14 | | |
| 15 | | 120 West 45th Street, Suite 1700B<br>New York, NY 10036 |
| 16 | | Telephone: 646-453-2901<br>Fax: 646-453-2908 |
| 17 | | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 18 | | CHRISTOPHER D. KERCHER (*pro hac vice*)<br>590 Madison Avenue |
| 19 | | New York, NY 10022<br>Tel 212-872-1000 |
| 20 | | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 21 | | STEVEN S. KAUFHOLD<br>580 California Street, 15th Floor |
| 22 | | San Francisco, CA 94104<br>Tel:  415-765-9500 |
| 23 | | Fax: 415-765-9501 |
| 24 | | **Attorneys for Defendant Stuart J. Nichols** |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

DB2/21366377.1                           6                           C06-3445-JW
JOINT STIPULATION AND [PROPOSED] ORDER

1    **[PROPOSED] ORDER**

2    **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS**

3    **HEREBY ORDERED THAT:**

4    1.      The parties who have agreed to do so shall attend a scheduled mediation on

5    October 14, 2009.

6    2.      If the parties are unable to reach a global settlement, Lead Plaintiff shall file an

7    amended complaint by October 23, 2009 unless otherwise ordered by the Court.

8    3.      Defendants shall file their motions in response to Lead Plaintiff's amended

9    complaint within the time provided under the Local Rules and Federal Rules of Civil Procedure,

10   unless hereafter otherwise ordered.

11   4.                                    The hearing set for December 14, 2009 on

12   Defendants' motions in response to the amended complaint is off calendar and will be

13   rescheduled when such motions, if any, are filed.

14   The Court will conduct a Case Management Conference on **December 14, 2009 at**

15   **10 a.m.** as previously scheduled.  On or before **December 4, 2009**, the parties shall file a

16   Joint Case Management Statement.  The Statement shall include, among other things, an

17   update on the parties' settlement efforts and the parties' proposed schedule re: anticipated

18   Motions to Dismiss.

20   Dated:  October 9, 2009                              _____
21                                                        JAMES WARE
                                                          United States District Judge