1  COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
CHRISTOPHER M. WOOD (254908)
3  100 Pine Street, Suite 2600
San Francisco, CA  94111
4  Telephone:  415/288-4545
415/288-4534 (fax)
5  swilliams@csgrr.com
cwood@csgrr.com
6       – and –
TRAVIS E. DOWNS III (148274)
7  BENNY C. GOODMAN III (211302)
LUCAS F. OLTS (234843)
8  655 West Broadway, Suite 1900
San Diego, CA  92101
9  Telephone:  619/231-1058
619/231-7423 (fax)
10 travisd@csgrr.com
bgoodman@csgrr.com
11 lolts@csgrr.com

12 Lead Counsel for Plaintiffs

13                UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                 SAN JOSE DIVISION

16 In re KLA-TENCOR CORP. SHAREHOLDER ) No. C-06-03445-JW
DERIVATIVE LITIGATION )
17 _____ ) PLAINTIFF AND KLA-TENCOR CORP.'S
) STATUS REPORT REGARDING
18 This Document Relates To: ) OCTOBER 14, 2009 MEDIATION AND
) [PROPOSED] ORDER FURTHER
19    ALL ACTIONS. ) EXTENDING THE DATE FOR FILING AN
) AMENDED COMPLAINT
20 _____ )

21

22

23

24

25

26

27

28

1    Pursuant to the Court's October 9, 2009 Joint Stipulation and Order to Continue Dates for

2    Filing of Lead Plaintiff's Amended Complaint and Motion Hearing (the "Stipulated Order"),

3    Plaintiff and KLA-Tencor Corp. ("KLA") hereby submit this Status Report Regarding October 14,

4    2009 Mediation and [Proposed] Order Further Extending the Date for Filing an Amended

5    Complaint.

6    As discussed in the Stipulated Order, on October 14, 2009, plaintiff, nominal party KLA,

7    insurance carriers and certain of the individual defendants who have not reached an agreement in

8    principle to settle the claims alleged in the above-referenced case, participated in a 14-hour

9    mediation session with Hon. Layn Phillips (ret.) in New York.  The parties made significant progress

10   sufficient for Judge Phillips to issue a mediator's proposal for the resolution of the entire action on

11   October 16, 2009.  Judge Phillips set a date for responses to the mediator's proposal for October 27,

12   2009, and asked that the parties reserve all responses until that date.  October 27, 2009 is four days

13   after the date on which plaintiffs' amended complaint is currently due.

14   Therefore, in order to maintain the status quo while the parties consider Judge Phillips'

15   proposal, KLA and plaintiffs respectfully request that the Court issue an order extending the deadline

16   for filing of lead plaintiff's amended complaint for 10 days, until November 2, 2009, while

17   maintaining the remainder of the deadlines set forth in the Stipulated Order.  We will provide the

18   Court with an update no later than October 30, 2009.

19   DATED:  October 16, 2009                  COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
20                                             SHAWN A. WILLIAMS
                                               CHRISTOPHER M. WOOD
21

22
                                                     s/ Shawn A. Williams
23                                               SHAWN A. WILLIAMS

24                                             100 Pine Street, Suite 2600
                                               San Francisco, CA  94111
25                                             Telephone:  415/288-4545
                                               415/288-4534 (fax)
26

27

28

PLTF AND KLA-TENCOR'S STATUS REPORT RE 10/14/09 MEDIATION & PROPOSED ORDER
FURTHER EXTENDING DATE FOR FILING AN AMENDED COMPLAINT - C-06-03445-JW      - 1 -

1

2 COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP

3 TRAVIS E. DOWNS III
 BENNY C. GOODMAN III

4 LUCAS F. OLTS
 655 West Broadway, Suite 1900

5 San Diego, CA  92101-3301
 Telephone:  619/231-1058

6 619/231-7423 (fax)

7 Lead Counsel for Plaintiffs

8 DATED:  October 16, 2009   MORGAN, LEWIS & BOCKIUS LLP
 JOSEPH E. FLOREN

9 JOHN H. HEMANN
 THOMAS R. GREEN

10

11          s/ Joseph E. Floren

12         JOSEPH E. FLOREN

13 Spear Street Tower
 One Market Plaza, 23rd Floor

14 San Francisco, CA 94105
 Telephone:  415/442-1000

15 415/442-1001 (fax)

16 Attorneys for KLA-Tencor Corp.

17

18   I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Plaintiff and KLA-Tencor Corp.'s Status Report Regarding October 14, 2009 Mediation and [Proposed] Order Further Extending the Date for Filing an Amended Complaint.  In compliance with

19 General Order 45, X.B., I hereby attest that Joseph E. Floren has concurred in this filing.

20 DATED:  October 16, 2009     s/ Shawn A. Williams

21         SHAWN A. WILLIAMS

22

23       *  *  *

24      **O R D E R**

25   The deadline for filing of lead plaintiff's amended complaint shall be extended for 10 days,

26 until November 2, 2009, while the remainder of the deadlines set forth in the Joint Stipulation and

27 Order to Continue Dates for Filing of Lead Plaintiff's Amended Complaint and Motion Hearing

28 dated October 9, 2009 shall remain unchanged.

1
    IT IS SO ORDERED.

2   DATED: _____          _____
                                           THE HONORABLE JAMES WARE
3                                          UNITED STATES DISTRICT JUDGE

4

5   S:\CasesSD\KLA-Tencor Derivative\MIS00062467.doc

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

    I hereby certify that on October 16, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 16, 2009.

                             s/ Shawn A. Williams
                             SHAWN A. WILLIAMS

                             COUGHLIN STOIA GELLER
                                 RUDMAN & ROBBINS LLP
                             100 Pine Street, 26th Floor
                             San Francisco, CA  94111
                             Telephone:  415/288-4545
                             415/288-4534 (fax)

                             E-mail:swilliams@csgrr.com

## Mailing Information for a Case 5:06-cv-03445-JW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher J. Banks**
  cbanks@morganlewis.com,cericson@morganlewis.com

- **Paul F. Bennett**
  pfb@gbcslaw.com,cgw@gbcslaw.com

- **Brad D. Brian**
  BrianBD@mto.com

- **Walter F. Brown**
  wbrown@orrick.com,awills@orrick.com

- **Michelle Park Chiu**
  mchiu@morganlewis.com,cholsome@morganlewis.com

- **Jeffrey Bruce Coopersmith**
  jeff.coopersmith@dlapiper.com

- **Megan Dixon**
  mdixon@hhlaw.com,mhoogland@hhlaw.com,mdewers@hhlaw.com,kwong@hhlaw.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Miles F. Ehrlich**
  miles@ramsey-ehrlich.com,ji-ea@ramsey-ehrlich.com,andrew@ramsey-ehrlich.com,milesmf@yahoo.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Jonathan B. Gaskin**
  jgaskin@orrick.com,mticzon@orrick.com

- **Thomas R. Green**
  thomas.green@usdoj.gov,daniel.charlier-smith@usdoj.gov

- **Emily Victoria Griffen**
  egriffen@shearman.com

- **Felicia Gross**
  felicia@ramsey-ehrlich.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Alice L. Jensen**
  ajensen@fenwick.com,cprocida@fenwick.com

- **Geoffrey M. Johnson**
  gjohnson@scott-scott.com,aslaughter@scott-scott.com

- **Steven Shea Kaufhold**
  skaufhold@akingump.com,westdocketing@akingump.com,smartinson@akingump.com

- **Thomas Samuel Kimbrell**
  thomas.kimbrell@hellerehrman.com,dcdocket@hellerehrman.com,reggie.payne@hellerehrman.com

- **Dean S. Kristy**
  dkristy@fenwick.com,kayoung@fenwick.com,cprocida@fenwick.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **James Raza Lawrence**
  Raza.Lawrence@mto.com,Sharon.Nial@mto.com

- **Joseph Daniel Lee**
  joseph.lee@mto.com

- **James Elliot Lyons**
  jlyons@skadden.com,David.Zygarewicz@skadden.com,wacampbe@skadden.com,michael.troost@skadden.com,btravag1@skadden.com

- **Liwen Arius Mah**
  lmah@fenwick.com,docketcalendarrequests@fenwick.com,rjones@fenwick.com,kragab@fenwick.com,jphan@fenwick.com

- **Ryan David Marsh**
  rdmarsh@hhlaw.com,dylewis@hhlaw.com,kwong@hhlaw.com

- **Craig David Martin**
  cmartin@mofo.com

- **Lanelle Kay Meidan**
  lanelle.meidan@skadden.com

- **Timothy Alan Miller**
  tmiller@skadden.com,michael.troostt@skadden.com,PLOCKWOO@skadden.com,elanders@skadden.com,wacampbe@skadden.com,RHORVATH@skadden.com,mb

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Lucas F. Olts**
  luke.olts@bullivant.com

- **Leigh Anne Parker**
  lparker@weisslurie.com

- **Warrington S. Parker , III**
  wparker@orrick.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,margaret.austin@dlapiper.com,stacy.murray@dlapiper.com

- **Ismail Jomo Ramsey**
  izzy@ramsey-ehrlich.com,ji-ea@ramsey-ehrlich.com,miles@ramsey-ehrlich.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **David R. Scott**
  drscott@scott-scott.com

- **Michael Todd Scott**
  tscott@orrick.com,elee@orrick.com

- **Michael J. Shepard**
  mjshepard@hhlaw.com,mdewers@hhlaw.com,kwong@hhlaw.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Benjamin Patrick Smith**
  bpsmith@morganlewis.com,ewoodward@morganlewis.com

- **Robert P. Varian**
  rvarian@orrick.com,bclarke@orrick.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

- **Shawn A. Williams**
  shawnw@csgrr.com,lolts@csgrr.com,jdecena@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com

- **Christopher Martin Wood**
  cwood@csgrr.com,aserros@csgrr.com,jdecena@csgrr.com,khuang@csgrr.com

- **Denise V. Zamore**
  dzamore@scott-scott.com,cmcgowan@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mark A. Belnick
Law Offices of Mark A. Belnick, LLC
120 West 45th Street
Suite 1700B
New York, NY 10036
```