1   COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2   SHAWN A. WILLIAMS (213113)
    CHRISTOPHER M. WOOD (254908)
3   100 Pine Street, Suite 2600
    San Francisco, CA  94111
4   Telephone:  415/288-4545
    415/288-4534 (fax)
5   swilliams@csgrr.com
    cwood@csgrr.com
6          – and –
    TRAVIS E. DOWNS III (148274)
7   BENNY C. GOODMAN III (211302)
    LUCAS F. OLTS (234843)
8   655 West Broadway, Suite 1900
    San Diego, CA  92101
9   Telephone:  619/231-1058
    619/231-7423 (fax)
10  travisd@csgrr.com
    bgoodman@csgrr.com
11  lolts@csgrr.com

12  Lead Counsel for Plaintiffs

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16  In re KLA-TENCOR CORP. SHAREHOLDER )   No. C-06-03445-JW
    DERIVATIVE LITIGATION                         )
17  _____ )   PLAINTIFF AND KLA-TENCOR CORP.'S
                                                         )   STATUS REPORT REGARDING
18  This Document Relates To:                   )   OCTOBER 14, 2009 MEDIATION AND
                                                         )   [PROPOSED] ORDER FURTHER
19       ALL ACTIONS.                              )   EXTENDING THE DATE FOR FILING AN
    _____ )   AMENDED COMPLAINT
20

21

22

23

24

25

26

27

28

1     Pursuant to the Court's October 9, 2009 Joint Stipulation and Order to Continue Dates for

2  Filing of Lead Plaintiff's Amended Complaint and Motion Hearing (the "Stipulated Order"),

3  Plaintiff and KLA-Tencor Corp. ("KLA") hereby submit this Status Report Regarding October 14,

4  2009 Mediation and [Proposed] Order Further Extending the Date for Filing an Amended

5  Complaint.

6     As discussed in the Stipulated Order, on October 14, 2009, plaintiff, nominal party KLA,

7  insurance carriers and certain of the individual defendants who have not reached an agreement in

8  principle to settle the claims alleged in the above-referenced case, participated in a 14-hour

9  mediation session with Hon. Layn Phillips (ret.) in New York.  The parties made significant progress

10  sufficient for Judge Phillips to issue a mediator's proposal for the resolution of the entire action on

11  October 16, 2009.  Judge Phillips set a date for responses to the mediator's proposal for October 27,

12  2009, and asked that the parties reserve all responses until that date.  October 27, 2009 is four days

13  after the date on which plaintiffs' amended complaint is currently due.

14     Therefore, in order to maintain the status quo while the parties consider Judge Phillips'

15  proposal, KLA and plaintiffs respectfully request that the Court issue an order extending the deadline

16  for filing of lead plaintiff's amended complaint for 10 days, until November 2, 2009, while

17  maintaining the remainder of the deadlines set forth in the Stipulated Order. We will provide the

18  Court with an update no later than October 30, 2009.

19  DATED:  October 16, 2009         COUGHLIN STOIA GELLER
                                         RUDMAN & ROBBINS LLP
20                                       SHAWN A. WILLIAMS
                                         CHRISTOPHER M. WOOD
21

22

                                            s/ Shawn A. Williams
23                                       SHAWN A. WILLIAMS

24                                       100 Pine Street, Suite 2600
                                         San Francisco, CA  94111
25                                       Telephone:  415/288-4545
                                         415/288-4534 (fax)
26

27

28

PLTF AND KLA-TENCOR'S STATUS REPORT RE 10/14/09 MEDIATION & PROPOSED ORDER
FURTHER EXTENDING DATE FOR FILING AN AMENDED COMPLAINT - C-06-03445-JW         - 1 -

1

2                                                    COUGHLIN STOIA GELLER
                                                       RUDMAN & ROBBINS LLP
3                                                    TRAVIS E. DOWNS III
                                                     BENNY C. GOODMAN III
4                                                    LUCAS F. OLTS
                                                     655 West Broadway, Suite 1900
5                                                    San Diego, CA  92101-3301
                                                     Telephone:  619/231-1058
6                                                    619/231-7423 (fax)

7                                                    Lead Counsel for Plaintiffs

8   DATED:  October 16, 2009                         MORGAN, LEWIS & BOCKIUS LLP
                                                     JOSEPH E. FLOREN
9                                                    JOHN H. HEMANN
                                                     THOMAS R. GREEN
10

11
                                                            s/ Joseph E. Floren
12                                                        JOSEPH E. FLOREN

13                                                   Spear Street Tower
                                                     One Market Plaza, 23rd Floor
14                                                   San Francisco, CA 94105
                                                     Telephone:  415/442-1000
15                                                   415/442-1001 (fax)

16                                                   Attorneys for KLA-Tencor Corp.

17

18       I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this
    Plaintiff and KLA-Tencor Corp.'s Status Report Regarding October 14, 2009 Mediation and
19  [Proposed] Order Further Extending the Date for Filing an Amended Complaint.  In compliance with
    General Order 45, X.B., I hereby attest that Joseph E. Floren has concurred in this filing.
20
    DATED:  October 16, 2009                                s/ Shawn A. Williams
21                                                       SHAWN A. WILLIAMS

22

23                                    *        *        *

                                         **O R D E R**
24
         IT IS SO ORDERED.
25

26
     Dated:  October 22, 2009            _____
27                                       JAMES WARE
                                         United States District Judge
28

PLTF AND KLA-TENCOR'S STATUS REPORT RE 10/14/09 MEDIATION & PROPOSED ORDER
FURTHER EXTENDING DATE FOR FILING AN AMENDED COMPLAINT - C-06-03445-JW        - 2 -