COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
CHRISTOPHER M. WOOD (254908)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
swilliams@csgrr.com
cwood@csgrr.com
       – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
LUCAS F. OLTS (234843)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
bgoodman@csgrr.com
lolts@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-TENCOR CORP. SHAREHOLDER DERIVATIVE LITIGATION | No. C-06-03445-JW |
| This Document Relates To: | PLAINTIFF AND KLA-TENCOR CORP.'S SECOND STATUS REPORT REGARDING SETTLEMENT AND [PROPOSED] ORDER FURTHER EXTENDING THE TIME FOR FILING AN AMENDED COMPLAINT |
| ALL ACTIONS. | |

Pursuant to the Court's October 22, 2009 stipulation and order extending the date for filing an amended complaint, plaintiff and KLA-Tencor Corp. ("KLA") hereby submit this Second Status Report Regarding Settlement and [Proposed] Order Further Extending the Time for Filing an Amended Complaint.

As previously reported, on October 14, 2009, plaintiff, nominal party KLA, insurance carriers and certain of the individual defendants who had not yet reached an agreement in principle to settle the claims alleged in the above-referenced case, participated in a 14-hour mediation session with Hon. Layn Phillips (ret.) in New York. On October 16, 2009, Judge Phillips issued a mediator's proposal setting a response date of October 27, 2009, and asked that the parties reserve all responses until that date.

While the October 16, 2009 mediator's proposal did not result in a global settlement agreement, the proposal served to substantially narrow the issues in dispute between the remaining parties. Judge Phillips is continuing to advance toward global resolution of the claims asserted in the action and has requested that the parties maintain the status quo because he has scheduled another mediation for November 19, 2009 to convene the relevant remaining parties who have not yet reached agreement in principle to settle the claims alleged.

Accordingly, KLA and plaintiff, after conferring with, and at the request of, Judge Phillips, respectfully request for an extension of the deadline for the filing of lead plaintiff's amended complaint to November 23, 2009. Judge Philips has indicated that he is available to discuss this matter further with the Court, should the Court so desire.

DATED:  October 30, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
CHRISTOPHER M. WOOD

/s/
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

|  |  |
|---|---|
|  | COUGHLIN STOIA GELLER <br>   RUDMAN & ROBBINS LLP <br> TRAVIS E. DOWNS III <br> BENNY C. GOODMAN III <br> LUCAS F. OLTS <br> 655 West Broadway, Suite 1900 <br> San Diego, CA  92101-3301 <br> Telephone:  619/231-1058 <br> 619/231-7423 (fax) <br><br> Lead Counsel for Plaintiffs |
| DATED:  October 30, 2009 | MORGAN, LEWIS & BOCKIUS LLP <br> JOSEPH E. FLOREN <br> JOHN H. HEMANN <br> THOMAS R. GREEN |
|  |                     /s/ <br> JOSEPH E. FLOREN <br><br> Spear Street Tower <br> One Market Plaza, 23rd Floor <br> San Francisco, CA 94105 <br> Telephone:  415/442-1000 <br> 415/442-1001 (fax) <br><br> Attorneys for KLA-Tencor Corp. |

    I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Plaintiff and KLA-Tencor Corp.'s Status Report Regarding Settlement and [Proposed] Order Further Extending the Time for Filing an Amended Complaint.  In compliance with General Order 45, X.B., I hereby attest that Joseph E. Floren has concurred in this filing.

DATED:  October 30, 2009                                           /s/ <br>                                                                      SHAWN A. WILLIAMS

*   *   *

**O R D E R**

    The deadline for filing of lead plaintiff's amended complaint shall be extended until November 23, 2009.

DATED:  November 3, 2009                                                                 <br>                                                                 THE HONORABLE JAMES WARE <br>                                                                 UNITED STATES DISTRICT JUDGE

S:\CasesSD\KLA-Tencor Derivative\MIS00062757.doc

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 30, 2009.

    s/ Shawn A. Williams
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@csgrr.com

**Mailing Information for a Case 5:06-cv-03445-JW**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher J. Banks**
  cbanks@morganlewis.com,cericson@morganlewis.com

- **Paul F. Bennett**
  pfb@gbcslaw.com,cgw@gbcslaw.com

- **Brad D. Brian**
  BrianBD@mto.com

- **Walter F. Brown**
  wbrown@orrick.com,awills@orrick.com

- **Michelle Park Chiu**
  mchiu@morganlewis.com,cholsome@morganlewis.com

- **Jeffrey Bruce Coopersmith**
  jeff.coopersmith@dlapiper.com

- **Megan Dixon**
  mdixon@hhlaw.com,mhoogland@hhlaw.com,mdewers@hhlaw.com,kwong@hhlaw.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Miles F. Ehrlich**
  miles@ramsey-ehrlich.com,ji-ea@ramsey-ehrlich.com,andrew@ramsey-ehrlich.com,milesmf@yahoo.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Jonathan B. Gaskin**
  jgaskin@orrick.com,mticzon@orrick.com

- **Thomas R. Green**
  thomas.green@usdoj.gov,daniel.charlier-smith@usdoj.gov

- **Emily Victoria Griffen**
  egriffen@shearman.com

- **Felicia Gross**
  felicia@ramsey-ehrlich.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Alice L. Jensen**
  ajensen@fenwick.com,cprocida@fenwick.com

- **Geoffrey M. Johnson**
  gjohnson@scott-scott.com,aslaughter@scott-scott.com

- **Steven Shea Kaufhold**
  skaufhold@akingump.com,westdocketing@akingump.com,smartinson@akingump.com

- **Thomas Samuel Kimbrell**
  thomas.kimbrell@hellerehrman.com,dcdocket@hellerehrman.com,reggie.payne@hellerehrman.com

- **Dean S. Kristy**
  dkristy@fenwick.com,kayoung@fenwick.com,cprocida@fenwick.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **James Raza Lawrence**
  Raza.Lawrence@mto.com,Sharon.Nial@mto.com

- **Joseph Daniel Lee**
  joseph.lee@mto.com

- **James Elliot Lyons**
  jlyons@skadden.com,David.Zygarewicz@skadden.com,wacampbe@skadden.com,michael.troost@skadden.com,btravagl@skadden.com

- **Liwen Arius Mah**
  lmah@fenwick.com,docketcalendarrequests@fenwick.com,rjones@fenwick.com,kragab@fenwick.com,jphan@fenwick.com

- **Ryan David Marsh**
  rdmarsh@hhlaw.com,dylewis@hhlaw.com,kwong@hhlaw.com

- **Craig David Martin**
  cmartin@mofo.com

- **Lanelle Kay Meidan**
  lanelle.meidan@skadden.com

- **Timothy Alan Miller**
  tmiller@skadden.com,michael.troostt@skadden.com,PLOCKWOO@skadden.com,elanders@skadden.com,wacampbe@skadden.com,RHORVATH@skadden.com,mb

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Lucas F. Olts**
  luke.olts@bullivant.com

- **Leigh Anne Parker**
  lparker@weisslurie.com

- **Warrington S. Parker , III**
  wparker@orrick.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,margaret.austin@dlapiper.com,stacy.murray@dlapiper.com

- **Ismail Jomo Ramsey**
  izzy@ramsey-ehrlich.com,ji-ea@ramsey-ehrlich.com,miles@ramsey-ehrlich.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **David R. Scott**
  drscott@scott-scott.com

- **Michael Todd Scott**
  tscott@orrick.com,elee@orrick.com

- **Michael J. Shepard**
  mjshepard@hhlaw.com,mdewers@hhlaw.com,kwong@hhlaw.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Benjamin Patrick Smith**
  bpsmith@morganlewis.com,ewoodward@morganlewis.com

- **Robert P. Varian**
  rvarian@orrick.com,bclarke@orrick.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

- **Shawn A. Williams**
  shawnw@csgrr.com,jdecena@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,lolts@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com

- **Christopher Martin Wood**
  cwood@csgrr.com,aserros@csgrr.com,jdecena@csgrr.com,khuang@csgrr.com

- **Denise V. Zamore**
  dzamore@scott-scott.com,cmcgowan@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mark A. Belnick
Law Offices of Mark A. Belnick, LLC
120 West 45th Street
Suite 1700B
New York, NY 10036
```