| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 2 | SHAWN A. WILLIAMS (213113)<br>CHRISTOPHER M. WOOD (254908) |
| 3 | 100 Pine Street, Suite 2600<br>San Francisco, CA  94111 |
| 4 | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 5 | swilliams@csgrr.com<br>cwood@csgrr.com |
| 6 |         – and –<br>TRAVIS E. DOWNS III (148274) |
| 7 | BENNY C. GOODMAN III (211302)<br>LUCAS F. OLTS (234843) |
| 8 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 9 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 10 | travisd@csgrr.com<br>bgoodman@csgrr.com |
| 11 | lolts@csgrr.com |
| 12 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-TENCOR CORP. SHAREHOLDER DERIVATIVE LITIGATION | ) No. C-06-03445-JW<br>)<br>) PLAINTIFF AND KLA-TENCOR CORP.'S<br>) THIRD STATUS REPORT REGARDING |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) SETTLEMENT AND [PROPOSED] ORDER<br>) FURTHER EXTENDING THE DATE FOR<br>) FILING AN AMENDED COMPLAINT<br>) |

1  Pursuant to the Court's November 2, 2009 Stipulation and Order Extending the Date for Filing an Amended Complaint (the "Stipulated Order"), Lead Plaintiff and Nominal Defendant KLA-Tencor Corporation ("KLA") hereby submit this Third Status Report Regarding Settlement and [Proposed] Order Further Extending the Date for Filing an Amended Complaint.

As previously reported, Lead Plaintiff, KLA, insurance carriers and certain of the individual defendants participated in a 14-hour mediation session with Hon. Layn Phillips (ret.) in New York. on October 16, 2009, leading to an initial mediator's recommendation and requested acceptance date of October 27, 2009.  Although Judge Phillips' initially proposed resolution was not agreed to by all parties, it served to substantially narrow the issues in dispute between the remaining parties.

Since then, the parties have engaged in further discussions and additional agreements in principle have been reached with respect to certain aspects of a potential settlement of this action. Judge Phillips conducted further mediation sessions with certain of the parties and principals on November 19, 2009, and based on discussions during and after those mediation sessions made a further proposal that the parties are hopeful may provide a framework for resolution of the remaining issues, and the parties anticipate that further progress will be made through continued discussions. Judge Phillips has requested that the parties continue to maintain the status quo and that the parties continue their discussions in a further concerted effort to reach agreement.

Accordingly, KLA-Tencor and Lead Plaintiff, after conferring with, and at the request of, Judge Phillips, respectfully request an extension of the deadline for the filing of lead plaintiff's amended complaint to December 8, 2009.  Judge Philips has indicated that he is available to discuss this matter further with the Court, should the Court so desire.

DATED:  November 20, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
CHRISTOPHER M. WOOD

/s/
SHAWN A. WILLIAMS
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

|  |  |
|---|---|
|  | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III<br>LUCAS F. OLTS<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101-3301<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br><br>Lead Counsel for Plaintiffs |
| DATED:  November 20, 2009 | MORGAN, LEWIS & BOCKIUS LLP<br>JOSEPH E. FLOREN<br>JOHN H. HEMANN<br><br>            /s/          <br>JOSEPH E. FLOREN<br><br>Spear Street Tower<br>One Market Plaza, 23rd Floor<br>San Francisco, CA 94105<br>Telephone:  415/442-1000<br>415/442-1001 (fax)<br><br>Attorneys for KLA-Tencor Corp. |

   I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this Plaintiff and KLA-Tencor Corp.'s Status Report Regarding Settlement and [Proposed] Order Further Extending the Date for Filing an Amended Complaint.  In compliance with General Order 45, X.B., I hereby attest that Shawn Williams has concurred in this filing.

DATED:  November 20, 2009            /s/ Joseph E. Floren          
                                     JOSEPH E. FLOREN

\*   \*   \*

**O R D E R**

   The deadline for filing of lead plaintiff's amended complaint shall be extended until December 8, 2009.

DATED:  November 23, 2009      *[signature: James Ware]*
                               THE HONORABLE JAMES WARE
                               UNITED STATES DISTRICT JUDGE