*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-TENCOR CORP. SHAREHOLDER DERIVATIVE LITIGATION ) ) ) ) | No. C-06-03445-JW  PLAINTIFF AND KLA-TENCOR CORP.'S FOURTH STATUS REPORT REGARDING SETTLEMENT AND [PROPOSED] ORDER FURTHER EXTENDING THE DATE FOR FILING AN AMENDED COMPLAINT |
| This Document Relates To:  ALL ACTIONS. ) ) ) ) | |

1  Pursuant to the Court's November 23, 2009 Stipulation and Order Extending the Date for
2  Filing an Amended Complaint (the "Stipulated Order"), Lead Plaintiff and Nominal Defendant
3  KLA-Tencor Corporation ("KLA") hereby submit this Fourth Status Report Regarding Settlement
4  and [Proposed] Order Further Extending the Date for Filing an Amended Complaint.

5  As previously reported, on October 16, 2009, Lead Plaintiff, KLA, insurance carriers and
6  certain of the individual defendants participated in a 14-hour mediation session with Hon. Layn
7  Phillips (ret.) in New York, which led to an initial mediator's recommendation and requested
8  acceptance date of October 27, 2009. Although Judge Phillips' initially proposed resolution was not
9  agreed to by all parties, it served to substantially narrow the issues in dispute between the remaining
10 parties.

11 Since then, the parties have engaged in further discussions and additional agreements in
12 principle have been reached with respect to certain aspects of a potential settlement of this action.
13 Judge Phillips conducted further mediation sessions with certain of the parties and principals on
14 November 19, 2009. Through that session and continued discussion since then certain of the parties
15 have reached additional agreements in principle. Lead Plaintiff and KLA-Tencor have exchanged
16 and are discussing proposed documentation that would, if accepted by all parties and approved by
17 the Court, accomplish the settlement of claims as to most of the defendants, and discussions are
18 continuing as to whether the remaining claims can be settled. Judge Phillips has requested that the
19 parties continue to maintain the status quo and that the parties continue their discussions in a further
20 concerted effort to reach agreement.

21 Accordingly, KLA-Tencor and Lead Plaintiff respectfully request an extension of the
22 deadline for the filing of lead plaintiff's amended complaint to December 22, 2009 and additionally
23 request that the status conference currently scheduled for December 14, 2009 be held on
24 December 21, 2009, and that a further status report be submitted to the Court on January 4, 2010.
25 Judge Philips has indicated that he is available to discuss this matter further with the Court, should
26 the Court so desire.
27 ///
28 ///

PLTF AND KLA-TENCOR CORP.'S 4TH STATUS RPT RE SETTLEMENT & [PROPOSED] ORDER FURTHER
EXTENDING THE DATE FOR FILING AN AMENDED COMPLAINT - **C-06-03445-JW**
DB2/21462879.1

- 1 -

| | | |
|---|---|---|
| 1 | DATED: December 8, 2009 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 2 | | SHAWN A. WILLIAMS<br>CHRISTOPHER M. WOOD |
| 3 | | |
| 4 | | |
| 5 | | /s/<br>SHAWN A. WILLIAMS |
| 6 | | 100 Pine Street, Suite 2600<br>San Francisco, CA  94111 |
| 7 | | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 8 | | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 9 | | TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III |
| 10 | | LUCAS F. OLTS<br>655 West Broadway, Suite 1900 |
| 11 | | San Diego, CA  92101-3301<br>Telephone:  619/231-1058 |
| 12 | | 619/231-7423 (fax) |
| 13 | | Lead Counsel for Plaintiffs |
| 14 | | |
| 15 | DATED: December 8, 2009 | MORGAN, LEWIS & BOCKIUS LLP<br>JOSEPH E. FLOREN |
| 16 | | JOHN H. HEMANN |
| 17 | | |
| 18 | | /s/<br>JOSEPH E. FLOREN |
| 19 | | Spear Street Tower |
| 20 | | One Market Plaza, 23rd Floor<br>San Francisco, CA 94105 |
| 21 | | Telephone:  415/442-1000<br>415/442-1001 (fax) |
| 22 | | Attorneys for KLA-Tencor Corp. |

    I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this Plaintiff and KLA-Tencor Corp.'s Status Report Regarding Settlement and [Proposed] Order Further Extending the Date for Filing an Amended Complaint.  In compliance with General Order 45, X.B., I hereby attest that Shawn Williams has concurred in this filing.

| | | |
|---|---|---|
| 26 | DATED: December 8, 2009 | /s/ Joseph E. Floren<br>JOSEPH E. FLOREN |

PLTF AND KLA-TENCOR CORP.'S 4TH STATUS RPT RE SETTLEMENT & [PROPOSED] ORDER FURTHER EXTENDING THE DATE FOR FILING AN AMENDED COMPLAINT - **C-06-03445-JW**    - 2 -

DB2/21462879.1

\* \* \*

**ORDER**

The deadline for filing of Lead Plaintiff's amended complaint shall be extended until December 22, 2009.

In light of the parties' settlement efforts, the Court continues the December 21, 2009 Status Conference to **January 25, 2010 at 10 a.m.** On or before **January 15, 2010**, the parties shall file a Joint Status Statement. The Statement shall update the Court on the parties' settlement efforts. If no settlement is achieved by **January 15, 2010**, in their Joint Statement, the parties shall provide proposed schedules to advance this 2006 case.

Dated: December 9, 2009

_____
JAMES WARE
United States District Judge

PLTF AND KLA-TENCOR CORP.'S 4TH STATUS RPT RE SETTLEMENT & [PROPOSED] ORDER FURTHER EXTENDING THE DATE FOR FILING AN AMENDED COMPLAINT - **C-06-03445-JW**
DB2/21462879.1

- 3 -