COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
CHRISTOPHER M. WOOD (254908)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
swilliams@csgrr.com
cwood@csgrr.com
        – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
LUCAS F. OLTS (234843)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
bgoodman@csgrr.com
lolts@csgrr.com

Lead Counsel for Plaintiffs

IT IS SO ORDERED AS MODIFIED
Judge James Ware
1/12/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-TENCOR CORP. SHAREHOLDER DERIVATIVE LITIGATION | No. C-06-03445-JW |
| This Document Relates To:<br><br>ALL ACTIONS. | PLAINTIFF AND KLA-TENCOR CORP.'S FIFTH STATUS REPORT REGARDING SETTLEMENT, REQUEST FOR PRELIMINARY APPROVAL HEARING DATE AND [PROPOSED] ORDER |

1  Pursuant to the Court's December 9, 2009 stipulation and order extending the date for filing
2  an amended complaint, lead plaintiff and nominal defendant KLA-Tencor Corporation ("KLA")
3  hereby submit this Fifth Status Report Regarding Settlement, Request for Preliminary Approval
4  Hearing Date and [Proposed] Order.

5  As previously reported, on October 16, 2009, lead plaintiff, KLA, insurance carriers and
6  certain of the individual defendants participated in a 14-hour mediation session with Hon. Layn
7  Phillips (ret.) in New York, which led to an initial mediator's recommendation and requested
8  acceptance date of October 27, 2009.  Although Judge Phillips' initial proposed resolution was not
9  agreed to by all parties, it served to substantially narrow the issues in dispute between the remaining
10 parties.

11 Since then, Judge Phillips and the parties have conducted further settlement negotiations,
12 including a formal mediation session with certain parties and principals on November 19, 2009, and
13 several telephonic settlement conferences and discussions.  As a result of these active and extensive
14 settlement efforts, additional agreements in principle have been reached with respect to certain
15 aspects of a potential settlement of this action between lead plaintiff, KLA and certain other parties.
16 Discussions are continuing as to whether the remaining claims can be settled.

17 Lead plaintiff and KLA have exchanged and are discussing proposed documentation that
18 would, if accepted by all parties and approved by the Court, accomplish the settlement of claims as
19 to most of the defendants.  As such, lead plaintiff and KLA currently anticipate being in a position to
20 seek preliminary approval of the proposed settlement of the claims as to most of the defendants in
21 January 2010.  To facilitate these efforts, Judge Phillips has requested that the parties continue to
22 maintain the status quo and that the parties continue their discussions in an effort to reach a complete
23 resolution of the action.

24 Accordingly, KLA and lead plaintiff respectfully request:  (i) an extension of the deadline for
25 the filing of lead plaintiff's amended complaint to January 29, 2010; and (ii) that a portion of the
26 Case Management Conference currently scheduled on January 25, 2010, be set aside for
27 consideration of whether preliminary approval of the proposed settlement should be granted.  Judge
28 Philips has indicated that he is available to discuss this matter further with the Court, should the

1 | Court so desire.

2 | DATED: December 21, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
CHRISTOPHER M. WOOD

                    /s/
            SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
LUCAS F. OLTS
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

DATED: December 21, 2009

MORGAN, LEWIS & BOCKIUS LLP
JOSEPH E. FLOREN
JOHN H. HEMANN

                    /s/
            JOSEPH E. FLOREN

Spear Street Tower
One Market Plaza, 23rd Floor
San Francisco, CA 94105
Telephone:  415/442-1000
415/442-1001 (fax)

Attorneys for KLA-Tencor Corp.

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Plaintiff and KLA-Tencor Corp.'s Fifth Status Report Regarding Settlement Request for Preliminary Approval Hearing Date and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest that Joseph E. Floren has concurred in this filing.

DATED: December 21, 2009

            /s/ Shawn A. Williams
            SHAWN A. WILLIAMS

\* \* \*

O R D E R

The deadline for filing of lead plaintiff's amended complaint shall be extended until January 29, 2010. At the Case Management Conference currently scheduled on January 25, 2010, the Court will also take up consideration of whether preliminary approval of the proposed settlement should be granted. The parties shall file a joint statement on or before **January 15, 2010.**

DATED: January 12, 2010

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

S:\CasesSD\KLA-Tencor Derivative\secy\STIP00063691-5th.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 21, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 21, 2009.

                                                  /s/ Shawn A. Williams
                                                 SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: swilliams@csgrr.com

# Mailing Information for a Case 1:09-ml-06000-SEB-DML

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sayad Ashar Ahmed**
  COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
  aahmed@csgrr.com,JDecena@csgrr.com

- **Matthew Thomas Albaugh**
  BAKER & DANIELS - Indianapolis
  matthew.albaugh@bakerd.com,cheryl.lewallen@bakerd.com

- **Jill M. Baisinger**
  MORGAN LEWIS & BOCKIUS LLP
  jbaisinger@morganlewis.com

- **Luke Brooks**
  COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
  LukeB@csgrr.com,JDecena@csgrr.com

- **Troy S. Brown**
  MORGAN LEWIS & BOCKIUS LLP
  tsbrown@morganlewis.com

- **Jeffrey Ciarlanto**
  THE WEISER LAW FIRM, PC
  jjc@Weiserlawfirm.com

- **Scott D. Gilchrist**
  COHEN & MALAD LLP
  sgilchrist@cohenandmalad.com,jsmock@cohenandmalad.com

- **James H. Ham , III**
  BAKER & DANIELS - Indianapolis
  jhham@bakerd.com,brsmith@bakerd.com

- **Irwin B. Levin**
  COHEN & MALAD LLP
  ilevin@cohenandmalad.com,jsmock@cohenandmalad.com

- **Thomas James McKenna**
  GAINEY & MCKENNA
  tjmckenna@gaineyandmckenna.com,tjmlaw2001@yahoo.com

- **Brian T. Ortelere**
  MORGAN LEWIS & BOCKIUS LLP
  bortelere@morganlewis.com

- **Karen Pieslak Pohlmann**
  MORGAN LEWIS & BOCKIUS LLP
  kpohlmann@morganlewis.com

- **Willow E. Radcliffe**
  COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
  wradcliffe@csgrr.com,jdecena@csgrr.com

- **Richard E. Shevitz**
  COHEN & MALAD LLP
  rshevitz@cohenandmalad.com,cmeadows@cohenandmalad.com

- **Marc J. Sonnenfeld**
  MORGAN LEWIS & BOCKIUS LLP
  msonnenfeld@morganlewis.com

- **Brett D. Stecker**
  THE WEISER LAW FIRM, PC
  BDS@Weiserlawfirm.com

- **Simon J. Torres**
  MORGAN, LEWIS & BOCKIUS LLP
  storres@morganlewis.com,sjtorres@gmail.com

- **Christopher Aa Weals**
  MORGAN LEWIS & BOCKIUS, LLP - Was/DC
  cweals@morganlewis.com,tives@morganlewis.com,cpenaloza@morganlewis.com

- **Robert B. Weiser**
  THE WEISER LAW FIRM, PC
  RW@Weiserlawfirm.com

- **Paul A. Wolfla**
  BAKER & DANIELS - Indianapolis
  paul.wolfla@bakerd.com,betsy.smith@bakerd.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)