JOSEPH E. FLOREN (SBN 168292)
JOHN H. HEMANN (SBN 165823)
MATTHEW S. WEILER (SBN 236052)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:       jfloren@morganlewis.com
              jhemann@morganlewis.com
              mweiler@morganlewis.com

Attorneys for Nominal Defendant KLA-Tencor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-TENCOR CORP. SHAREHOLDER DERIVATIVE LITIGATION | ) No. C-06-03445-JW ) ) PLAINTIFF AND KLA-TENCOR CORP.'S ) SIXTH STATUS REPORT REGARDING ) SETTLEMENT |
| This Document Relates To: <br><br>      ALL ACTIONS. | ) ) ) ) |

PLTF AND KLA-TENCOR CORP.'S 6TH STATUS RPT RE SETTLEMENT  -  **C-06-03445-JW**
DB2/21514198.2

1   Pursuant to the Court's November 23, 2009 Stipulation and Order Extending the Date for
2   Filing an Amended Complaint (the "Stipulated Order"), Lead Plaintiff and Nominal Defendant
3   KLA-Tencor Corporation ("KLA") hereby submit this Sixth Status Report Regarding Settlement and
4   [Proposed] Order Further Extending the Date for Filing an Amended Complaint.

5   As previously reported, on October 16, 2009, Lead Plaintiff, KLA, insurance carriers and
6   certain of the individual defendants participated in a 14-hour mediation session with Hon. Layn
7   Phillips (ret.) in New York, which led to an initial mediator's recommendation and requested
8   acceptance date of October 27, 2009. Although Judge Phillips' initially proposed resolution was not
9   agreed to by all parties, it served to substantially narrow the issues in dispute between the remaining
10  parties.

11  Since then, Judge Phillips and the parties have conducted further settlement negotiations,
12  including a formal mediation session with certain parties and principals on November 19, 2009, and
13  several telephonic settlement conferences and discussions. As a result of these active and extensive
14  settlement efforts, agreements in principle have been reached with all individual defendants but one.
15  Settlement discussions continue with this individual, and may or may not result in an agreement with
16  this defendant by the date of the January 25, 2010 settlement conference.

17  KLA and Lead Plaintiff respectfully request that the Case Management Conference currently
18  scheduled on January 25, 2010 consider how to proceed with case management in light of the likely
19  settlement with all but one defendant. Specifically, KLA and Lead Plaintiff Request that deadlines
20  be set by the Court for filing a proposed settlement agreement, and appropriate motion to approve
21  the same.

22  KLA and Lead Plaintiff will ask this Court to continue the deadline for Lead Plaintiff to file
23  an amended complaint until after the Court rules on the contemplated motions.

24  ///
25  ///
26  ///
27  ///
28  ///

| | | |
|---|---|---|
| DATED: January 15, 2010 | | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>SHAWN A. WILLIAMS<br>CHRISTOPHER M. WOOD |

/s/<br>
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
LUCAS F. OLTS
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

DATED: January 15, 2010                    MORGAN, LEWIS & BOCKIUS LLP
                                           JOSEPH E. FLOREN
                                           JOHN H. HEMANN

/s/<br>
JOSEPH E. FLOREN

Spear Street Tower
One Market Plaza, 23rd Floor
San Francisco, CA 94105
Telephone:  415/442-1000
415/442-1001 (fax)

Attorneys for Nominal Defendant KLA-Tencor Corp.

   I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this Plaintiff and KLA-Tencor Corp.'s Status Report Regarding Settlement and [Proposed] Order Further Extending the Date for Filing an Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that Shawn Williams has concurred in this filing.

DATED: January 15, 2010                    /s/ Joseph E. Floren
                                           JOSEPH E. FLOREN