1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-TENCOR CORP. SHAREHOLDER DERIVATIVE LITIGATION<br><br>———————————————<br><br>This Document Relates To:<br><br>ALL ACTIONS | No. C 06-3445-JW<br><br>**AMENDED [PROPOSED] ORDER GRANTING DEFENDANT KENNETH L. SCHROEDER'S ADMINISTRATIVE MOTION TO REMOVE FROM THE DOCKET AND REPLACE WITH REDACTED VERSIONS THE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR CONTINUANCE OF MARCH 22, 2010 DATE SET FOR PRELIMINARY APPROVAL HEARING AND EXHIBIT A THERETO [DOCKET NO. 588]**<br><br>Judge: The Honorable James Ware<br>Courtroom: 8 |

Defendant Kenneth L. Schroeder has moved this Court for an order removing from the docket and replacing with redacted versions his Motion for Order Shortening Time For Hearing on Motion for Continuance of March 22, 2010 Date Set for Preliminary Approval Hearing and Exhibit A thereto ("Motion for Order Shortening Time").

/////

DLA PIPER US LLP

[PROPOSED] ORDER GRANTING SCHROEDER'S ADMIN MOTION
Case No. C 06-3445-JW

1  The Court, having considered Schroeder's motion and documents in support, as well as any opposition to the motion,

2  HEREBY FINDS AND ORDERS THAT:

3  1. The Motion for Order Shortening Time and Exhibit A thereto, Docket No. 588, shall be removed from the Court's docket and Docket No. 588 shall be replaced with the Notice of Manual Filing Regarding: Kenneth L. Schroeder's Motion for Order Shortening Time for Hearing on Motion for Continuance of March 22, 2010 Date Set for Preliminary Hearing, and the requesting party shall e-file the redacted versions of such documents to the docket.

IT IS SO ORDERED.
Further, the Court has issued its Order Denying the Motion to Shorten Time (Docket Item No. 596).

Dated: March 1, 2010

*/s/ James Ware*
James Ware
United States District Judge

WEST\21886399.1