SHIRLI FABBRI WEISS (Bar No. 079225)
DAVID A. PRIEBE (Bar No. 148679)
JEFFREY B. COOPERSMITH (Bar No. 252819
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2000
Fax: 650.833.2001
Email: *shirli.weiss@dlapiper.com*
       *david.priebe@dlapiper.com*
       *jeff.coopersmith@dlapiper.com*

Attorneys for Defendant
KENNETH L. SCHROEDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re KLA-TENCOR CORP. SHAREHOLDER DERIVATIVE LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C-06-03445-JW (HRL)<br><br>**NOTICE OF TAKING DISCOVERY MOTION AND MOTION TO MODIFY SEC PROTECTIVE ORDER OFF CALENDAR AND INTENT TO RENOTICE MOTIONS PENDING FILING OF MOTION TO APPROVE SETTLEMENT**<br><br>Date: March 16, 2010<br>Time: 10:00 a.m.<br>Judge: The Hon. Howard Lloyd<br>Courtroom: 2 |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE THAT Defendant Kenneth L. Schroeder ("Schroeder") hereby gives notice that he withdraws and takes off calendar his Motion for: (1) Leave to Take Discovery Relating to Partial Settlement Agreement; and (2) Modification of Protective Order Entered in *SEC v. Schroeder* to Allow Use of Discovery Obtained in That Action to Oppose Motion for Partial Settlement ("Motion for Discovery"), set for hearing on March 16, 2010.  (Docket No. 586.)  Schroeder intends to renotice an amended motion for discovery relating to the proposed partial settlement ("Proposed Partial Settlement") between the putative settling parties—i.e., all parties to this case except Schroeder—("Putative Settling Parties") following the Putative Settling Parties' filing of the proposed partial settlement agreement and related agreements.

After filing the Motion for Discovery, on February 11, 2010, Schroeder filed his Motion for Order Shortening Time for Hearing on Motion for Continuance of March 22, 2010 Date Set for Preliminary Approval of Partial Settlement ("Motion for Order Shortening Time").  (Docket No. 588.)  Schroeder's Motion for Order Shortening Time requested that the Court hear on an expedited schedule his Motion for Continuance of March 22, 2010 Date Set for Preliminary Approval of Partial Settlement ("Motion for Continuance").  The Motion for Continuance sought a continuance of the Preliminary Approval Hearing so as to afford Schroeder the opportunity to take discovery at issue in the Discovery Motion necessary for Schroeder to oppose the Proposed Partial Settlement.

On February 19, 2010, the Court denied Schroeder's Motion for Order Shortening Time ("Order"), stating that it was not necessary for Schroeder to conduct discovery prior to the Preliminary Approval Hearing and that Schroeder would have an opportunity to file objections to the proposed partial settlement.  (Docket No. 596.)

/////
/////
/////
/////
/////

The Order stated that,

> [U]pon receiving notice of the terms of the Settlement Agreement . . . [Schroeder] may bring his concerns before the Court at that time. (*Id.* at 1:26-2:1.)
>
> . . . Schroeder will have ample time to conduct discovery prior to the final fairness hearing and to raise further objections to the Settlement Agreement at that time. (*Id.* at 2:4-6)

The Court ordered that the Putative Settling Parties serve Schroeder with the Proposed Settlement Agreement on February 22, 2010, with the executed Settlement Agreement on March 8, 2010 and that Schroeder's objections to the Proposed Settlement Agreement be filed on March 8, 2010. On February 22, 2010, the Putative Settling Parties served Schroeder with a "draft" proposed Stipulation of Settlement ("Stipulation for Settlement"). An agreement relating to the Stipulation for Settlement that was referenced therein as well as any related agreement with Schroeder's insurance carriers to fund the settlement were not served. Schroeder does not believe the "draft" proposed Stipulation of Settlement is in compliance with the Court's order but, while reserving his rights, will file preliminary objections to the "draft" on March 8, 2010. Schroeder will re-consider the nature and extent of discovery he will request in light of the filing and service of the actual Proposed Settlement Agreement and accompanying agreements and re-notice his discovery motions.

As the Putative Settling Parties have opposed Schroeder's Motion for Discovery on, among others, the grounds that Schroeder's request for discovery should be made to Judge James Ware, Schroeder will meet and confer with the Putative Settling Parties and also seek guidance

/////
/////
/////
/////
/////
/////
/////

1  from Judge Ware as to whether the discovery sought by Schroeder is more appropriately a matter
2  for Judge Ware's consideration.

3
4  Dated: March 2, 2010                    Respectfully Submitted
                                            DLA PIPER LLP (US)
5
6                                           By /s/ *Shirli Fabbri Weiss*
7                                              Attorneys for Defendant
8                                              KENNETH L. SCHROEDER

   WEST\21888988.1
9

DLA PIPER LLP (US)
SAN DIEGO

-3-
NOTICE OF WITHDRAWAL OF MOTION AND INTENT TO RENOTICE
CASE NO. C 06-3445 JW (HRL)