JOHN H. HEMANN (SBN 165823)
JOSEPH E. FLOREN (SBN 168292)
REBECCA A. FALK (SBN 226798)
MATTHEW S. WEILER (SBN 236052)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:   415.442.1000
Fax:  415.442.1001
Email: jhemann@morganlewis.com
           jfloren@morganlewis.com
           rfalk@morganlewis.com
           mweiler@morganlewis.com

Attorneys for Nominal Defendant
KLA-Tencor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-TENCOR CORP. SHAREHOLDER DERIVATIVE LITIGATION | Case No. C06-3445-JW |
| This Document Relates To:<br><br>ALL ACTIONS | **JOINT STIPULATION OF ALL PARTIES AND [PROPOSED] ORDER REGARDING PROPOSED SETTLEMENT SCHEDULE** |

DB2/21585454.1

C06-3445-JW

JOINT STIPULATION AND [PROPOSED] ORDER

1       WHEREAS, on January 15, 2010, Lead Plaintiff and Nominal Defendant KLA-Tencor

2  Corporation ("KLA") filed a Status Report (Docket No. 584) advising the Court that agreements

3  in principle had been reached to settle this action as to all but one of the Defendants;

4       WHEREAS, on January 20, 2010, the Court entered an Order (Docket No. 585), directing

5  the parties to exchange their proposed Settlement Agreement on or before February 22, 2010; to

6  file their Joint Motion for Preliminary Approval along with a fully executed Settlement

7  Agreement on or before March 8, 2010; and to appear before the Court for a hearing on the Joint

8  Motion for Preliminary Approval of Settlement on March 22, 2010 at 9:00 a.m.;

9       WHEREAS, on February 19, 2010, the Court entered an Order (Docket No. 596)

10  reaffirming the foregoing schedule; directing the settling parties to provide their proposed

11  Settlement Agreement to Defendant Kenneth Schroeder on February 22, 2010; and directing

12  Defendant Kenneth Schroeder to file any objections to the proposed Settlement Agreement on or

13  before March 8, 2010;

14      WHEREAS, the settling parties exchanged their proposed Settlement Agreement and

15  KLA provided a copy thereof to Defendant Kenneth Schroeder on February 22, 2010;

16      WHEREAS, through continuing settlement discussions, an agreement in principle was

17  reached to settle this action in its entirety as to all parties, including Defendant Kenneth

18  Schroeder, on March 5, 2010;

19      WHEREAS, in light of the newly proposed settlement of the entire action, no party

20  intends to file objections to the settlement, and instead all parties will sign a proposed Settlement

21  Agreement and will join in a motion for preliminary approval of the proposed settlement;

22      WHEREAS, the parties are working on a new proposed global Settlement Agreement and

23  preliminary approval papers that will now resolve the action as to all parties, and expect to

24  complete this by March 12, 2010; and

25      WHEREAS, all parties now propose to file a Joint Motion for Preliminary Approval of the

26  settlement of this action on March 15, 2010, and request that the Court maintain the March 22,

27  2010 hearing date for preliminary approval of the proposed settlement,

28

WHEREFORE, subject to the Court's approval, IT IS HEREBY STIPULATED AND AGREED BY ALL PARTIES TO THIS ACTION AS FOLLOWS:

1. The parties shall file a signed Stipulation of Settlement and Joint Motion for Preliminary Approval of the settlement of this action, which shall be joined by all parties, on or before March 15, 2010.

2. The Court will conduct a hearing on the Joint Motion for Preliminary Approval of Settlement, as previously scheduled, on March 22, 2010 at 9:00 a.m.

**SO STIPULATED.**

DATED: March 8, 2010

RESPECTFULLY SUBMITTED,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/
Joseph E. Floren
**Attorneys for Nominal Defendant KLA-Tencor Corporation**

I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that each of the signatories identified below has concurred in this filing.

DATED: March 8, 2010

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
DARREN J. ROBBINS
TRAVIS E. DOWNS III
SHAWN A. WILLIAMS
CHRISTOPHER WOOD

By: /s/
Shawn A. Williams
**Lead Counsel for Plaintiffs**

DATED: March 8, 2010

**DLA PIPER US LLP**
SHIRLI FABBRI WEISS
DAVID A. PRIEBE

By: /s/
Shirli Fabbri Weiss
**Attorneys for Defendant Kenneth L. Schroeder**

| | | |
|---|---|---|
| 1 | DATED: March 8, 2010 | **FENWICK & WEST LLP**<br>KEVIN P. MUCK<br>DEAN S. KRISTY |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/_____<br>　　　　　Kevin P. Muck |
| 5 | | **Attorneys for Defendants Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Leo Chamberlain, Richard J. Elkus, Jr., Jeffrey Hall, Lida Urbanek, and Richard Wallace** |
| 6 | | |
| 7 | | |
| 8 | DATED: March 8, 2010 | **MORRISON & FOERSTER LLP**<br>CRAIG D. MARTIN<br>DOROTHY L. FERNANDEZ |
| 9 | | |
| 10 | | |
| 11 | | By: _____/s/_____<br>　　　　Dorothy L. Fernandez<br>**Attorneys for Defendant John H. Kispert** |
| 12 | | |
| 13 | DATED: March 8, 2010 | **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>WALTER F. BROWN, JR.<br>ROBERT P. VARIAN |
| 14 | | |
| 15 | | |
| 16 | | By: _____/s/_____<br>　　　　Robert P. Varian |
| 17 | | **Attorneys for Defendant Gary Dickerson** |
| 18 | | |
| 19 | DATED: March 8, 2010 | **SHEARMAN & STERLING LLP**<br>PATRICK D. ROBBINS<br>JEFFREY S. FACTER<br>EMILY GRIFFEN |
| 20 | | |
| 21 | | |
| 22 | | By: _____/s/_____<br>　　　　Patrick D. Robbins |
| 23 | | **Attorneys for Defendant Kenneth Levy** |
| 24 | DATED: March 8, 2010 | **HOGAN AND HARTSON LLP**<br>MICHAEL J. SHEPARD<br>MEGAN DIXON |
| 25 | | |
| 26 | | |
| 27 | | By: _____/s/_____<br>　　　　Megan Dixon |
| 28 | | **Attorneys for Defendant Jon D. Tompkins** |

| | | |
|---|---|---|
| 1 | DATED: March 8, 2010 | **MUNGER TOLLES & OLSON** |
| 2 | | BRAD D. BRIAN<br>JOSEPH D. LEE |
| 3 | | JAMES RAZA LAWRENCE |

By: _____/s/_____
     Joseph D. Lee
**Attorneys for Defendant Stephen P. Kaufman**

DATED: March 8, 2010          **LAW OFFICE OF MARK A. BELNICK, LLC**
                               MARK A. BELNICK (admitted *pro hac vice*)

                               **AKIN GUMP STRAUSS HAUER & FELD LLP**
                               CHRISTOPHER D. KERCHER (*pro hac vice*)
                               STEVEN S. KAUFHOLD

By: _____/s/_____
     Mark A. Belnick
**Attorneys for Defendant Stuart J. Nichols**

DATED: March 8, 2010          **RAMSEY & EHRLICH LLP**
                               ISMAIL RAMSEY
                               MILES F. EHRLICH

By: _____/s/_____
     Ismail Ramsey
**Attorneys for Defendant Arthur Schnitzer**

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

1. The parties shall file a signed Stipulation of Settlement and Joint Motion for Preliminary Approval of the settlement of this action, which shall be joined by all parties, on or before March 15, 2010.

2. The Court will conduct a hearing on the Joint Motion for Preliminary Approval of Settlement, as previously scheduled, on March 22, 2010 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: _____, 2010

_____
Hon. James Ware
United States District Judge