JOHN H. HEMANN (SBN 165823)
JOSEPH E. FLOREN (SBN 168292)
REBECCA A. FALK (SBN 226798)
MATTHEW S. WEILER (SBN 236052)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax: 415.442.1001
Email: jhemann@morganlewis.com
       jfloren@morganlewis.com
       rfalk@morganlewis.com
       mweiler@morganlewis.com

Attorneys for Nominal Defendant
KLA-Tencor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re KLA-TENCOR CORP. SHAREHOLDER DERIVATIVE LITIGATION | Case No. C06-3445-JW |
| This Document Relates To:<br>ALL ACTIONS | **JOINT STIPULATION OF ALL PARTIES AND [PROPOSED] ORDER REGARDING PROPOSED SETTLEMENT SCHEDULE** |

1  WHEREAS, on January 15, 2010, Lead Plaintiff and Nominal Defendant KLA-Tencor
2  Corporation ("KLA") filed a Status Report (Docket No. 584) advising the Court that agreements
3  in principle had been reached to settle this action as to all but one of the Defendants;

4  WHEREAS, on January 20, 2010, the Court entered an Order (Docket No. 585), directing
5  the parties to exchange their proposed Settlement Agreement on or before February 22, 2010; to
6  file their Joint Motion for Preliminary Approval along with a fully executed Settlement
7  Agreement on or before March 8, 2010; and to appear before the Court for a hearing on the Joint
8  Motion for Preliminary Approval of Settlement on March 22, 2010 at 9:00 a.m.;

9  WHEREAS, on February 19, 2010, the Court entered an Order (Docket No. 596)
10 reaffirming the foregoing schedule; directing the settling parties to provide their proposed
11 Settlement Agreement to Defendant Kenneth Schroeder on February 22, 2010; and directing
12 Defendant Kenneth Schroeder to file any objections to the proposed Settlement Agreement on or
13 before March 8, 2010;

14 WHEREAS, the settling parties exchanged their proposed Settlement Agreement and
15 KLA provided a copy thereof to Defendant Kenneth Schroeder on February 22, 2010;

16 WHEREAS, through continuing settlement discussions, an agreement in principle was
17 reached to settle this action in its entirety as to all parties, including Defendant Kenneth
18 Schroeder, on March 5, 2010;

19 WHEREAS, in light of the newly proposed settlement of the entire action, no party
20 intends to file objections to the settlement, and instead all parties will sign a proposed Settlement
21 Agreement and will join in a motion for preliminary approval of the proposed settlement;

22 WHEREAS, the parties are working on a new proposed global Settlement Agreement and
23 preliminary approval papers that will now resolve the action as to all parties, and expect to
24 complete this by March 12, 2010; and

25 WHEREAS, all parties now propose to file a Joint Motion for Preliminary Approval of the
26 settlement of this action on March 15, 2010, and request that the Court maintain the March 22,
27 2010 hearing date for preliminary approval of the proposed settlement,

28

WHEREFORE, subject to the Court's approval, IT IS HEREBY STIPULATED AND AGREED BY ALL PARTIES TO THIS ACTION AS FOLLOWS:

1. The parties shall file a signed Stipulation of Settlement and Joint Motion for Preliminary Approval of the settlement of this action, which shall be joined by all parties, on or before March 15, 2010.

2. The Court will conduct a hearing on the Joint Motion for Preliminary Approval of Settlement, as previously scheduled, on March 22, 2010 at 9:00 a.m.

**SO STIPULATED.**

DATED: March 8, 2010         RESPECTFULLY SUBMITTED,

                             MORGAN, LEWIS & BOCKIUS LLP


                             By:      /s/
                                  Joseph E. Floren
                             **Attorneys for Nominal Defendant
                             KLA-Tencor Corporation**

I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that each of the signatories identified below has concurred in this filing.

DATED: March 8, 2010         **COUGHLIN STOIA GELLER
                                RUDMAN & ROBBINS LLP**
                             DARREN J. ROBBINS
                             TRAVIS E. DOWNS III
                             SHAWN A. WILLIAMS
                             CHRISTOPHER WOOD


                             By:      /s/
                                  Shawn A. Williams
                             **Lead Counsel for Plaintiffs**


DATED: March 8, 2010         **DLA PIPER US LLP**
                             SHIRLI FABBRI WEISS
                             DAVID A. PRIEBE


                             By:      /s/
                                  Shirli Fabbri Weiss
                             **Attorneys for Defendant Kenneth L. Schroeder**

| | | |
|---|---|---|
| 1 | DATED: March 8, 2010 | **FENWICK & WEST LLP** |
| | | KEVIN P. MUCK |
| 2 | | DEAN S. KRISTY |
| 3 | | |
| 4 | | By: _____/s/_____ |
| | | Kevin P. Muck |
| 5 | | **Attorneys for Defendants Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Leo Chamberlain, Richard J. Elkus, Jr., Jeffrey Hall, Lida Urbanek, and Richard Wallace** |

DATED: March 8, 2010    **MORRISON & FOERSTER LLP**
CRAIG D. MARTIN
DOROTHY L. FERNANDEZ

By: _____/s/_____
Dorothy L. Fernandez
**Attorneys for Defendant John H. Kispert**

DATED: March 8, 2010    **ORRICK, HERRINGTON & SUTCLIFFE LLP**
WALTER F. BROWN, JR.
ROBERT P. VARIAN

By: _____/s/_____
Robert P. Varian
**Attorneys for Defendant Gary Dickerson**

DATED: March 8, 2010    **SHEARMAN & STERLING LLP**
PATRICK D. ROBBINS
JEFFREY S. FACTER
EMILY GRIFFEN

By: _____/s/_____
Patrick D. Robbins
**Attorneys for Defendant Kenneth Levy**

DATED: March 8, 2010    **HOGAN AND HARTSON LLP**
MICHAEL J. SHEPARD
MEGAN DIXON

By: _____/s/_____
Megan Dixon
**Attorneys for Defendant Jon D. Tompkins**

| | | |
|---|---|---|
| 1 | DATED: March 8, 2010 | **MUNGER TOLLES & OLSON**<br>BRAD D. BRIAN<br>JOSEPH D. LEE<br>JAMES RAZA LAWRENCE |

By: _____/s/_____
        Joseph D. Lee
**Attorneys for Defendant Stephen P. Kaufman**

DATED: March 8, 2010

**LAW OFFICE OF MARK A. BELNICK, LLC**
MARK A. BELNICK (admitted *pro hac vice*)

**AKIN GUMP STRAUSS HAUER & FELD LLP**
CHRISTOPHER D. KERCHER (*pro hac vice*)
STEVEN S. KAUFHOLD

By: _____/s/_____
        Mark A. Belnick
**Attorneys for Defendant Stuart J. Nichols**

DATED: March 8, 2010

**RAMSEY & EHRLICH LLP**
ISMAIL RAMSEY
MILES F. EHRLICH

By: _____/s/_____
        Ismail Ramsey
**Attorneys for Defendant Arthur Schnitzer**

1  **[~~PROPOSED~~] ORDER**

2  **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS**

3  **HEREBY ORDERED THAT:**

4  1. The parties shall file a signed Stipulation of Settlement and Joint Motion for Preliminary Approval of the settlement of this action, which shall be joined by all parties, on or before March 15, 2010.

2. The Court will conduct a hearing on the Joint Motion for Preliminary Approval of Settlement, as previously scheduled, on March 22, 2010 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: _____March 12,_____, 2010     _____
                                                                        Hon. James Ware
                                                                        United States District Judge