1  JOHN H. HEMANN (SBN 165823)
   JOSEPH E. FLOREN (SBN 168292)
2  REBECCA A. FALK (SBN 226798)
   MATTHEW S. WEILER (SBN 236052)
3  **MORGAN, LEWIS & BOCKIUS LLP**
   One Market, Spear Street Tower
4  San Francisco, CA  94105-1126
   Tel:  415.442.1000
5  Fax:  415.442.1001
   Email: jhemann@morganlewis.com
6          jfloren@morganlewis.com
           rfalk@morganlewis.com
7          mweiler@morganlewis.com

8  Attorneys for Nominal Defendant
   KLA-Tencor Corporation
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| In re KLA-TENCOR CORP. SHAREHOLDER DERIVATIVE LITIGATION | Case No. C06-3445-JW |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS | **JOINT STIPULATION OF ALL PARTIES AND [PROPOSED] ORDER REGARDING PROPOSED SETTLEMENT SCHEDULE** |

1  WHEREAS, on January 15, 2010, Lead Plaintiff and Nominal Defendant KLA-Tencor
2  Corporation ("KLA") filed a Status Report (Docket No. 584) advising the Court that agreements
3  in principle had been reached to settle this action as to all but one of the Defendants;

4  WHEREAS, on January 20, 2010, the Court entered an Order (Docket No. 585), directing
5  the parties to exchange their proposed Settlement Agreement on or before February 22, 2010; to
6  file their Joint Motion for Preliminary Approval along with a fully executed Settlement
7  Agreement on or before March 8, 2010; and to appear before the Court for a hearing on the Joint
8  Motion for Preliminary Approval of Settlement on March 22, 2010 at 9:00 a.m.;

9  WHEREAS, on February 19, 2010, the Court entered an Order (Docket No. 596)
10 reaffirming the foregoing schedule; directing the settling parties to provide their proposed
11 Settlement Agreement to Defendant Kenneth Schroeder on February 22, 2010; and directing
12 Defendant Kenneth Schroeder to file any objections to the proposed Settlement Agreement on or
13 before March 8, 2010;

14 WHEREAS, the settling parties exchanged their proposed Settlement Agreement and
15 KLA provided a copy thereof to Defendant Kenneth Schroeder on February 22, 2010;

16 WHEREAS, through continuing settlement discussions, an agreement in principle was
17 reached to settle this action in its entirety as to all parties, including Defendant Kenneth
18 Schroeder, on March 5, 2010;

19 WHEREAS, in light of the newly proposed settlement of the entire action, no party
20 intends to file objections to the settlement, and instead all parties will sign a proposed Settlement
21 Agreement and will join in a motion for preliminary approval of the proposed settlement;

22 WHEREAS, the parties are working on a new proposed global Settlement Agreement and
23 preliminary approval papers that will now resolve the action as to all parties, and expect to
24 complete this by March 12, 2010; and

25 WHEREAS, all parties now propose to file a Joint Motion for Preliminary Approval of the
26 settlement of this action on March 15, 2010, and request that the Court maintain the March 22,
27 2010 hearing date for preliminary approval of the proposed settlement,

28

1  WHEREFORE, subject to the Court's approval, IT IS HEREBY STIPULATED AND
2  AGREED BY ALL PARTIES TO THIS ACTION AS FOLLOWS:
3      1.  The parties shall file a signed Stipulation of Settlement and Joint Motion for
4  Preliminary Approval of the settlement of this action, which shall be joined by all parties, on or
5  before March 15, 2010.
6      2.  The Court will conduct a hearing on the Joint Motion for Preliminary Approval of
7  Settlement, as previously scheduled, on March 22, 2010 at 9:00 a.m.
8      **SO STIPULATED.**
9  DATED:  March 8, 2010                RESPECTFULLY SUBMITTED,
10                                       MORGAN, LEWIS & BOCKIUS LLP
11
12                                       By:  /s/
                                              Joseph E. Floren
                                         **Attorneys for Nominal Defendant**
13                                       **KLA-Tencor Corporation**

14  I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this
    JOINT STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45,
15  X.B., I hereby attest that each of the signatories identified below has concurred in this filing.

16
17  DATED: March 8, 2010                 **COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP**
                                         DARREN J. ROBBINS
18                                       TRAVIS E. DOWNS III
                                         SHAWN A. WILLIAMS
19                                       CHRISTOPHER WOOD
20
21                                       By:  /s/
                                              Shawn A. Williams
                                         **Lead Counsel for Plaintiffs**
22

23
24  DATED: March 8, 2010                 **DLA PIPER US LLP**
                                         SHIRLI FABBRI WEISS
                                         DAVID A. PRIEBE
25

26                                       By:  /s/
                                              Shirli Fabbri Weiss
27                                       **Attorneys for Defendant Kenneth L. Schroeder**
28

| | | |
|---|---|---|
| 1 | DATED: March 8, 2010 | **FENWICK & WEST LLP** |
| 2 | | KEVIN P. MUCK |
| | | DEAN S. KRISTY |
| 3 | | |
| 4 | | By: _____/s/_____ |
| | | Kevin P. Muck |
| 5 | | **Attorneys for Defendants Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Leo Chamberlain, Richard J. Elkus, Jr., Jeffrey Hall, Lida Urbanek, and Richard Wallace** |
| 6 | | |
| 7 | | |
| 8 | DATED: March 8, 2010 | **MORRISON & FOERSTER LLP** |
| | | CRAIG D. MARTIN |
| 9 | | DOROTHY L. FERNANDEZ |
| 10 | | |
| 11 | | By: _____/s/_____ |
| | | Dorothy L. Fernandez |
| 12 | | **Attorneys for Defendant John H. Kispert** |
| 13 | DATED: March 8, 2010 | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 14 | | WALTER F. BROWN, JR. |
| | | ROBERT P. VARIAN |
| 15 | | |
| 16 | | By: _____/s/_____ |
| | | Robert P. Varian |
| 17 | | **Attorneys for Defendant Gary Dickerson** |
| 18 | | |
| 19 | DATED: March 8, 2010 | **SHEARMAN & STERLING LLP** |
| | | PATRICK D. ROBBINS |
| 20 | | JEFFREY S. FACTER |
| | | EMILY GRIFFEN |
| 21 | | |
| 22 | | By: _____/s/_____ |
| | | Patrick D. Robbins |
| 23 | | **Attorneys for Defendant Kenneth Levy** |
| 24 | DATED: March 8, 2010 | **HOGAN AND HARTSON LLP** |
| | | MICHAEL J. SHEPARD |
| 25 | | MEGAN DIXON |
| 26 | | |
| 27 | | By: _____/s/_____ |
| | | Megan Dixon |
| 28 | | **Attorneys for Defendant Jon D. Tompkins** |

| | | |
|---|---|---|
| 1 | DATED: March 8, 2010 | **MUNGER TOLLES & OLSON** |
| 2 | | BRAD D. BRIAN |
| | | JOSEPH D. LEE |
| 3 | | JAMES RAZA LAWRENCE |
| 4 | | By: _____/s/_____ |
| | | Joseph D. Lee |
| 5 | | **Attorneys for Defendant Stephen P. Kaufman** |
| 7 | DATED: March 8, 2010 | **LAW OFFICE OF MARK A. BELNICK, LLC** |
| | | MARK A. BELNICK (admitted *pro hac vice*) |
| 8 | | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 9 | | CHRISTOPHER D. KERCHER (*pro hac vice*) |
| | | STEVEN S. KAUFHOLD |
| 11 | | By: _____/s/_____ |
| | | Mark A. Belnick |
| 12 | | **Attorneys for Defendant Stuart J. Nichols** |
| 14 | DATED: March 8, 2010 | **RAMSEY & EHRLICH LLP** |
| | | ISMAIL RAMSEY |
| 15 | | MILES F. EHRLICH |
| 17 | | By: _____/s/_____ |
| | | Ismail Ramsey |
| | | **Attorneys for Defendant Arthur Schnitzer** |

DB2/21585454.1                    4                    C06-3445-JW

JOINT STIPULATION AND [PROPOSED] ORDER

1    **[~~PROPOSED~~] ORDER**

2    **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS**

3    **HEREBY ORDERED THAT:**

4    1.   The parties shall file a signed Stipulation of Settlement and Joint Motion for

5    Preliminary Approval of the settlement of this action, which shall be joined by all parties, on or

6    before March 15, 2010.

7    2.   The Court will conduct a hearing on the Joint Motion for Preliminary Approval of

8    Settlement, as previously scheduled, on March 22, 2010 at 9:00 a.m.

10   **IT IS SO ORDERED.**

12   DATED: _____March 12,_____, 2010      _____
                                                Hon. James Ware
13                                              United States District Judge