1 | ROBBINS GELLER RUDMAN
    & DOWD LLP
2 | SHAWN A. WILLIAMS (213113)
CHRISTOPHER M. WOOD (254908)
3 | 100 Pine Street, Suite 2600
San Francisco, CA 94111
4 | Telephone: 415/288-4545
415/288-4534 (fax)
5 | swilliams@rgrdlaw.com
cwood@rgrdlaw.com
6 |       – and –
TRAVIS E. DOWNS III (148274)
7 | BENNY C. GOODMAN III (211302)
LUCAS F. OLTS (234843)
8 | 655 West Broadway, Suite 1900
San Diego, CA 92101
9 | Telephone: 619/231-1058
619/231-7423 (fax)
10 | travisd@rgrdlaw.com
bgoodman@rgrdlaw.com
11 | lolts@rgrdlaw.com

12 | Lead Counsel for Plaintiffs

13 |               UNITED STATES DISTRICT COURT

14 |             NORTHERN DISTRICT OF CALIFORNIA

15 |                 SAN JOSE DIVISION

16 | In re KLA-TENCOR CORP. SHAREHOLDER )   No. C-06-03445-JW
DERIVATIVE LITIGATION               )
17 | _____ )   ADDENDUM NO. 1 TO STIPULATION OF
                              )   SETTLEMENT, DATED MARCH 15, 2010
18 | This Document Relates To:         )
                              )
19 |     ALL ACTIONS.          )
                              )
20 | _____ )

21

22

23

24

25

26

27

28

518196_1
518196_1

1     Plaintiff Benjamin Langford ("Langford"), who filed a shareholder derivative action on

2  behalf of KLA-Tenor Corp. ("KLA") in the Delaware Court of Chancery entitled *Langford v.*

3  *Barnholt, et. al.*, Case No 2295-N (the "*Langford* action"), and Plaintiff Jeffrey A. Rabin ("Rabin"),

4  who filed a derivative action on behalf of KLA in the Superior Court of the State of California,

5  County of Santa Clara entitled *Rabin v. Barnholt, et al.*, Case No. 1-06-CV-06841 (the "Rabin

6  action"), both hereby join and agree to be bound by the terms and conditions of the Stipulation of

7  Settlement, dated March 15, 2010, filed in the shareholder derivative action on behalf of KLA in the

8  United States District Court for the Northern District of California entitled In re KLA-Tencor Corp.

9  Shareholder Derivative Litigation, Case No. C06-3445-JW (the "Stipulation," Docket No. 644) to

10  the same extent as Lead Plaintiff.  Langford, Rabin, Lead Plaintiff, the Settling Defendants, and

11  KLA hereby jointly agree as follows:

12     1.     The preamble of the Stipulation (page 1, lines 1-11), is now replaced with the

13  following:

14       This Stipulation of Settlement (the "Stipulation"), dated March 15, 2010, is
   made and entered into by and among the following Settling Parties (as defined
15   further in ¶IV.A(19) hereof), and each by and through their respective counsel:
   (i) Lead Plaintiff Alaska Electrical Pension Fund ('Lead Plaintiff'), Plaintiff
16   Benjamin Langford ('Langford'), and Plaintiff Jeffrey A. Rabin ('Rabin') (Lead
   Plaintiff, Langford, and Rabin each join this Stipulation on behalf of themselves and
17   derivatively on behalf of KLA-Tencor Corporation ('KLA' or the 'Company'));
   (ii) Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond,
18   Leo Chamberlain, Gary Dickerson, Richard J. Elkus, Jr., Jeffrey L. Hall, Stephen P.
   Kaufman, John H. Kispert, Kenneth Levy, Stuart Nichols, Arthur Schnitzer, Kenneth
19   L. Schroeder, Jon D. Tompkins, Lida Urbanek, Richard P. Wallace, Dennis J. Fortino
   and Michael E. Marks; and (iii) KLA. The Stipulation is intended by the Settling
20   Parties to fully, finally and forever resolve, discharge and settle the Released Claims
   (as defined below in ¶IV.A(15)) upon Court approval and subject to the terms and
21   conditions hereof.

22     2.     Paragraph IV.A(19) of the Stipulation is now replaced with the following:

23       (19)   'Settling Parties' means, collectively, each of the Settling Defendants,
   Lead Plaintiff, Langford, Rabin, and KLA."

24     3.     Paragraph IV.C(5) of the Stipulation is now replaced with the following:

25       (5)   Within five (5) business days after the issuance of an Order by the
   Court finally approving the settlement, (a) Langford shall cause the *Langford* action
26   to be dismissed in its entirety, with prejudice, and shall take all actions and file with
   the Delaware Court of Chancery all documents necessary to secure such dismissal;
27   and (b) Rabin shall cause the *Rabin* action to be dismissed in its entirety, with

28

1   prejudice, and shall take all actions and file with the Superior Court of the State of
California, County of Santa Clara all documents necessary to secure such dismissal.

2   4.      The Stipulation is otherwise unchanged.

3   IN WITNESS WHEREOF, the parties hereto have caused this ADDENDUM NO. 1 TO
STIPULATION OF SETTLEMENT, DATED MARCH 15, 2010 to be executed, by their
undersigned duly authorized attorneys.

DATED: April __, 2010

BALLON, STOLL, BADEN & NADLER, P.C.
IRVING BIZAR

IRVING BIZAR

729 Seventh Avenue, 17th Floor
New York, NY 10019
Telephone: 212/575-7900
212/764-5060 (fax)

Attorneys for Plaintiff Benjamin Langford

DATED: April 20, 2010

WEISS & LURIE
JORDAN L. LURIE

JORDAN L. LURIE

10940 Wilshire Blvd., 24th Floor
Los Angeles, CA 90024
Telephone: 310/208-2800
310/209-2348 (fax)

Attorneys for Plaintiff Jeffrey A. Rabin

DATED:  April __, 2010

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
LUCAS F. OLTS

TRAVIS E. DOWNS III

1     655 West Broadway, Suite 1900
2     San Diego, CA 92101-3301
      Telephone: 619/231-1058
3     619/231-7423 (fax)

4     ROBBINS GELLER RUDMAN
        & DOWD LLP
5     SHAWN A. WILLIAMS
      CHRISTOPHER M. WOOD
6     100 Pine Street, Suite 2600
      San Francisco, CA 94111
7     Telephone: 415/288-4545
      415/288-4534 (fax)
8
      Lead Counsel for Plaintiffs
9            May 5
      DATED: April __, 2010
10
      MORGAN, LEWIS & BOCKIUS LLP
11    JOSEPH E. FLOREN
      JOHN H. HEMANN
12
13                          JOSEPH E. FLOREN

14    One Market, Spear Street Tower
      San Francisco, CA 94105-1126
15    Telephone: 415/442-1000
      415/442-1001 (Fax)
16
      Attorneys for Nominal Defendant
17    KLA-Tencor Corporation
          May 5,
18    DATED: April __, 2010
      DLA PIPER LLP (US)
19    SHIRLI FABBRI WEISS
      DAVID A. PRIEBE
20
21                          SHIRLI FABBRI WEISS
22
      2000 University Avenue
23    East Palo Alto, CA 94303
      Telephone: 650/833-2056
24    650/833-2001 (Fax)
25    Attorneys for Defendant Kenneth L. Schroeder
26
27
28

1    DATED: April __, 2010    *May 6*

ORRICK, HERRINGTON & SUTCLIFFE LLP
WALTER F. BROWN, JR.
ROBERT P. VARIAN

2

3

4
ROBERT P. VARIAN

5

6    The Orrick Building
405 Howard Street
San Francisco, CA  94105
Telephone: 415/773-5700
415/773-5759 (fax)

7

8    Attorneys for Defendant Gary Dickerson

9    DATED:  April __, 2010

MORRISON & FOERSTER, LLP
CRAIG D. MARTIN
DOROTHY L. FERNANDEZ

10

11

12

13
CRAIG D. MARTIN

14    425 Market Street
San Francisco, CA  94105-2482
Telephone:  415/268-7000
415/268-7522 (fax)

15

16    Attorneys for Defendant John H. Kispert

17    DATED:  April __, 2010

SHEARMAN & STERLING LLP
PATRICK D. ROBBINS
JEFFREY S. FACTER
EMILY V. GRIFFEN

18

19

20

21
JEFFREY S. FACTER

22    525 Market Street, 15th Floor
San Francisco, CA  94105
Telephone:  415/616-1100
415/616-1199 (fax)

23

24

25    Attorneys for Defendant Kenneth Levy

26

27

28

518196_1    ADDENDUM NO. 1 TO STIP OF SETTLEMENT, DATED MARCH 15, 2010 - C-06-03445-JW        - 4 -

1    DATED:  April __, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP
2                                    WALTER F. BROWN, JR.
                                     ROBERT P. VARIAN
3

4    _____
                                          ROBERT P. VARIAN
5
                                     The Orrick Building
6                                    405 Howard Street
                                     San Francisco, CA  94105
7                                    Telephone:  415/773-5700
                                     415/773-5759 (fax)
8
                                     Attorneys for Defendant Gary Dickerson
9    DATED:  April __, 2010          MORRISON & FOERSTER, LLP
                                     CRAIG D. MARTIN
10                                   DOROTHY L. FERNANDEZ
11

12   _____
                                          CRAIG D. MARTIN
13

14                                   425 Market Street
                                     San Francisco, CA  94105-2482
15                                   Telephone:  415/268-7000
                                     415/268-7522 (fax)
16
                                     Attorneys for Defendant John H. Kispert
17   DATED:  April __, 2010          SHEARMAN & STERLING LLP
                                     PATRICK D. ROBBINS
18                                   JEFFREY S. FACTER
                                     EMILY V. GRIFFEN
19

20

21   _____
                                          JEFFREY S. FACTER
22
                                     525 Market Street, 15th Floor
23                                   San Francisco, CA  94105
                                     Telephone:  415/616-1100
24                                   415/616-1199 (fax)

25                                   Attorneys for Defendant Kenneth Levy

26

27

28

518196_1    ADDENDUM NO. 1 TO STIP OF SETTLEMENT, DATED MARCH 15, 2010 - C-06-03445-JW        - 4 -

1   DATED: April __, 2010                  ORRICK, HERRINGTON & SUTCLIFFE LLP
                                           WALTER F. BROWN, JR.
2                                          ROBERT P. VARIAN

3

4                                          _____
                                                   ROBERT P. VARIAN
5
                                           The Orrick Building
6                                          405 Howard Street
                                           San Francisco, CA  94105
7                                          Telephone: 415/773-5700
                                           415/773-5759 (fax)
8
                                           Attorneys for Defendant Gary Dickerson
9   DATED:  April __, 2010
                                           MORRISON & FOERSTER, LLP
10                                         CRAIG D. MARTIN
                                           DOROTHY L. FERNANDEZ
11

12
                                           _____
13                                                 CRAIG D. MARTIN

14                                         425 Market Street
                                           San Francisco, CA  94105-2482
15                                         Telephone: 415/268-7000
                                           415/268-7522 (fax)
16
                                           Attorneys for Defendant John H. Kispert
17  DATED:  April *May 6* 2010
                                           SHEARMAN & STERLING LLP
18                                         PATRICK D. ROBBINS
                                           JEFFREY S. FACTER
19                                         EMILY V. GRIFFEN

20

21                                         _____
                                                   JEFFREY S. FACTER
22
                                           525 Market Street, 15th Floor
23                                         San Francisco, CA  94105
                                           Telephone: 415/616-1100
24                                         415/616-1199 (fax)

25                                         Attorneys for Defendant Kenneth Levy

26

27

28

518196_1   ADDENDUM NO. 1 TO STIP OF SETTLEMENT, DATED MARCH 15, 2010 - C-06-03445-JW        - 4 -

1   DATED: ~~April~~ MAY 5, 2010         Hogan Lovells US LLP
                                         MICHAEL J. SHEPARD
2                                        MEGAN DIXON

3

4                                        _____
                                         MICHAEL J. SHEPARD
5
                                         4 Embarcadero Center 22nd Floor
6                                        San Francisco, CA 94111
                                         Telephone: 415/374-2300
7                                        415/374-2499 (fax)

8                                        Attorneys for Defendant Jon D. Tompkins

9   DATED: April __, 2010                FENWICK & WEST, LLP
                                         KEVIN P. MUCK
10                                       DEAN S. KRISTY

11

12                                       _____
                                         KEVIN P. MUCK
13
                                         555 California Street, 12th Floor
14                                       San Francisco, CA 94104
                                         Telephone: 415/8750-2300
15                                       415/281-1350 (fax)

16                                       Attorneys for Defendants Edward W. Barnholt,
                                         H. Raymond Bingham, Robert J. Boehlke, Robert
17                                       T. Bond, Leo Chamberlain, Richard J. Elkus, Jr.,
                                         Jeffrey L. Hall, Richard P. Wallace, Lida
18                                       Urbanek, Dennis J. Fortino and Michael E. Marks

19  DATED: April __, 2010                RAMSEY & EHRLICH LLP
                                         ISMAIL RAMSEY
20                                       MILES F. EHRLICH

21

22                                       _____
                                         ISMAIL RAMSEY
23
                                         803 Hearst Avenue
24                                       Berkeley, CA 94710
                                         Telephone: 510/548-3600
25
                                         Attorneys for Defendant Arthur Schnitzer
26

27

28

518196_1    ADDENDUM NO. 1 TO STIP OF SETTLEMENT, DATED MARCH 15, 2010 - C-06-03445-JW        - 5 -

1  DATED: April __, 2010

2

3                                                  HOGAN & HARTSON LLP
                                                   MICHAEL J. SHEPARD
                                                   MEGAN DIXON

4
                                                   _____
                                                   MICHAEL J. SHEPARD
5
                                                   4 Embarcadero Center 22nd Floor
6                                                  San Francisco, CA 94111
                                                   Telephone: 415/374-2300
7                                                  415/374-2499 (fax)

8                                                  Attorneys for Defendant Jon D. Tompkins

9  DATED: ~~April~~ May 5 __, 2010                 FENWICK & WEST, LLP
                                                   KEVIN P. MUCK
                                                   DEAN S. KRISTY
10

11
                                                   _____
12                                                 KEVIN P. MUCK

13                                                 555 California Street, 12th Floor
                                                   San Francisco, CA 94104
14                                                 Telephone: 415/8750-2300
                                                   415/281-1350 (fax)
15

16                                                 Attorneys for Defendants Edward W. Barnholt,
                                                   H. Raymond Bingham, Robert J. Boehlke, Robert
17                                                 T. Bond, Leo Chamberlain, Richard J. Elkus, Jr.,
                                                   Jeffrey L. Hall, Richard P. Wallace, Lida
18                                                 Urbanek, Dennis J. Fortino and Michael E. Marks

19  DATED: April __, 2010                          RAMSEY & EHRLICH LLP
                                                   ISMAIL RAMSEY
20                                                 MILES F. EHRLICH

21

22                                                 _____
                                                   ISMAIL RAMSEY
23
                                                   803 Hearst Avenue
24                                                 Berkeley, CA 94710
                                                   Telephone: 510/548-3600
25
                                                   Attorneys for Defendant Arthur Schnitzer
26

27

28

518196_1    ADDENDUM NO. 1 TO STIP OF SETTLEMENT, DATED MARCH 15, 2010 - C-06-03445-JW          - 5 -

1    DATED:  April __, 2010                      HOGAN & HARTSON LLP
                                                 MICHAEL J. SHEPARD
2                                                MEGAN DIXON

3

4                                                _____
                                                      MICHAEL J. SHEPARD
5
                                                 4 Embarcadero Center 22nd Floor
6                                                San Francisco, CA  94111
                                                 Telephone: 415/374-2300
7                                                415/374-2499 (fax)

8                                                Attorneys for Defendant Jon D. Tompkins

9    DATED:  April __, 2010                      FENWICK & WEST, LLP
                                                 KEVIN P. MUCK
10                                               DEAN S. KRISTY

11

12                                               _____
                                                      KEVIN P. MUCK
13
                                                 555 California Street, 12th Floor
14                                               San Francisco, CA  94104
                                                 Telephone: 415/8750-2300
15                                               415/281-1350 (fax)

16                                               Attorneys for Defendants Edward W. Barnholt,
                                                 H. Raymond Bingham, Robert J. Boehlke, Robert
17                                               T. Bond, Leo Chamberlain, Richard J. Elkus, Jr.,
                                                 Jeffrey L. Hall, Richard P. Wallace, Lida
18                                               Urbanek, Dennis J. Fortino and Michael E. Marks

19   DATED:  April __, 2010                      RAMSEY & EHRLICH LLP
                                                 ISMAIL RAMSEY
20        *May 6*                                MILES F. EHRLICH

21

22                                               _____
                                                      ISMAIL RAMSEY
23
                                                 803 Hearst Avenue
24                                               Berkeley, CA  94710
                                                 Telephone: 510/548-3600
25
                                                 Attorneys for Defendant Arthur Schnitzer
26

27

28

1  DATED: April ___, 2010       MUNGER, TOLLES & OLSON LLP

*(handwritten: May 6)*

2                               BRAD D. BRIAN
                                JOSEPH D. LEE
3                               JAMES RAZA LAWRENCE

4

5                                        JOSEPH D. LEE

6                               355 South Grand Avenue, 35th Floor
                                Los Angeles, CA 90071
7                               Telephone: 213/683-9100
                                213/687-3702 (fax)

8                               Attorneys for Defendant Stephen P. Kaufman

9  DATED: April ___, 2010       LAW OFFICE OF MARK A. BELNICK, LLC

10                              MARK A. BELNICK (admitted *pro hac vice*)

11

12                                       MARK A. BELNICK

13                              120 West 45th Street, Suite 1700B
                                New York, NY 10036
14                              Telephone: 646/453-2901
                                646/453-2908 (fax)
15

16                              AKIN, GUMP, STRAUSS, HAUER
                                  & FELD, L.L.P.
17                              CHRISTOPHER D. KERCHER (*pro hac vice*)
                                590 Madison Avenue, 20th Floor
18                              New York, NY 10022
                                Telephone: 212/872-1000
19                              212/872-1002 (fax)

20                              AKIN, GUMP, STRAUSS, HAUER
                                  & FELD, L.L.P.
21                              STEVEN S. KAUFHOLD
                                580 California Street, 15th Floor
22                              San Francisco, CA 94104
                                Telephone: 415/765-9500
23                              415/765-9501 (fax)

24                              Attorneys for Defendant Stuart J. Nichols

25

26

27

28

1    DATED: April __, 2010             MUNGER, TOLLES & OLSON LLP
2                                  BRAD D. BRIAN
                                 JOSEPH D. LEE
3                                  JAMES RAZA LAWRENCE
4
5                                  _____
                                     JOSEPH D. LEE
6                                  355 South Grand Avenue, 35th Floor
                                 Los Angeles, CA 90071
7                                  Telephone: 213/683-9100
                                 213/687-3702 (fax)
8
                                 Attorneys for Defendant Stephen P. Kaufman
9    DATED: April _6_, 2010         LAW OFFICE OF MARK A. BELNICK, LLC
10                                  MARK A. BELNICK (admitted *pro hac vice*)
11
12                                  _____
                                     MARK A. BELNICK
13
14                                  120 West 45th Street, Suite 1700B
                                 New York, NY 10036
15                                  Telephone: 646/453-2901
                                 646/453-2908 (fax)
16                                  AKIN, GUMP, STRAUSS, HAUER
                                    & FELD, L.L.P.
17                                  CHRISTOPHER D. KERCHER (*pro hac vice*)
                                 590 Madison Avenue, 20th Floor
18                                  New York, NY 10022
                                 Telephone: 212/872-1000
19                                  212/872-1002 (fax)
20                                  AKIN, GUMP, STRAUSS, HAUER
                                    & FELD, L.L.P.
21                                  STEVEN S. KAUFHOLD
                                 580 California Street, 15th Floor
22                                  San Francisco, CA 94104
                                 Telephone: 415/765-9500
23                                  415/765-9501 (fax)
24                                  Attorneys for Defendant Stuart J. Nichols
25
26
27
28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 17, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 17, 2010.

s/Jeffrey D. Light
JEFFREY D. LIGHT

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: jeffl@rgrdlaw.com

## Mailing Information for a Case 5:06-cv-03445-JW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher J. Banks**
  cbanks@morganlewis.com,cericson@morganlewis.com

- **Paul F. Bennett**
  pfb@gbcslaw.com,cgw@gbcslaw.com

- **Brad D. Brian**
  BrianBD@mto.com

- **Walter F. Brown**
  wbrown@orrick.com,awills@orrick.com

- **Michelle Park Chiu**
  mchiu@morganlewis.com,cholsome@morganlewis.com

- **Jeffrey Bruce Coopersmith**
  jeff.coopersmith@dlapiper.com

- **Megan Dixon**
  megan.dixon@hoganlovells.com,dena.voecks@hoganlovells.com,michael.ewers@hoganlovells.com,ky-yen.wong@hoganlovells.com

- **Travis E. Downs , III**
  travisd@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Miles F. Ehrlich**
  miles@ramsey-ehrlich.com,ji-ea@ramsey-ehrlich.com,katharine@ramsey-ehrlich.com,anjali@ramsey-ehrlich.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com,mweiler@morganlewis.com

- **Jonathan B. Gaskin**
  jgaskin@orrick.com,mticzon@orrick.com

- **Thomas R. Green**
  tgreen@morganlewis.com,thomas.green@usdoj.gov,daniel.charlier-smith@usdoj.gov,lily.c.ho-vuong@usdoj.gov

- **Emily Victoria Griffen**
  egriffen@shearman.com

- **Felicia Gross**
  felicia@ramsey-ehrlich.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,dlang@morganlewis.com

- **Alice L. Jensen**
  ajensen@fenwick.com,cprocida@fenwick.com

- **Geoffrey M. Johnson**
  gjohnson@scott-scott.com,aslaughter@scott-scott.com

- **Steven Shea Kaufhold**
  skaufhold@akingump.com,kerickson@akingump.com,westdocketing@akingump.com

- **Thomas Samuel Kimbrell**
  thomas.kimbrell@hellerehrman.com,dcdocket@hellerehrman.com,reggie.payne@hellerehrman.com

- **Dean S. Kristy**
  dkristy@fenwick.com,kayoung@fenwick.com,cprocida@fenwick.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **James Raza Lawrence**
  Raza.Lawrence@mto.com,Sharon.Nial@mto.com

- **Joseph Daniel Lee**
  joseph.lee@mto.com,scott.coyle@mto.com

- **Jeffrey David Light**
  jeffl@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **James Elliot Lyons**
  jlyons@skadden.com,michael.troost@skadden.com,btravagl@skadden.com

- **Liwen Arius Mah**
  lmah@fenwick.com,docketcalendarrequests@fenwick.com,rjones@fenwick.com,kragab@fenwick.com,jphan@fenwick.com

CAND-ECF

Case5:06-cv-03445-JW   Document662   Filed05/17/10   Page15 of 16

Page 2 of 2

- **Ryan David Marsh**
  rdmarsh@hhlaw.com,dylewis@hhlaw.com,kwong@hhlaw.com

- **Craig David Martin**
  cmartin@mofo.com,patherton@mofo.com

- **Lanelle Kay Meidan**
  lanelle.meidan@skadden.com,jschilli@skadden.com

- **Timothy Alan Miller**
  tmiller@skadden.com,michael.troostt@skadden.com,PLOCKWOO@skadden.com,elanders@skadden.com,mborden@skadden.com

- **Kevin Peter Muck**
  kmuck@fenwick.com,cprocida@fenwick.com

- **Lucas F. Olts**
  Lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Leigh Anne Parker**
  lparker@weisslurie.com

- **Warrington S. Parker , III**
  wparker@orrick.com

- **David Allen Priebe**
  david.priebe@dlapiper.com,margaret.austin@dlapiper.com,celestine.seals@dlapiper.com,stacy.murray@dlapiper.com

- **Ismail Jomo Ramsey**
  izzy@ramsey-ehrlich.com,ji-ea@ramsey-ehrlich.com,katharine@ramsey-ehrlich.com,miles@ramsey-ehrlich.com,anjali@ramsey-ehrlich.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **David R. Scott**
  drscott@scott-scott.com

- **Michael Todd Scott**
  tscott@orrick.com,elee@orrick.com

- **Michael J. Shepard**
  michael.shepard@hoganlovells.com,michael.ewers@hoganlovells.com,darcy.melo@hoganlovells.com,Dena.Voecks@hoganlovells.com,ky-yen.wong@hoganlovells.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,efile@scott-scott.com

- **Benjamin Patrick Smith**
  bpsmith@morganlewis.com,ewoodward@morganlewis.com

- **Robert P. Varian**
  rvarian@orrick.com,bclarke@orrick.com

- **Matthew S. Weiler**
  mweiler@morganlewis.com,eyemoto@morganlewis.com

- **Shirli Fabbri Weiss**
  shirli.weiss@dlapiper.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,travisd@rgrdlaw.com,cwood@rgrdlaw.com,e_file_sd@rgrdlaw.com,lolts@rgrdlaw.com,jdecena@rgrdlaw.com,e_file_sf

- **Christopher Martin Wood**
  cwood@rgrdlaw.com,aserros@csgrr.com,jdecena@csgrr.com,khuang@csgrr.com

- **Denise V. Zamore**
  dzamore@scott-scott.com,cmcgowan@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mark A. Belnick
Law Offices of Mark A. Belnick, LLC
120 West 45th Street
Suite 1700B
New York, NY 10036
```

https://ecf.cand.uscourts.gov/cgi-bin/MailList.pl?978336650789234-L_366_0-1

5/17/2010

**Manual Notice**

Robert A. Long, Jr.
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
    202/662-6000
    202/662-6291 (Fax)